UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE,

*Plaintiff,*

v.

AI/ROBOTICS VENTURE STRATEGY 3 LTD. d/b/a/ ClothOff, ALAIKSANDR BABICHAU, and DASHA BABICHEVA,

*Defendants,*

TELEGRAM GROUP INC.; and TELEGRAM MESSENGER INC.,

*Nominal Defendants.*

Case No. 25-cv-16671 (ES)

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF SHANE B. VOGT

**THIS MATTER** having come before the Court upon the Application of Jane Doe ("Plaintiff"), for an Order admitting Shane B. Vogt, Esq. of Vogt Law, *pro hac vice*; and due notice having been given to all parties; and this Court having considered the submissions of Plaintiff; and good cause having been shown;

IT IS on this 27th day of October, 2025,

**ORDERED**, that Plaintiff's Motion be and it hereby is granted; and it is further

**ORDERED**, that Shane B. Vogt, a member in good standing of the Bar of the State of Florida, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED,** that all pleadings, briefs, and other papers filed with the Court on behalf of Plaintiff shall be signed by John Gulyas, attorney of record for Plaintiff, who is a member of the New Jersey Bar and is admitted to the Bar of this Court, and who shall be responsible for said papers, for the attorney admitted *pro hac vice* pursuant to this Order, and for the conduct of this case; and it is further

**ORDERED,** that Shane B. Vogt shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending in this Court; and it is further

**ORDERED,** that Shane B. Vogt shall pay $~~150.00~~ 250.00 to the Clerk of the United States District Court for the District of New Jersey, pursuant to Local Civil Rule 101.1(c)(3); and it is further

**ORDERED,** that Shane B. Vogt shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, governing judicial ethics and professional responsibility, and Local Civil Rule 104.1, governing the discipline of attorneys; and it is further

**ORDERED,** that Shane B. Vogt shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED,** that Shane B. Vogt shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; and it is further

**ORDERED,** that John Gulas may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

_____
Hon. JAMES B. CLARK, III
United States Magistrate Judge