*ORDER*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE,<br><br>*Plaintiff,*<br><br>v.<br><br>AI/ROBOTICS VENTURE STRATEGY 3 LTD. d/b/a CLOTHOFF, ALAIKSANDR BABICHAU, and DASHA BABICHEVA,<br><br>*Defendants,*<br><br>TELEGRAM GROUP INC. and TELEGRAM MESSENGER INC.,<br><br>*Nominal Defendants.* | Case No. 2:25-cv-16671-ES-JBC<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR LEAVE TO SERVE DEFENDANT AI/ROBOTICS VENTURE STRATEGY 3 LTD. d/b/a CLOTHOFF VIA EMAIL** |

Pursuant to Rule II(E)(i) of the Court's General Pretrial and Trial Procedures, Plaintiff Jane Doe respectfully quests leave to file a motion for leave to serve Defendant AI/Robotics Venture Strategy 3 Ltd. d/b/a ClothOff ("ClothOff") by email. As that motion will explain, Plaintiff has struggled to serve Defendants in this case but has recently learned that Defendant ClothOff actively monitors and responds to at least two email addresses. Plaintiff will accordingly seek leave to serve Defendant ClothOff via email, as service-by-email comports with Federal Rule of Civil Procedure 4(f)(1) and (f)(3) in these circumstances. Plaintiff respectfully requests leave to file her motion by July 10, 2026.

Dated: July 8, 2026

Respectfully submitted,

/s/ John Gulyas
Jon-Henry Barr, Esq.
(Atty. ID #001561996)
Email: jhbarr@barrgulyas.com

John Gulyas (Atty ID # 023281999)
Email: jgulyas@barrgulyas.com
BARR & GULYAS LLC
21 Brant Avenue
Clark, New Jersey 07066
(732) 340-0600

*/s/ John Langford*
Hawthorne Ripley, *Law Student Intern*
John Langford*
MEDIA FREEDOM & INFORMATION
    ACCESS CLINIC
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 432-2366
john.langford@ylsclinics.org

*/s/ Shane B. Vogt*
Shane B. Vogt – FBN 257620*
*Pro Hac Vice*
Email: shane@svogtlaw.com
VOGT LAW
625 E. Twiggs St., Suite 1090
Tampa, Florida 33602
Tel: (813) 737-0717

*Counsel for Plaintiff*

SO ORDERED

s/James B. Clark

James B. Clark, U.S.M.J.

Date: 7/8/2026

2