**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE,

*Plaintiff*,

v.

AI/ROBOTICS VENTURE STRATEGY 3 LTD. d/b/a/ CLOTHOFF, ALAIKSANDR BABICHAU, and DASHA BABICHEVA,

*Defendants*

TELEGRAM GROUP INC. and TELEGRAM MESSENGER INC.,

*Nominal Defendants*.

Case No. 2:25-cv-16671-ES-JBC

**NOTICE OF *EX PARTE* MOTION FOR LEAVE TO SERVE DEFENDANT AI/ROBOTICS VENTURE STRATEGY 3 LTD. d/b/a CLOTHOFF VIA EMAIL**

PLEASE TAKE NOTICE that Plaintiff, Jane Doe, by and through her parents and legal guardians, Jill Doe and Jack Doe, and their undersigned counsel, move pursuant to Federal Rule of Civil Procedure 4(f) for an order permitting Jane Doe to serve Defendant AI/Robotics Venture Strategy 3 Ltd. d/b/a ClothOff via email.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Plaintiff relies upon and incorporates by reference Plaintiff's Memorandum of Law in Support of this Motion and the Declaration of John Langford and Exhibits thereto which are filed contemporaneously herewith in support of the requested relief.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, the Plaintiff submits herewith a proposed form of Order granting the Motion.

Dated: July 9, 2026

Respectfully submitted,

/s/ *John Langford*
Hawthorne Ripley, *Law Student Intern*
John Langford*
MEDIA FREEDOM & INFORMATION
    ACCESS CLINIC
YALE LAW SCHOOL
127 Wall Street
New Haven, CT 06511
(203) 432-2366
john.langford@ylsclinics.org

/s/ *John Gulyas*
Jon-Henry Barr, Esq.
(Atty. ID #001561996)
jhbarr@barrgulyas.com
John Gulyas (Atty ID # 023281999)
jgulyas@barrgulyas.com
BARR & GULYAS LLC
21 Brant Avenue
Clark, New Jersey 07066
(732) 340-0600

/s/ *Shane B. Vogt*
Shane B. Vogt – FBN 257620*
*Pro Hac Vice*
shane@svogtlaw.com
VOGT LAW
625 E. Twiggs St., Suite 1090
Tampa, Florida 33602
 (813) 737-0717

*Counsel for Plaintiff*
**Pro hac vice* application pending