**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>AI/ROBOTICS VENTURE STRATEGY 3 LTD. d/b/a CLOTHOFF, ALAIKSANDR BABICHAU, and DASHA BABICHEVA,<br><br>*Defendants*,<br><br>TELEGRAM GROUP INC. and TELEGRAM MESSENGER INC.,<br><br>*Nominal Defendants.* | Case No. 2:25-cv-16671-ES-JBC<br><br><br>**DECLARATION OF JOHN LANGFORD IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANT AI/ROBOTICS VENTURE STRATEGY 3 LTD. d/b/a CLOTHOFF VIA EMAIL** |

I, John Langford, declare under penalty of perjury that the following is true and correct:

1.      I am counsel for Jane Doe ("Plaintiff"). This Declaration is based on my personal knowledge and upon information provided to me in my capacity as counsel to the Plaintiff.

2.      Attached as **Exhibit A** are true and correct copies of screenshots of a statement ClothOff provided for a segment which Fox News aired on the filing of the above-captioned lawsuit. *The Will Cain Show*, at 1:45–2:10 (Fox News television broadcast, aired Oct. 22, 2025), https://perma.cc/PZ46-9ZSC.

3.      Attached as **Exhibit B** is a true and correct copy of an email exchange with Michael Safi, a reporter at *The Guardian*, providing Belarus addresses for Alaiksandr Babichau and Dasha Babicheva, which he obtained in connection with an in-depth investigation of ClothOff.

4.      Attached as **Exhibit C** are true and correct copies of the as-filed Complaint, summons, and motion for leave to proceed pseudonymously which Plaintiff's counsel had

translated into Russian and mailed to the central authority of the Republic of Belarus via the British Royal Mail.

5.      Attached as **Exhibit D** is a true and correct copy of the tracking confirmation that the translated documents in Exhibit C were delivered to the Minsk National Airmail Unit PI 2 in Belarus on January 9, 2026.

6.      On February 5, 9, and 10, 2026, Plaintiff's counsel attempted to contact the Belarus central authority by phone to inquire about the status of service on Alaiksandr Babichau and Dasha Babicheva. The central authority initially did not pick up on February 8, and on February 9 and February 10, the individuals who answered the phone conveyed that no one in the office spoke English. On April 8, 2026, Plaintiff's counsel contacted the central authority with a Russian translator. An individual in the Division of the Implementation of International Treaties responded that they were unable to serve Dasha Babicheva and their records indicated she had relocated to Poland. The individual also stated that the court attempted service on Alaiksandr Babichau but that service was unsuccessful without further explanation. The central authority conveyed that it would send the appropriate certification to Plaintiff's counsel which would contain additional information. Attached as **Exhibit E** is a true and correct copy of an April 2025 webpage screen capture reflecting that ClothOff listed its corporate identity as "AI/Robotics Venture Strategy 3 Ltd." and its business address as 18 Pasea Estate Road, Road Town, Tortola, VG1110, British Virgin Islands ("BVI").

7.      Attached as **Exhibit F** is a true and correct copy of a screen capture of the BVI Financial Services Commission webpage reflecting that it lists 18 Pasea Estate Road, Road Town, Tortola, VG1110, British Virgin Islands as ClothOff's address.

8.      Attached as **Exhibit G** is a true and correct copy of a screen capture of a search of registered BVI entities revealing that AI/Robotics Venture Strategy 3 Ltd. is registered in BVI.

9.      Attached as **Exhibit H** is a true and correct copy of a formal search report requested by Plaintiff's Counsel which discloses that AI/Robotics Venture Strategy 3 Ltd.'s registered agent is ATU GENERAL TRUST (BVI) LIMITED located at 3076 Sir Francis Drake's Highway, P.O. Box 3463, Road Town, Tortola, Virgin Islands, British.

10.     Attached as **Exhibit I** are true and correct copies of the Complaint, summons, and motion for leave to proceed pseudonymously that was sent to the BVI central authority for service of process and lists ClothOff's above-referenced business address.

11.     Attached as **Exhibit J** is a true and correct copy of the tracking information for the service documents reflecting their delivery on March 10, 2026.

12.     Attached as **Exhibit K** is a true and correct copy of a screenshot of the new business name listed at the bottom of ClothOff.net, "BestDaily Intl. Limited, BVI." Via diligent online search, Plaintiff's counsel have located no such entity registered in the British Virgin Islands or anywhere else.

13.     Attached as **Exhibit L** is a true and correct copy of a screenshot of ClothOff.net's "Contact Us" page, where ClothOff currently lists three email addresses for support, cooperation, and legal inquiries.

14.     Attached as **Exhibit M** is a true and correct copy of a screenshot of the email address Defendant's website provides for press inquiries. The webpage also advertises with over a dozen media organizations who have successfully contacted ClothOff via this address.

15.     Attached as **Exhibit N** is a true and correct copy of a June 4, 2026, email Plaintiff's counsel sent to support@clothoff.net.

3

16.     Attached as **Exhibit O** is a true and correct copy of the same-day email response Plaintiff's counsel received in response to the June 4, 2026, email Plaintiff's counsel sent to support@clothoff.net, which confirms that the support@clothoff.net email address is being used by Defendant, ClothOff.

17. Attached as **Exhibit P** is a true and correct copy of a June 26, 2026 inquiry emailed to press@clothoff.net asking for confirmation that the foregoing email address is the correct contact for press inquiries about ClothOff.

18.     Attached as **Exhibit Q** is a true and correct copy of the June 30, 2026 reply from press@clothoff.net confirming that the foregoing email address is correct and functional.

19.     Attached as **Exhibit R** is a true and correct copy of the delivery confirmation of a June 26, 2026 email inquiry to cooperation@clothoff.net requesting confirmation that the foregoing email address is correct and functional. To date, Plaintiff's counsel has received no response.

20.     Attached as **Exhibit S** is a true and correct copy of the delivery confirmation of a June 26, 2026 email inquiry to legal@clothoff.net requesting confirmation that the foregoing email address is correct and functional. To date, Plaintiff's counsel has received no response.

21.     Co-counsel for the Plaintiff, Shane Vogt, has repeatedly attempted to contact the Fox News producer for The Will Cain Show (as referenced in Paragraph 2, above) in an effort to learn more about how Fox News obtained ClothOff's referenced statement, but to date, Fox News has not responded to those inquiries.

22.     Attached as **Exhibit T** is a true and correct copy of ATU General Trust (BVI) Limited's current registration status in the BVI, reflecting its registered email as "atu@atubvi.com."

23.    Attached as **Exhibit U** is a true and correct copy of the certification papers received from the Belarusian central authority confirming that an attempt at service was made for both Babicheva and Babichau and that those efforts were unsuccessful.

24.    Attached as **Exhibit V** is a true and correct copy of the certification papers from the BVI central authority, dated March 23, 2026, which state that the Authority was unable to serve the Defendant AI/Robotics Venture Strategy 3 Ltd. d/b/a ClothOff.

Executed on July 9, 2026                By: */s/ John Langford*
                                        John Langford
                                        MEDIA FREEDOM & INFORMATION
                                            ACCESS CLINIC
                                        YALE LAW SCHOOL
                                        127 Wall Street
                                        New Haven, CT 06511
                                        (203) 432-2366
                                        john.langford@ylsclinics.org