**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE,<br><br>*Plaintiffs,*<br><br>   v.<br><br>AI/ROBOTICS VENTURE STRATEGY 3 LTD., d/b/a ClothOff, ALAIKSANDR BABICHAU, and DASHA BABICHEVA<br><br>*Defendants,*<br><br>TELEGRAM GROUP INC.; and TELEGRAM MESSENGER INC.<br><br>*Nominal Defendants*. | Case No. 2:25-cv-16671-ES-JBC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANT AI/ROBOTICS VENTURE STRATEGY 3 LTD. d/b/a CLOTHOFF via EMAIL** |

**THIS MATTER** having come before the Court upon Plaintiff's Motion for Leave to Serve Defendant AI/ROBOTICS VENTURE STRATEGY 3 Ltd. (d/b/a ClothOff) Via Email, based on Plaintiff's Motion, supporting Memorandum of Law, Declaration and Exhibits:

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that Plaintiff's motion to serve AI/ROBOTICS VENTURE STRATEGY 3 LTD (d/b/a ClothOff) by email is **GRANTED**; and it is accordingly

**ORDERED** that the Plaintiff shall send a copy of the Complaint, Summons, Motion to Proceed by Pseudonym, and a copy of this Order to the following email addresses to effect service: support@clothoff.net; legal@clothoff.net; press@clothoff.net; cooperation@clothoff.net; as well as to atu@atubvi.com, the email address for AI/Robotics Venture Strategy 3 Ltd.'s registered agent ATU General Trust (BVI) Limited; and it is further

**ORDERED** that the Plaintiff shall file an affidavit of service within three (3) business days of executing this Order.

Hon. _____, U.S.D.J.