# EXHIBIT A

irl sues AI company over fake nude photos

## CLOTHOFF STATEMENT

"We've been accused of creating content that is technically impossible to produce on ClothOff. We work only with pre-approved AI content and block any attempt to generate videos or images involving minors...

TO THE WILL CAIN SHOW

## CLOTHOFF STATEMENT

... or non-consenting individuals. Our age verification, moderation, filters, and safety measures are more serious than those used by some social networks. When Photoshop appeared, people cried out: 'That's it, reality is over'...

TO THE WILL CAIN SHOW

**CLOTHOFF STATEMENT**

... Time passed, and everyone simply learned to tell fake from real. Now it's AI's turn. We're not living in an era of the end of truth — we're living in an era of adaptation...

TO THE WILL CAIN SHOW

**CLOTHOFF STATEMENT**

... AI has nothing to do with it. The real question is whether we're ready to grow up along with technology."

TO THE WILL CAIN SHOW