# EXHIBIT B

 Outlook

---

**Re: Information about ClothOff founders**

---

**From** Hawthorne Ripley <hawthorne.ripley@ylsclinics.org>

**Date** Wed 7/1/2026 1:02 PM

**To** John Langford <john.langford@YLSClinics.org>

Thank you!


--
Hawthorne Ripley
Summer Intern, Yale MFIA Clinic
Berkeley Law '28
(347) 703-4866

---

**From:** John Langford <john.langford@YLSClinics.org>
**Sent:** Wednesday, July 1, 2026 12:50 PM
**To:** Hawthorne Ripley <hawthorne.ripley@ylsclinics.org>
**Subject:** FW: Information about ClothOff founders



--
John Langford
Yale Law School
Visiting Associate Clinical Professor of Law
Sterling Law Building, Rm. 437
(203) 432-2366
john.langford@yale.edu

**From:** Dara Gold <dara.gold@ylsclinics.org>
**Date:** Monday, November 10, 2025 at 5:52 AM
**To:** John Langford <john.langford@YLSClinics.org>; Tobin Raju <tobin.raju@YLSClinics.org>; Brina Harden <brina.harden@YLSClinics.org>; Jeanica Geneus <jeanica.geneus@ylsclinics.org>
**Subject:** Fwd: Information about ClothOff founders


FYI
Get Outlook for iOS

---

**From:** Michael Safi <michael.safi@theguardian.com>
**Sent:** Monday, November 10, 2025 6:55 AM
**To:** Dara Gold <dara.gold@ylsclinics.org>
**Subject:** Re: Information about ClothOff founders

Hey Dara,

Some news - my Belarussian colleague says that the registered addresses she pulled for Alaiks, Dasha and their parents are - in her view - their *current registered* addresses. In other words, in reality they may have moved to other places (or even overseas) but in terms of the Belarussian state (and possibly for your purposes?) these are their current addresses.

So once again they are, for Alaiksandr: МИНСК, ЗАВОДСКОЙ Р-Н., ПЕР. КАБУШКИНА И.К. Д.5 КВ.42

For Dasha: Minsk, Alibegova 16-112

For their parents, Sergey and Natalia: Минск, пр-т Дзержинского, 131-335

Mike

----

**Michael Safi**
Presenter, Guardian Investigates
-----



Kings Place, 90 York Way,
London N1 9GU
theguardian.com
-----
Download the Guardian app for Android and iOS

On Thu, 6 Nov 2025 at 18:07, Dara Gold <dara.gold@ylsclinics.org> wrote:
> Got it. Thank you so much! We have a few steps to get through before we can mail the service documents anyway so waiting to hear from your Belarussian colleague works well.
>
> We so appreciate the help,
> Dara
>
> Get Outlook for iOS
> _____
>
> **From:** Michael Safi <michael.safi@theguardian.com>
> **Sent:** Thursday, November 6, 2025 6:37:53 AM
> **To:** Dara Gold <dara.gold@ylsclinics.org>
> **Subject:** Re: Information about ClothOff founders
>
> Hey Dara,
>
> Yes that's right, 123 is the number for the complex rather than their apartment in particular. I've had another look at our files and Dasha's father, Sergey Babichau, is registered as living at this address which is close by (is it perhaps the same complex?) and has an apartment number attached:

535993 Минск, пр-т Дзержинского, 131-335 — Квартира 500/D-708036814 — 85 sq m

And just to complicate matters further, I've just found that Dasha is registered with the state as living at: Minsk, Alibegova 16-112 - but as with the addresses for Alaiksandr, I'm afraid I don't know whether she lives at that address now, or used to and now lives at the address linked to her Telegram. It's a bit of a puzzle, I'm sorry to say. I'm going to check with the Belarussian journalist who helped us to compile this information and ask her which addresses she thinks may be the most current.

