# EXHIBIT C

# ЗАПРОС
## О ВРУЧЕНИИ ЗА ГРАНИЦЕЙ СУДЕБНЫХ ИЛИ ВНЕСУДЕБНЫХ ДОКУМЕНТОВ

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года.**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Наименование и адрес заявителя**<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | **Адрес запрашиваемого органа**<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Shane B. Vogt – FBN 257620*<br>Email: shane@svogtlaw.com | Ministry of Justice of the Republic of Belarus |

**Нижеподписавшийся заявитель имеет честь препроводить – в двух экземплярах – перечисленные ниже документы и в соответствии со статьей 5 вышеупомянутой Конвенции просит без промедления вручить один экземпляр указанных документов адресату:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**имя (наименование) и адрес**
(identity and address) / *(identité et adresse)*

ALAIKSANDR BABICHAU
MINSK, ZAVODSKOY DISTRICT,
LANE KABUSHKINA I.K. BLDG. 5, APT. 42
Republic of Belarus

| | | |
|---|---|---|
| ☑ | a) | **в соответствии с положениями подпункта "a" первой части статьи 5 Конвенции***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | b) | **в следующем особом порядке (подпункт "b" первой части статьи 5)*:**<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :* |
| ☐ | c) | **путем доставки адресату, если он согласен принять документы добровольно (вторая часть статьи 5)***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

**Просьба возвратить или обеспечить возврат запрашивающему органу одного экземпляра документов - и приложений к нему* - вместе с подтверждением о вручении согласно приложенному свидетельству.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

*Перечень документов*
List of documents / *Énumération des pièces*

- Complaint and Demand for Jury Trial
- Summons in a Civil Case
- Notice of related action

**\* если применимо**
if appropriate / *s'il y a lieu*

| **Совершено в**<br>Done at / *Fait à*<br>**дата**<br>the / *le* | November 17, 2025 | **Подпись и/или печать**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|

Постоянное бюро Гаагской конференции сентябрь 2011

# СВИДЕТЕЛЬСТВО
## CERTIFICATE
### *ATTESTATION*

**Нижеподписавшийся орган имеет честь в соответствии со статьей 6 указанной Конвенции подтвердить,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. что документы были вручены\***
that the document has been served *
*que la demande a été exécutée\**

| | |
|---|---|
| **— (дата):** <br> the (date) / le (date) : | |
| **— (населенный пункт, улица, дом):** <br> at (place, street, number) / à (localité, rue, numéro) : | |

**— одним из следующих способов, предусмотренных статьей 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| | | |
|---|---|---|
| ☐ | *a)* | **в соответствии с положениями подпункта "а" первой части статьи 5\*** <br> in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\* <br> *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | *b)* | **в следующем особом порядке\*:** <br> in accordance with the following particular method\*: <br> *selon la forme particulière suivante\* :* |
| ☐ | *c)* | **путем доставки адресату, который принял их добровольно\*** <br> by delivery to the addressee, if he accepts it voluntarily\* <br> *par remise simple\** |

**Указанные в запросе документы доставлены:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Имя и статус лица:** <br> Identity and description of person: <br> *Identité et qualité de la personne :* | |
| **Отношения с адресатом (семейные, деловые или иные):** <br> Relationship to the addressee (family, business or other): <br> *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☐ **2. что документы не были вручены по следующим причинам\*:**
that the document has not been served, by reason of the following facts\*:
*que la demande n'a pas été exécutée, en raison des faits suivants\* :*

| |
|---|
| |

☐ **В соответствии со второй частью статьи 12 упомянутой Конвенции просьба запрашивающему органу оплатить или возместить расходы, описанные в приложении\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

*Приложения*
Annexes / *Annexes*

| | |
|---|---|
| **Возвращаемые документы:** <br> Documents returned: <br> *Pièces renvoyées :* | |
| **В соответствующих случаях, документы, подтверждающие вручение:** <br> In appropriate cases, documents establishing the service: <br> *Le cas échéant, les documents justificatifs de l'exécution :* | |

**\*если применимо**
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Совершено в** <br> Done at / *Fait à* <br><br> **дата** <br> the / *le* | **Подпись и/или печать** <br> Signature and/or stamp / *Signature et / ou cachet* |

Постоянное бюро Гаагской конференции сентябрь 2011

# ПРЕДУПРЕЖДЕНИЕ
## WARNING
### *AVERTISSEMENT*

**Имя (наименование)  и адрес адресата**
Identity and address of the addressee
*Identité et adresse du destinataire*

## ВАЖНАЯ ИНФОРМАЦИЯ

**ПРИЛАГАЕМЫЙ ДОКУМЕНТ ЯВЛЯЕТСЯ ЮРИДИЧЕСКИМ И МОЖЕТ ОКАЗАТЬ ВЛИЯНИЕ НА ВАШИ ПРАВА И ОБЯЗАТЕЛЬСТВА. В «ОСНОВНОМ СОДЕРЖАНИИ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА» ВЫ НАЙДЕТЕ ОПРЕДЕЛЕННУЮ ИНФОРМАЦИЮ О ХАРАКТЕРЕ И НАЗНАЧЕНИИ ДАННОГО ДОКУМЕНТА. ОДНАКО ВАМ СЛЕДУЕТ САМОСТОЯТЕЛЬНО И ВНИМАТЕЛЬНО ПРОЧЕСТЬ ДОКУМЕНТ. ВАМ МОЖЕТ БЫТЬ НЕОБХОДИМО ОБРАТИТЬСЯ ЗА ЮРИДИЧЕСКОЙ ПОМОЩЬЮ.**

**ЕСЛИ ВАШИХ ФИНАНСОВЫХ РЕСУРСОВ НЕДОСТАТОЧНО ДЛЯ ЭТОЙ ЦЕЛИ, ВАМ СЛЕДУЕТ ПОПЫТАТЬСЯ ПОЛУЧИТЬ ИНФОРМАЦИЮ О ВОЗМОЖНОСТИ ПОЛУЧЕНИЯ ПРАВОВОЙ ПОМОЩИ ИЛИ КОНСУЛЬТАЦИЙ В СТРАНЕ, ГДЕ ВЫ ПРОЖИВАЕТЕ, ИЛИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ.**

