# EXHIBIT D

← **Track another item**                               Cymraeg



# In Transit

Your item has been received at **MINSK NATIONAL AIRMAIL UNIT PI 2, Belarus**. More information will be available as it travels through the network.

**Tracking number:**
LO404370400GB

**Service used:**
International Tracked                                    ?

**Destination:**
Belarus

---

## Tracking history

**Friday 09 January 2026**

16:33          Item Received
               MINSK NATIONAL AIRMAIL UNIT PI 2, Belarus

**Friday 02 January 2026**

### Wednesday 31 December 2025

| 02:20 | **Item Received by Royal Mail** |
|-------|----------------------------------|
|       | LANGLEY HWDC |

### Tuesday 30 December 2025

| 18:09 | **Item Received** |
|-------|-------------------|
|       | London Central MC |

| 12:38 | **Item Received** |
|-------|-------------------|
|       | South Kensington DO |

| 12:35 | **Sender preparing item** |
|-------|---------------------------|

# Need help?

I need help with my reference number  ⬀

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

My tracking message looks wrong  ⬀

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

My item is shown as delivered but it hasn't been  ⬀

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Help tracking items posted to another country from the UK  ⬀

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Home     Track and Trace – Track your Item



**Our partners**

Terms of use    Privacy    Terms and conditions    Cookies

International distribution services    Accessibility    Cymraeg

© Royal Mail Group Limited 2025