Mike

----

**Michael Safi**
Presenter, Guardian Investigates

-----



Kings Place, 90 York Way,
London N1 9GU
theguardian.com
-----
Download the Guardian app for Android and iOS

On Wed, 5 Nov 2025 at 17:30, Dara Gold <dara.gold@ylsclinics.org> wrote:
Thank you SO much, Mike! This is incredibly helpful. Two quick questions:

1. Just confirming that for Dasha's address the 123 seems to refer to a building number (not the apartment), but the other addresses appear to have apartment numbers as well. I recall you said you didn't have apartment numbers so just double checking.
2. Do you know if the second address for Alaiksandr was dated before or after the first one you listed (the Telegram building chat that he left in 2023)?

On our end we are drafting your interview request for our client and will keep you posted as soon as we hear back.

Thanks again!!
Dara

---

**From:** Michael Safi <michael.safi@theguardian.com>
**Sent:** Wednesday, November 5, 2025 12:17 PM
**To:** Dara Gold <dara.gold@ylsclinics.org>
**Subject:** Re: Information about ClothOff founders

Hey Dara,

Good to chat just now.

Our research shows that the Babichau family owns an apartment at this address:

Минск, пер. Корженевского, д.2а, кв. 417

Importantly, Alaiksandr was also a member (and posted actively in) a Telegram group for residents of this group. Unfortunately he appears to have left the group at some point since 2023 (his last post there) suggesting that while the family still owns the apartment he may not be living there.

We have this other address for him, though I couldn't tell you if he's currently there, only that he once listed it as his address:

МИНСК, ЗАВОДСКОЙ Р-Н., ПЕР . КАБУШКИНА И.К. Д.5 КВ.42
MINSK, ZAVODSKOY DISTRICT, PER. KABUSHKINA I.K. D.5 KV.42

On the other hand Dasha is currently a member of a residents group on Telegram for this address, suggesting she currently lives there:

ЖК Мегаполис - Дзержинского, 123

So that's a more promising result. I hope that's helpful! Please let me know if I can pass on any other information.

Best wishes
Mike


----
**Michael Safi**
Presenter, Guardian Investigates
-----



Kings Place, 90 York Way,
London N1 9GU
theguardian.com
-----
Download the Guardian app for Android and iOS


On Tue, 4 Nov 2025 at 02:11, Dara Gold <dara.gold@ylsclinics.org> wrote:
> Sounds great! Zoom info is below.
>
> Thanks again and looking forward to it,
> Dara
>
>
> Dara Gold is inviting you to a scheduled Zoom meeting.

Topic: Dara Gold's Personal Meeting Room
Join Zoom Meeting
https://us05web.zoom.us/j/6408463032?pwd=MHNuWFpGNi9uYVpNYnlIMFJ1aWNDQT09

Meeting ID: 640 846 3032
Passcode: Hfp1uC

Join instructions
https://us05web.zoom.us/meetings/6408463032/invitations?signature=-eMSxwo0rQY0tRhUu5h6FDxOkKOQEOgxaje-sjlMZGs

---

**From:** Michael Safi <michael.safi@theguardian.com>
**Sent:** Monday, November 3, 2025 9:46 AM
**To:** Dara Gold <dara.gold@ylsclinics.org>
**Cc:** alex.atack@theguardian.com <alex.atack@theguardian.com>; joshua.kelly@theguardian.com <joshua.kelly@theguardian.com>; Tobin Raju <tobin.raju@YLSClinics.org>; Jeanica Geneus <jeanica.geneus@ylsclinics.org>; Brina Harden <brina.harden@YLSClinics.org>; John Langford <john.langford@YLSClinics.org>
**Subject:** Re: Information about ClothOff founders

Hey Dara,

Yes sure, that works, and don't stress if you're late coming out of class, I'm flexible on Wednesday.

Cheers
Mike

----
**Michael Safi**
Presenter, Guardian Investigates
-----



Kings Place, 90 York Way,
London N1 9GU
theguardian.com
-----
Download the Guardian app for Android and iOS

On Mon, 3 Nov 2025 at 14:25, Dara Gold <dara.gold@ylsclinics.org> wrote:
> Hi Mike,

So glad to hear from you! Can you do Wednesday at 10:30 am EST? (I get out of class at 10:15). If not, I have a lot of flexibility tomorrow (Tuesday).