**ВОПРОСЫ О ВОЗМОЖНОСТИ ПОЛУЧИТЬ ЮРИДИЧЕСКУЮ ПОМОЩЬ ИЛИ КОНСУЛЬТАЦИИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ, МОЖНО НАПРАВЛЯТЬ ПО АДРЕСУ:**

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

**Рекомендуется, чтобы стандартные условия уведомления были изложены на английском и французском языках и, по мере целесообразности, - также на официальном языке или одном из официальных языков государства происхождения документа. Бланки могут заполняться либо на языке государства, в которое направляются документы, либо на английском или французском языке.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

## ОСНОВНОЕ СОДЕРЖАНИЕ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА
### SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года (статья 5, четвертая часть).**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Наименование и адрес запрашивающего органа:** Name and address of the requesting authority: *Nom et adresse de l'autorité requérante :* | Shane B. Vogt – FBN 257620* Email: shane@svogtlaw.com VOGT LAW |
| **Стороны*:** Particulars of the parties*: *Identité des parties* : | JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE |

\* если применимо, имя и адрес лица, заинтересованного в передаче документа
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

| ☑ | **СУДЕБНЫЙ ДОКУМЕНТ**\*\* JUDICIAL DOCUMENT\*\* *ACTE JUDICIAIRE*\*\* |
|---|---|

| | |
|---|---|
| **Характер и назначение документа:** Nature and purpose of the document: *Nature et objet de l'acte :* | Summons, civil complaint, notice of related action and DOJ guidance on |
| **Характер и предмет судебного разбирательства, а в соответствующих случаях – сумма иска:** Nature and purpose of the proceedings and, when appropriate, the amount in dispute: *Nature et objet de l'instance, le cas échéant, le montant du litige:* | Request for injunction against all activity related to ClubOff, CSAM and NCII. |
| **Дата и место явки в суд**\*\***:** Date and Place for entering appearance\*\*: *Date et lieu de la comparution*\*\* : | Serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure within 21 days of receiving summons. |
| **Суд, вынесший решение**\*\***:** Court which has given judgment\*\*: *Juridiction qui a rendu la décision*\*\* : | Not applicable |
| **Дата вынесения решения**\*\***:** Date of judgment\*\*: *Date de la décision*\*\* : | Not applicable |
| **Предельный срок, указанный в документе**\*\***:** Time limits stated in the document\*\*: *Indication des délais figurant dans l'acte*\*\* : | 21 days upon receipt of summons |

\*\* если применимо
if appropriate / *s'il y a lieu*

| ☐ | **ВНЕСУДЕБНЫЙ ДОКУМЕНТ**\*\* EXTRAJUDICIAL DOCUMENT\*\* *ACTE EXTRAJUDICIAIRE*\*\* |
|---|---|

| | |
|---|---|
| **Характер и назначение документа:** Nature and purpose of the document : *Nature et objet de l'acte :* | |
| **Предельный срок, указанный в документе**\*\***:** Time-limits stated in the document\*\*: *Indication des délais figurant dans l'acte*\*\*: | |

\*\* если применимо
if appropriate / *s'il y a lieu*

| ERASE | PRINT |
|---|---|

Постоянное бюро Гаагской конференции сентябрь 2011

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JANE DOE, ET AL.,**
*Plaintiff*

V.      **SUMMONS IN A CIVIL CASE**

**AI/ROBOTICS VENTURE STRATEGY 3
LTD, ET AL.,**
*Defendant*

CASE NUMBER: **2:25−CV−16671−ES−JBC**

TO: *(Name and address of Defendant):*

ALAIKSANDR BABICHAU
MINSK, ZAVODSKOY DISTRICT,
LANE KABUSHKINA I.K. BLDG. 5, APT. 42
Republic of Belarus

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shane B. Vogt – FBN 257620*
Email: shane@svogtlaw.com
VOGT LAW
625 E. Twiggs St., Suite 1090
Tampa, Florida 33602
United States
Tel: (813) 737-0717

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**

**Clerk of Court**



**ISSUED ON 2025−10−17 09:58:14**, Clerk
USDC NJD

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name):
_____ a person of suitable age and discretion who resides there,
on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left:
_____ ; or

☐ Returned unexecuted: _____
_____
_____ ; or

☐ Other (specify):
_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    _____        _____
                        Date                                  *Signature of Server*

                                                            _____
                                                            *Address of Server*



**KMMinyard:ak**

**U.S. Department of Justice**
Civil Division
Office of International Judicial Assistance

*U.S. Central Authority*
*Benjamin Franklin Station*
*P.O. Box 14360*
*Washington, DC 20044*
*+1 (202) 514-6700*
*OIJA@usdoj.gov*

September 16, 2025

> Re:   *Attorneys as Competent Forwarding Authorities under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters Pursuant to U.S. Law*

The Office of International Judicial Assistance (OIJA) serves as the United States Central Authority pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention" or "Convention"). OIJA provides this guidance regarding attorneys acting as competent forwarding authorities under U.S. law.

As is well-established, it is the law of the Requesting State that determines the competence of forwarding authorities. Conclusions and Recommendations of the Special Commission, ¶ 86 (July 2024), *available at* https://assets.hcch.net/docs/6aef5b3a-a02c-408f-8277-8c995d56f255.pdf. *See also* Explanatory Report, Hague Conference on Private Int'l Law, *Actes et documents de la Dixième session (1964)*, Tome III, *Judicial cooperation*, at 368 (The Hague, Imprimerie Nationale 1965) [hereinafter "Explanatory Report"] ("En ce qui concerne les avocats il appartient à la *lex magistrus* de préciser s'ils ont la possibilité de s'addresser directement à l'Autorité centrale."). Indeed, the Practical Handbook on the Operation of the Service Convention specifies that the "Requested State does not play a role in determining the competence of the forwarding authority in the Requesting State and cannot apply its own domestic rules to verify this." Hague Conference on Private Int'l Law, *Practical Handbook on the Operation of the Service Convention* ¶ 190, at 126 (5th ed. 2025).