Thanks so much,
Dara

---

**From:** Michael Safi <michael.safi@theguardian.com>
**Sent:** Monday, November 3, 2025 4:42 AM
**To:** Dara Gold <dara.gold@ylsclinics.org>
**Cc:** alex.atack@theguardian.com <alex.atack@theguardian.com>; joshua.kelly@theguardian.com <joshua.kelly@theguardian.com>; Tobin Raju <tobin.raju@YLSClinics.org>; Jeanica Geneus <jeanica.geneus@ylsclinics.org>; Brina Harden <brina.harden@YLSClinics.org>; John Langford <john.langford@YLSClinics.org>
**Subject:** Re: Information about ClothOff founders

Hi Dara, hope you're doing well.

We read about that lawsuit with great interest. Very happy to chat, would Wednesday your morning this week possibly work?

Cheers,
Mike

----

**Michael Safi**
Presenter, Guardian Investigates
-----



Kings Place, 90 York Way,
London N1 9GU
theguardian.com
-----
Download the Guardian app for Android and iOS

On Thu, 30 Oct 2025 at 19:39, Dara Gold <dara.gold@ylsclinics.org> wrote:
> Hi Michael, Alex and Joshua,
>
> I am a student at Yale Law School and am a member of the student clinic that just filed a lawsuit against ClothOff and its founders. The lawsuit was profiled in a Wall Street Journal article. We are now trying to serve Alaiksandr Babichau and Dasha Babicheva in Belarus and saw your excellent reporting last year on ClothOff and its founders' whereabouts. Would you be willing to have a brief chat, off the record,

about any advice you have for tracking down their current addresses, or telling us a bit about your process for your article?

Thanks very much and looking forward to hearing from you,
Dara


**Dara Gold**
Yale Law School | J.D. Candidate, 2027
dara.gold@yale.edu | 347-563-0303

---

This e-mail and all attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender and delete the e-mail and all attachments immediately. Do not disclose the contents to another person. You may not use the information for any purpose, or store, or copy, it in any way.  Guardian News & Media Limited is not liable for any computer viruses or other material transmitted with or as part of this e-mail. You should employ virus checking software.

Guardian News & Media Limited is a member of Guardian Media Group plc. Registered Office: Kings Place, 90 York Way, London, N1 9GU. Registered in England Number 908396

---

This e-mail and all attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender and delete the e-mail and all attachments immediately. Do not disclose the contents to another person. You may not use the information for any purpose, or store, or copy, it in any way.  Guardian News & Media Limited is not liable for any computer viruses or other material transmitted with or as part of this e-mail. You should employ virus checking software.

Guardian News & Media Limited is a member of Guardian Media Group plc. Registered Office: Kings Place, 90 York Way, London, N1 9GU. Registered in England Number 908396

---

This e-mail and all attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender and delete the e-mail and all attachments immediately. Do not disclose the contents to another person. You may not use the information for any purpose, or store, or copy, it in any way.  Guardian News & Media Limited is not liable for any computer viruses or other material transmitted with or as part of this e-mail. You should employ virus checking software.

Guardian News & Media Limited is a member of Guardian Media Group plc. Registered Office: Kings Place, 90 York Way, London, N1 9GU. Registered in England Number 908396

---

This e-mail and all attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender and delete the e-mail and all attachments immediately. Do not disclose the contents to another person. You may not use the information for any purpose, or store, or copy, it in any way.  Guardian News & Media Limited is not liable for any computer viruses or other material transmitted with or as part of this e-mail. You should employ virus checking software.

Guardian News & Media Limited is a member of Guardian Media Group plc. Registered Office: Kings Place, 90 York Way, London, N1 9GU. Registered in England Number 908396

This e-mail and all attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender and delete the e-mail and all attachments immediately. Do not disclose the contents to another person. You may not use the information for any purpose, or store, or copy, it in any way.  Guardian News & Media Limited is not liable for any computer viruses or other material transmitted with or as part of this e-mail. You should employ virus checking software.

Guardian News & Media Limited is a member of Guardian Media Group plc. Registered Office: Kings Place, 90 York Way, London, N1 9GU. Registered in England Number 908396