Article 3 of the Convention sets forth minimal standards for forwarding authorities. These forwarding authorities must meet just two criteria. First, a forwarding authority must be an "authority" or "judicial officer." Convention, art. 3. Second, such authority or judicial officer must be "competent under the law of the State in which the documents originate." *Id.* Attorneys in the United States meet both of these criteria.

First, licensed attorneys are unquestionably "judicial officers" in the United States. For more than a century, the United States Supreme Court has recognized that attorneys admitted to practice law are "officers of the court" and their duties "relate almost exclusively to proceedings of a judicial nature." *Ex parte Garland*, 71 U.S. 333, 378-79 (1866) (internal quotation marks and citations omitted). An attorney licensed to practice in the United States is a "member of the bar" and enjoys a "kind of monopoly granted only to lawyers." *In re Snyder*, 472 U.S. 634, 644 (1985). Upon admission, an attorney becomes "an officer of the court, and, like the court itself, an instrument or agency to advance the ends of justice." *Theard v. United States*, 354 U.S. 278, 281 (1957) (internal quotation marks and citations omitted). In this capacity, U.S. attorneys

commonly undertake actions that may be reserved exclusively to the judiciary in other jurisdictions. *E.g.*, *id.* ("[A]s an officer of the court, a lawyer can cause persons to drop their private affairs and be called as witnesses in court, and for depositions and other pretrial processes that . . . may be conducted outside courtrooms.").

Second, lawyers are among those competent to serve judicial documents in civil or commercial matters. This competence may emanate from local rules governing civil procedure in the courts of the various states and territories comprising the United States. It is also authorized by federal law. Specifically, Rule 4(c)(2) of the United States Federal Rules of Civil Procedure permits "[a]ny person who is at least 18 years old and not a party" to serve a summons and complaint, the documents most commonly transmitted abroad for service in connection with U.S. civil or commercial court proceedings.

Attorneys licensed to practice in the United States thus play a role similar to that of English solicitors, who at the time of the negotiations of the Convention were recognized as (1) authorities or judicial officers and (2) competent to serve judicial documents under the law of the Great Britain. Procès-Verbale No. 4, Hague Conference on Private Int'l Law, *Actes et documents de la Dixième session (1964)*, Tome III, *Judicial cooperation*, at 188 (The Hague, Imprimerie Nationale 1965); Explanatory Report at 368 ("Il est bien entendu que le solicitor anglais est inclus dans l'expression autorité ou officier ministériel compétents. Il pourra donc s'adresser à l'Autorité centrale de l'Etat requis.").

Likewise, any attorney licensed to practice in the United States is (1) a "judicial officer" and (2) competent to forward requests for service of judicial documents to Central Authorities pursuant to Article 3 so long as he or she is not also a party to the underlying dispute. This competence does not depend on the attorney's relationship to the parties, including whether the attorney represents any party in the judicial action in which the documents originate. Nor does the attorney's inherent competence require a commission or other specific authorization from the judge issuing the documents to be served due to the attorney's own powers as an officer of the court.

Under U.S. law, additional persons and entities within the United States competent to transmit service requests abroad pursuant to Article 3 include any court official and any other person or entity, such as process servers, authorized by the rules of the adjudicating court. OIJA plays no role in the transmission of requests sent to foreign Central Authorities under Article 3.

Additional questions or concerns may be directed to the U.S. Central Authority by emailing OIJA@usdoj.gov.

- 2 -

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JANE DOE, ET AL.,**
*Plaintiff*

V.                        **SUMMONS IN A CIVIL CASE**

**AI/ROBOTICS VENTURE STRATEGY 3
LTD, ET AL.,**
*Defendant*

CASE NUMBER: **2:25−CV−16671−ES−JBC**

TO: *(Name and address of Defendant):*

Dasha Babicheva
Minsk, Alibegova 16-112
Republic of Belarus

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shane B. Vogt – FBN 257620*
Email: shane@svogtlaw.com
VOGT LAW
625 E. Twiggs St., Suite 1090
Tampa, Florida 33602
United States
Tel: (813) 737-0717

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads

**Clerk of Court**



ISSUED ON **2025−10−17 09:58:14**, Clerk
USDC NJD

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name):

_____ a person of suitable age and discretion who resides there,

on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left:

_____ ; or

☐ Returned unexecuted: _____

_____

_____ ; or

☐ Other (specify):

_____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                  *Signature of Server*

                                                        _____
                                                        *Address of Server*

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant**<br>Identité et adresse du requérant | **Address of receiving authority**<br>Adresse de l'autorité destinataire |
|---|---|
| Shane B. Vogt - FBN 257620*<br>Email: shane @svogtlaw.com | High Court of Justice of the British Virgin Islands |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| **(identity and address)**<br>(identité et adresse) | AI Robotics Venture Strategy 3 Ltd. D/b/a/ ClothOff<br>3076 Sir Francis Drake's Highway<br>P.O. Box 34643<br>Road Town, Tortola<br>VIRGIN ISLANDS, BRITISH |
|---|---|

| ☑ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
|---|---|---|
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents** / Énumération des pièces

- Complaint and Demand for Jury Trial
- Summons in a Civil Case
- Civil Cover Sheet
- DOJ Guidance on Attorneys as Competent Authorities

\* if appropriate / s'il y a lieu

| **Done at** / Fait à<br>January 14, 2026<br>**The** / le | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| | |
|---|---|
| **— the (date)** / le (date): | |
| **— at (place, street, number):** <br> à (localité, rue, numéro) : | |

| | |
|---|---|
| **— in one of the following methods authorised by Article 5:** <br> dans une des formes suivantes prévues à l'article 5 : | |
| ☐ **a)** **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** <br> selon les formes légales (article 5, alinéa premier, lettre a))\* | |
| ☐ **b)** **in accordance with the following particular method\*:** <br> selon la forme particulière suivante\* : | |
| ☐ **c)** **by delivery to the addressee, if he accepts it voluntarily\*** <br> par remise simple\* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** <br> Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):** <br> Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\* :

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

***Annexes** / Annexes*

| | |
|---|---|
| **Documents returned:** <br> Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:** <br> Le cas échéant, les documents justificatifs de l'exécution : | |

\*  if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à <br><br> **The** / le | **Signature and/or stamp** <br> Signature et / ou cachet |

Permanent Bureau July 2017

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire

**AI Robotics Venture Strategy 3 Ltd. D/b/a/ ClothOff**
**3076 Sir Francis Drake's Highway**
**P.O. Box 34643**
Road Town, Tortola
**VIRGIN ISLANDS, BRITISH**                    **IMPORTANT**

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

Permanent Bureau July 2017

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:** Nom et adresse de l'autorité requérante : | Shane B. Vogt — FBN 257620* Email: shane@svogtlaw.com VOGT LAW |
| **Particulars of the parties*:** Identité des parties* : | JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

**☑ JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** Nature et objet de l'acte : | Summons, civil complaint, notice of related action, and DOJ guidance on lawyers as competent authorities |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** Nature et objet de l'instance, le cas échéant, le montant du litige : | Request for injunction against all activity related to ClothOff, CSAM and NCII. |
| **Date and Place for entering appearance\*\*:** Date et lieu de la comparution\*\* : | John Langford and Tobin Raju Media Freedom & Information Access Clinic Yale Law School P.O. Box 208215 New Haven, CT 06520-8215 |
| **Court which has given judgment\*\*:** Juridiction qui a rendu la décision\*\* : | Not applicable |
| **Date of judgment\*\*:** Date de la décision\*\* : | Not applicable |
| **Time limits stated in the document\*\*:** Indication des délais figurant dans l'acte\*\* : | 21 days upon receipt of summons |

\*\* if appropriate / s'il y a lieu

**☐ EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:** Indication des délais figurant dans l'acte\*\* : | |

\*\* if appropriate / s'il y a lieu

## ЗАПРОС
## О ВРУЧЕНИИ ЗА ГРАНИЦЕЙ СУДЕБНЫХ ИЛИ ВНЕСУДЕБНЫХ ДОКУМЕНТОВ

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года.**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Наименование и адрес заявителя<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | Адрес запрашиваемого органа<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Shane B. Vogt – FBN 257620*<br>Email: shane@svogtlaw.com | Ministry of Justice of the Republic of Belarus |

**Нижеподписавшийся заявитель имеет честь препроводить – в двух экземплярах – перечисленные ниже документы и в соответствии со статьей 5 вышеупомянутой Конвенции просит без промедления вручить один экземпляр указанных документов адресату:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**имя (наименование) и адрес**
(identity and address) / *(identité et adresse)*

ALIAKSANDR BABICHAU
MINSK, ZAVODSKOY DISTRICT,
LANE KABUSHKINA I.K. BLDG. 5, APT. 42
Republic of Belarus

| | | |
|---|---|---|
| ☑ | a) | **в соответствии с положениями подпункта "a" первой части статьи 5 Конвенции***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)*|
| ☐ | b) | **в следующем особом порядке (подпункт "b" первой части статьи 5)*:**<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :* |
| ☐ | c) | **путем доставки адресату, если он согласен принять документы добровольно (вторая часть статьи 5)***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)*|

**Просьба возвратить или обеспечить возврат запрашивающему органу одного экземпляра документов - и приложений к нему* - вместе с подтверждением о вручении согласно приложенному свидетельству.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

**Перечень документов**
List of documents / *Énumération des pièces*

- Complaint and Demand for Jury Trial
- Summons in a Civil Case
- Notice of related action

**\* если применимо**
if appropriate / *s'il y a lieu*

| Совершено в<br>Done at / *Fait à*<br>дата<br>the / *le* | November 17, 2025 | Подпись и/или печать<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|

Постоянное бюро Гаагской конференции сентябрь 2011

# СВИДЕТЕЛЬСТВО
## CERTIFICATE
### *ATTESTATION*

**Нижеподписавшийся орган имеет честь в соответствии со статьей 6 указанной Конвенции подтвердить,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. что документы были вручены\***
that the document has been served *
*que la demande a été exécutée\**

| | |
|---|---|
| **— (дата):** <br> the (date) / *le (date)* : | |
| **— (населенный пункт, улица, дом):** <br> at (place, street, number) / *à (localité, rue, numéro)* : | |

**— одним из следующих способов, предусмотренных статьей 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| | | |
|---|---|---|
| ☐ | *a)* | **в соответствии с положениями подпункта "a" первой части статьи 5\*** <br> in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\* <br> *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | *b)* | **в следующем особом порядке\*:** <br> in accordance with the following particular method\*: <br> *selon la forme particulière suivante\** : |
| ☐ | *c)* | **путем доставки адресату, который принял их добровольно\*** <br> by delivery to the addressee, if he accepts it voluntarily\* <br> *par remise simple\** |

**Указанные в запросе документы доставлены:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Имя и статус лица:** <br> Identity and description of person: <br> *Identité et qualité de la personne* : | |
| **Отношения с адресатом (семейные, деловые или иные):** <br> Relationship to the addressee (family, business or other): <br> *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte* : | |

☐ **2. что документы не были вручены по следующим причинам\*:**
that the document has not been served, by reason of the following facts\*:
*que la demande n'a pas été exécutée, en raison des faits suivants\** :

| |
|---|
| |

☐ **В соответствии со второй частью статьи 12 упомянутой Конвенции просьба запрашивающему органу оплатить или возместить расходы, описанные в приложении\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

**Приложения**
Annexes / *Annexes*

| | |
|---|---|
| **Возвращаемые документы:** <br> Documents returned: <br> *Pièces renvoyées* : | |
| **В соответствующих случаях, документы, подтверждающие вручение:** <br> In appropriate cases, documents establishing the service: <br> *Le cas échéant, les documents justificatifs de l'exécution* : | |

**\*если применимо**
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Совершено в** <br> Done at / *Fait à* <br><br> **дата** <br> the / *le* | **Подпись и/или печать** <br> Signature and/or stamp / *Signature et / ou cachet* |

Постоянное бюро Гаагской конференции сентябрь 2011

# ПРЕДУПРЕЖДЕНИЕ
## WARNING
### *AVERTISSEMENT*

**Имя (наименование) и адрес адресата**
Identity and address of the addressee
*Identité et adresse du destinataire*

### ВАЖНАЯ ИНФОРМАЦИЯ

**ПРИЛАГАЕМЫЙ ДОКУМЕНТ ЯВЛЯЕТСЯ ЮРИДИЧЕСКИМ И МОЖЕТ ОКАЗАТЬ ВЛИЯНИЕ НА ВАШИ ПРАВА И ОБЯЗАТЕЛЬСТВА. В «ОСНОВНОМ СОДЕРЖАНИИ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА» ВЫ НАЙДЕТЕ ОПРЕДЕЛЕННУЮ ИНФОРМАЦИЮ О ХАРАКТЕРЕ И НАЗНАЧЕНИИ ДАННОГО ДОКУМЕНТА. ОДНАКО ВАМ СЛЕДУЕТ САМОСТОЯТЕЛЬНО И ВНИМАТЕЛЬНО ПРОЧЕСТЬ ДОКУМЕНТ. ВАМ МОЖЕТ БЫТЬ НЕОБХОДИМО ОБРАТИТЬСЯ ЗА ЮРИДИЧЕСКОЙ ПОМОЩЬЮ.**

**ЕСЛИ ВАШИХ ФИНАНСОВЫХ РЕСУРСОВ НЕДОСТАТОЧНО ДЛЯ ЭТОЙ ЦЕЛИ, ВАМ СЛЕДУЕТ ПОПЫТАТЬСЯ ПОЛУЧИТЬ ИНФОРМАЦИЮ О ВОЗМОЖНОСТИ ПОЛУЧЕНИЯ ПРАВОВОЙ ПОМОЩИ ИЛИ КОНСУЛЬТАЦИЙ В СТРАНЕ, ГДЕ ВЫ ПРОЖИВАЕТЕ, ИЛИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ.**

**ВОПРОСЫ О ВОЗМОЖНОСТИ ПОЛУЧИТЬ ЮРИДИЧЕСКУЮ ПОМОЩЬ ИЛИ КОНСУЛЬТАЦИИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ, МОЖНО НАПРАВЛЯТЬ ПО АДРЕСУ:**

#### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

#### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

**Рекомендуется, чтобы стандартные условия уведомления были изложены на английском и французском языках и, по мере целесообразности, - также на официальном языке или одном из официальных языков государства происхождения документа. Бланки могут заполняться либо на языке государства, в которое направляются документы, либо на английском или французском языке.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

Постоянное бюро Гаагской конференции сентябрь 2011

# ОСНОВНОЕ СОДЕРЖАНИЕ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА
## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года (статья 5, четвертая часть).**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Наименование и адрес запрашивающего органа:** Name and address of the requesting authority: *Nom et adresse de l'autorité requérante :* | Shane B. Vogt – FBN 257620* Email: shane@svogtlaw.com VOGT LAW |
| **Стороны*:** Particulars of the parties*: *Identité des parties* : | JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE |

\* если применимо, имя и адрес лица, заинтересованного в передаче документа
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☑ **СУДЕБНЫЙ ДОКУМЕНТ***
JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE**

| | |
|---|---|
| **Характер и назначение документа:** Nature and purpose of the document: *Nature et objet de l'acte :* | Summons, civil complaint, notice of related action and DOJ guidance on |
| **Характер и предмет судебного разбирательства, а в соответствующих случаях – сумма иска:** Nature and purpose of the proceedings and, when appropriate, the amount in dispute: *Nature et objet de l'instance, le cas échéant, le montant du litige:* | Request for injunction against all activity related to ClothOff, CSAM and NCII. |
| **Дата и место явки в суд**:** Date and Place for entering appearance**: *Date et lieu de la comparution** :* | Serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure within 21 days of receiving summons. |
| **Суд, вынесший решение**:** Court which has given judgment**: *Juridiction qui a rendu la décision** :* | Not applicable |
| **Дата вынесения решения**:** Date of judgment**: *Date de la décision** :* | Not applicable |
| **Предельный срок, указанный в документе**:** Time limits stated in the document**: *Indication des délais figurant dans l'acte** :* | 21 days upon receipt of summons |

\*\* если применимо
if appropriate / *s'il y a lieu*

☐ **ВНЕСУДЕБНЫЙ ДОКУМЕНТ***
EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **Характер и назначение документа:** Nature and purpose of the document : *Nature et objet de l'acte :* | |
| **Предельный срок, указанный в документе**:** Time-limits stated in the document**: *Indication des délais figurant dans l'acte**:* | |

\*\* если применимо
if appropriate / *s'il y a lieu*

| ERASE | PRINT |
|---|---|

Постоянное бюро Гаагской конференции сентябрь 2011

# ЗАПРОС
# О ВРУЧЕНИИ ЗА ГРАНИЦЕЙ СУДЕБНЫХ ИЛИ ВНЕСУДЕБНЫХ ДОКУМЕНТОВ

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Наименование и адрес заявителя** <br> Identity and address of the applicant <br> *Identité et adresse du requérant* | **Адрес запрашиваемого органа** <br> Address of receiving authority <br> *Adresse de l'autorité destinataire* |
|---|---|
| Shane B. Vogt – FBN 257620* <br> Email: shane@svogtlaw.com | Ministry of Justice of the Republic of Belarus <br> Kollektornaya st., 10 <br> 220004 Minsk, <br> Republic of Belarus |

**Нижеподписавшийся заявитель имеет честь препроводить – в двух экземплярах – перечисленные ниже документы и в соответствии со статьей 5 вышеупомянутой Конвенции просит без промедления вручить один экземпляр указанных документов адресату:**

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**имя (наименование) и адрес**
(identity and address) / *(identité et adresse)*

ALAIKSANDR BABICHAU
MINSK, ZAVODSKOY DISTRICT,
LANE KABUSHKINA I.K. BLDG. 5, APT. 42
Republic of Belarus

| ☑ | a) | **в соответствии с положениями подпункта "a" первой части статьи 5 Конвенции\*** <br> in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\* <br> *selon les formes légales (article 5, alinéa premier, lettre a)\** |
|---|---|---|
| ☐ | b) | **в следующем особом порядке (подпункт "b" первой части статьи 5)\*:** <br> in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*: <br> *selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :* |
| ☐ | c) | **путем доставки адресату, если он согласен принять документы добровольно (вторая часть статьи 5)\*** <br> by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\* <br> *le cas échéant, par remise simple (article 5, alinéa 2)\** |

**Просьба возвратить или обеспечить возврат запрашивающему органу одного экземпляра документов - и приложений к нему\* - вместе с подтверждением о вручении согласно приложенному свидетельству.**

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

*Перечень документов*
List of documents / *Énumération des pièces*

- Complaint and Demand for Jury Trial
- Summons in a Civil Case
- Notice of related action

**\* если применимо**
if appropriate / *s'il y a lieu*

| **Совершено в** <br> Done at / *Fait à* <br> **дата** <br> the / *le*  November 17, 2025 | **Подпись и/или печать** <br> Signature and/or stamp / *Signature et / ou cachet* |
|---|---|

Постоянное бюро Гаагской конференции сентябрь 2011

## СВИДЕТЕЛЬСТВО
### CERTIFICATE
### *ATTESTATION*

**Нижеподписавшийся орган имеет честь в соответствии со статьей 6 указанной Конвенции подтвердить,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. что документы были вручены\***
that the document has been served *
*que la demande a été exécutée\**

| | |
|---|---|
| **— (дата):**<br>the (date) / *le (date) :* | |
| **— (населенный пункт, улица, дом):**<br>at (place, street, number) / *à (localité, rue, numéro) :* | |

**— одним из следующих способов, предусмотренных статьей 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| | | |
|---|---|---|
| ☐ | *a)* | **в соответствии с положениями подпункта "а" первой части статьи 5\***<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | *b)* | **в следующем особом порядке\*:**<br>in accordance with the following particular method\*:<br>*selon la forme particulière suivante\* :* |
| ☐ | *c)* | **путем доставки адресату, который принял их добровольно\***<br>by delivery to the addressee, if he accepts it voluntarily\*<br>*par remise simple\** |

**Указанные в запросе документы доставлены:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Имя и статус лица:**<br>Identity and description of person:<br>*Identité et qualité de la personne :* | |
| **Отношения с адресатом (семейные, деловые или иные):**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☐ **2. что документы не были вручены по следующим причинам\*:**
that the document has not been served, by reason of the following facts\*:
*que la demande n'a pas été exécutée, en raison des faits suivants\* :*

☐ **В соответствии со второй частью статьи 12 упомянутой Конвенции просьба запрашивающему органу оплатить или возместить расходы, описанные в приложении\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

**Приложения**
*Annexes / Annexes*

| | |
|---|---|
| **Возвращаемые документы:**<br>Documents returned:<br>*Pièces renvoyées :* | |
| **В соответствующих случаях, документы, подтверждающие вручение:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

**\*если применимо**
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Совершено в**<br>Done at / *Fait à*<br><br>**дата**<br>the / *le* | **Подпись и/или печать**<br>Signature and/or stamp / *Signature et / ou cachet* |

Постоянное бюро Гаагской конференции сентябрь 2011

# ПРЕДУПРЕЖДЕНИЕ
## WARNING
### *AVERTISSEMENT*

**Имя (наименование) и адрес адресата**
Identity and address of the addressee
*Identité et adresse du destinataire*

### ВАЖНАЯ ИНФОРМАЦИЯ

ПРИЛАГАЕМЫЙ ДОКУМЕНТ ЯВЛЯЕТСЯ ЮРИДИЧЕСКИМ И МОЖЕТ ОКАЗАТЬ ВЛИЯНИЕ НА ВАШИ ПРАВА И ОБЯЗАТЕЛЬСТВА. В «ОСНОВНОМ СОДЕРЖАНИИ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА» ВЫ НАЙДЕТЕ ОПРЕДЕЛЕННУЮ ИНФОРМАЦИЮ О ХАРАКТЕРЕ И НАЗНАЧЕНИИ ДАННОГО ДОКУМЕНТА. ОДНАКО ВАМ СЛЕДУЕТ САМОСТОЯТЕЛЬНО И ВНИМАТЕЛЬНО ПРОЧЕСТЬ ДОКУМЕНТ. ВАМ МОЖЕТ БЫТЬ НЕОБХОДИМО ОБРАТИТЬСЯ ЗА ЮРИДИЧЕСКОЙ ПОМОЩЬЮ.

ЕСЛИ ВАШИХ ФИНАНСОВЫХ РЕСУРСОВ НЕДОСТАТОЧНО ДЛЯ ЭТОЙ ЦЕЛИ, ВАМ СЛЕДУЕТ ПОПЫТАТЬСЯ ПОЛУЧИТЬ ИНФОРМАЦИЮ О ВОЗМОЖНОСТИ ПОЛУЧЕНИЯ ПРАВОВОЙ ПОМОЩИ ИЛИ КОНСУЛЬТАЦИЙ В СТРАНЕ, ГДЕ ВЫ ПРОЖИВАЕТЕ, ИЛИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ.

ВОПРОСЫ О ВОЗМОЖНОСТИ ПОЛУЧИТЬ ЮРИДИЧЕСКУЮ ПОМОЩЬ ИЛИ КОНСУЛЬТАЦИИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ, МОЖНО НАПРАВЛЯТЬ ПО АДРЕСУ:

#### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

#### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Рекомендуется, чтобы стандартные условия уведомления были изложены на английском и французском языках и, по мере целесообразности, - также на официальном языке или одном из официальных языков государства происхождения документа. Бланки могут заполняться либо на языке государства, в которое направляются документы, либо на английском или французском языке.

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

# ОСНОВНОЕ СОДЕРЖАНИЕ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА
## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года (статья 5, четвертая часть).**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en*
*matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Наименование и адрес запрашивающего органа:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Shane B. Vogt – FBN 257620*<br>Email: shane@svogtlaw.com<br>VOGT LAW |
| **Стороны*:**<br>Particulars of the parties*:<br>*Identité des parties* :* | JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE |

\* если применимо, имя и адрес лица, заинтересованного в передаче документа
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☑ **СУДЕБНЫЙ ДОКУМЕНТ***
**JUDICIAL DOCUMENT***
*ACTE JUDICIAIRE***

| | |
|---|---|
| **Характер и назначение документа:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | Summons, civil complaint, notice of related action and DOJ guidance on |
| **Характер и предмет судебного разбирательства, а в соответствующих случаях – сумма иска:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | Request for injunction against all activity related to ClubOff, CSAM and NCII. |
| **Дата и место явки в суд***:<br>Date and Place for entering appearance***:<br>*Date et lieu de la comparution** :* | Serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure within 21 days of receiving summons. |
| **Суд, вынесший решение***:<br>Court which has given judgment***:<br>*Juridiction qui a rendu la décision** :* | Not applicable |
| **Дата вынесения решения***:<br>Date of judgment***:<br>*Date de la décision** :* | Not applicable |
| **Предельный срок, указанный в документе***:<br>Time limits stated in the document***:<br>*Indication des délais figurant dans l'acte** :* | 21 days upon receipt of summons |

** если применимо
if appropriate / *s'il y a lieu*

☐ **ВНЕСУДЕБНЫЙ ДОКУМЕНТ***
**EXTRAJUDICIAL DOCUMENT***
*ACTE EXTRAJUDICIAIRE***

| | |
|---|---|
| **Характер и назначение документа:**<br>Nature and purpose of the document :<br>*Nature et objet de l'acte :* | |
| **Предельный срок, указанный в документе***:<br>Time-limits stated in the document***:<br>*Indication des délais figurant dans l'acte**:* | |

** если применимо
if appropriate / *s'il y a lieu*

[ERASE]    [PRINT]

Постоянное бюро Гаагской конференции сентябрь 2011

# ЗАПРОС
## О ВРУЧЕНИИ ЗА ГРАНИЦЕЙ СУДЕБНЫХ ИЛИ ВНЕСУДЕБНЫХ ДОКУМЕНТОВ
REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года.**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Наименование и адрес заявителя**<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | **Адрес запрашиваемого органа**<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Shane B. Vogt – FBN 257620*<br>Email: shane@svogtlaw.com | Ministry of Justice of the Republic of Belarus<br>Kollektornaya st., 10<br>220048 Minsk,<br>Republic of Belarus |

**Нижеподписавшийся заявитель имеет честь препроводить – в двух экземплярах – перечисленные ниже документы и в соответствии со статьей 5 вышеупомянутой Конвенции просит без промедления вручить один экземпляр указанных документов адресату:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**имя (наименование) и адрес**
(identity and address) / (identité et adresse)

ALIAKSANDR BABICHAU
MINSK, ZAVODSKOY DISTRICT,
LANE KABUSHKINA I.K. BLDG. 5, APT. 42
Republic of Belarus

| | | |
|---|---|---|
| ☑ | *a)* | **в соответствии с положениями подпункта "a" первой части статьи 5 Конвенции***<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | *b)* | **в следующем особом порядке (подпункт "b" первой части статьи 5)*:**<br>in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :* |
| ☐ | *c)* | **путем доставки адресату, если он согласен принять документы добровольно (вторая часть статьи 5)***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

**Просьба возвратить или обеспечить возврат запрашивающему органу одного экземпляра документов - и приложений к нему* - вместе с подтверждением о вручении согласно приложенному свидетельству.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

*Перечень документов*
List of documents / *Énumération des pièces*

- Complaint and Demand for Jury Trial
- Summons in a Civil Case
- Notice of related action

**\* если применимо**
if appropriate / *s'il y a lieu*

| **Совершено в**<br>Done at / *Fait à*<br>**дата**<br>the / *le* | November 17, 2025 | **Подпись и/или печать**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|

# СВИДЕТЕЛЬСТВО
## CERTIFICATE
### *ATTESTATION*

**Нижеподписавшийся орган имеет честь в соответствии со статьей 6 указанной Конвенции подтвердить,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. что документы были вручены\***
 that the document has been served *
 *que la demande a été exécutée\**

| | |
|---|---|
| **— (дата):** the (date) / le (date) : | |
| **— (населенный пункт, улица, дом):** at (place, street, number) / à (localité, rue, numéro) : | |

**— одним из следующих способов, предусмотренных статьей 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| | | |
|---|---|---|
| ☐ | *a)* | **в соответствии с положениями подпункта "a" первой части статьи 5\*** in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\* *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | *b)* | **в следующем особом порядке\*:** in accordance with the following particular method\*: *selon la forme particulière suivante\* :* |
| ☐ | *c)* | **путем доставки адресату, который принял их добровольно\*** by delivery to the addressee, if he accepts it voluntarily\* *par remise simple\** |

**Указанные в запросе документы доставлены:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Имя и статус лица:** Identity and description of person: *Identité et qualité de la personne :* | |
| **Отношения с адресатом (семейные, деловые или иные):** Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☐ **2. что документы не были вручены по следующим причинам\*:**
 that the document has not been served, by reason of the following facts\*:
 *que la demande n'a pas été exécutée, en raison des faits suivants\* :*

| |
|---|
| |

☐ **В соответствии со второй частью статьи 12 упомянутой Конвенции просьба запрашивающему органу оплатить или возместить расходы, описанные в приложении\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

## *Приложения*
Annexes / *Annexes*

| | |
|---|---|
| **Возвращаемые документы:** Documents returned: *Pièces renvoyées :* | |
| **В соответствующих случаях, документы, подтверждающие вручение:** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* | |

**\*если применимо**
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Совершено в** Done at / *Fait à* **дата** the / *le* | **Подпись и/или печать** Signature and/or stamp / *Signature et / ou cachet* |

Постоянное бюро Гаагской конференции сентябрь 2011

## ПРЕДУПРЕЖДЕНИЕ
### WARNING
### *AVERTISSEMENT*

**Имя (наименование) и адрес адресата**
Identity and address of the addressee
*Identité et adresse du destinataire*

### ВАЖНАЯ ИНФОРМАЦИЯ

ПРИЛАГАЕМЫЙ ДОКУМЕНТ ЯВЛЯЕТСЯ ЮРИДИЧЕСКИМ И МОЖЕТ ОКАЗАТЬ ВЛИЯНИЕ НА ВАШИ ПРАВА И ОБЯЗАТЕЛЬСТВА. В «ОСНОВНОМ СОДЕРЖАНИИ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА» ВЫ НАЙДЕТЕ ОПРЕДЕЛЕННУЮ ИНФОРМАЦИЮ О ХАРАКТЕРЕ И НАЗНАЧЕНИИ ДАННОГО ДОКУМЕНТА. ОДНАКО ВАМ СЛЕДУЕТ САМОСТОЯТЕЛЬНО И ВНИМАТЕЛЬНО ПРОЧЕСТЬ ДОКУМЕНТ. ВАМ МОЖЕТ БЫТЬ НЕОБХОДИМО ОБРАТИТЬСЯ ЗА ЮРИДИЧЕСКОЙ ПОМОЩЬЮ.

ЕСЛИ ВАШИХ ФИНАНСОВЫХ РЕСУРСОВ НЕДОСТАТОЧНО ДЛЯ ЭТОЙ ЦЕЛИ, ВАМ СЛЕДУЕТ ПОПЫТАТЬСЯ ПОЛУЧИТЬ ИНФОРМАЦИЮ О ВОЗМОЖНОСТИ ПОЛУЧЕНИЯ ПРАВОВОЙ ПОМОЩИ ИЛИ КОНСУЛЬТАЦИЙ В СТРАНЕ, ГДЕ ВЫ ПРОЖИВАЕТЕ, ИЛИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ.

ВОПРОСЫ О ВОЗМОЖНОСТИ ПОЛУЧИТЬ ЮРИДИЧЕСКУЮ ПОМОЩЬ ИЛИ КОНСУЛЬТАЦИИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ, МОЖНО НАПРАВЛЯТЬ ПО АДРЕСУ:

#### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

#### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

**Рекомендуется, чтобы стандартные условия уведомления были изложены на английском и французском языках и, по мере целесообразности, - также на официальном языке или одном из официальных языков государства происхождения документа. Бланки могут заполняться либо на языке государства, в которое направляются документы, либо на английском или французском языке.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

## ОСНОВНОЕ СОДЕРЖАНИЕ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА
### SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года (статья 5, четвертая часть).**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Наименование и адрес запрашивающего органа:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Shane B. Vogt – FBN 257620*<br>Email: shane@svogtlaw.com<br>VOGT LAW<br>*Lawyer recognized as judicial officer, OIJA Guidance on Attorneys as Competent Forwarding Authorities (DOJ, Jan 2025) https://www.justice.gov/civil/media/1414296/dl?inlin* |
| **Стороны*:**<br>Particulars of the parties*:<br>*Identité des parties* : | JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE<br>Plaintiff<br>v.<br>ALEKSANDR BABICHAU<br>Defendant |

\* если применимо, имя и адрес лица, заинтересованного в передаче документа
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

---

☑ **СУДЕБНЫЙ ДОКУМЕНТ**\*\*
**JUDICIAL DOCUMENT**\*\*
*ACTE JUDICIAIRE*\*\*

| | |
|---|---|
| **Характер и назначение документа:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | Summons, civil complaint, notice of related action and DOJ guidance on lawyers as competent forwarding authorities |
| **Характер и предмет судебного разбирательства, а в соответствующих случаях – сумма иска:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | Request for injunction against all activity related to ClothOff, CSAM and NCII. |
| **Дата и место явки в суд**\*\*:<br>Date and Place for entering appearance\*\*:<br>*Date et lieu de la comparution*\*\* : | Serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure within 21 days of receiving summons. |
| **Суд, вынесший решение**\*\*:<br>Court which has given judgment\*\*:<br>*Juridiction qui a rendu la décision*\*\* : | Not applicable |
| **Дата вынесения решения**\*\*:<br>Date of judgment\*\*:<br>*Date de la décision*\*\* : | Not applicable |
| **Предельный срок, указанный в документе**\*\*:<br>Time limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte*\*\* : | 21 days upon receipt of summons |

\*\* если применимо
if appropriate / *s'il y a lieu*

---

☐ **ВНЕСУДЕБНЫЙ ДОКУМЕНТ**\*\*
**EXTRAJUDICIAL DOCUMENT**\*\*
*ACTE EXTRAJUDICIAIRE*\*\*

| | |
|---|---|
| **Характер и назначение документа:**<br>Nature and purpose of the document :<br>*Nature et objet de l'acte :* | |
| **Предельный срок, указанный в документе**\*\*:<br>Time-limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte*\*\*: | |

\*\* если применимо
if appropriate / *s'il y a lieu*

[ ERASE ]    [ PRINT ]

Постоянное бюро Гаагской конференции сентябрь 2011