# EXHIBIT E


**App.clothoff.info**



# Undress photos with DeepNude AI for FREE!

Your TOP-1 Pocket Porn Studio

**Try now for Free**


Get APP on
**Android**


Get APP on
**IOS**

Case 2:25-cv-16671-ES-JBC    Document 20-8    Filed 07/09/26    Page 3 of 10 PageID: 188



## Adult Industry Stars Choose Us

Clothoff.io.| DeepNude Undify, Free Undress AI & Clothes Removed Online



## Sweetie Fox

Russian pornographic actress, model and cosplayer.

Within the category of "Favorite Cosplayer" at the Pornhub Awards in 2022, she was the recipient of her very first award nomination. In the year 2023, the publication Maxim bestowed upon her a position among the top twenty Russian porn actresses.

Views

## How does this work?

**1**      Select a photo on your device and upload it to the website

**2**      Set the required parameters (breast size, butt, etc.)

**3**      Get and download the result in just a few seconds

**Try doing it now**

# Taking care of your health



*" Sexual activity boosts immunoglobulin A levels and immunological response."*

© Ministry of Health

○ About 90% of people on
the planet masturbate regularly.


**90%**

Ejaculate at least 3 times a week and stay healthy.

# Health and freedom



*" We stand for health and freedom. We condemn prohibited content."*

© App.clothoff.info Team

 Using someone else's photo without the consent of the person and generating nude people under 18 yo is punishable by law.We are against the use of our service for negative purposes.



## AI Clothes Remover Free: Easily Remove Clothes from Photos Online



## How to Check if an Image is AI-Created: Tips, Signs and Tools

Show more articles ↗

# One-time payments - no subscriptions

Buy and spend VIP Coins for:

- 🔞 Undressing Feature
- 🌅 Upload from Instagram
- 🧘 Sex Poses & Sets
- ⚡ Queue Skip



**$2 US**                                                **38** 💎

+50% 💎                                                  ~~96~~ 💎

**$6 US**



| +75% 💎 | 2̶4̶0̶ 💎 |
|---|---|
| **$15 US** | **420** 💎 |
| +100% 💎 | 6̶4̶0̶ 💎 |
| **$40 US** | **1280** 💎 |

### Get coins for your activities!



**Free coins** **+25 ★**

# FAQ

**What is DeepNude App and how does it work?** ^

Cloth Off – is an advanced nudes AI technology designed to "undress" photos to create the illusion of a naked body. It uses deep learning algorithms to analyze and process the clothing in images, effectively nudifying them to generate realistic results.

**Is it safe to use Nudify AI services?** ^

Using Clothes off AI is safe, provided that privacy policies and ethical standards are observed. We ensure the protection of your data and do not distribute images without your consent, making our nudify service reliable and secure.

**How accurate are the results obtained with App.clothoff.info?** ^

The accuracy of our undress AI technology depends on the quality of the source image and the complexity of the clothing. Our technology is constantly being improved to provide the most realistic results possible, making AI nudes free one of the most advanced tools available.

**Is it ethical to use AI generators to create images?** ^

Using AI to create "deepnude" style images raises ethical considerations. We encourage users to approach this with an understanding of

Case 2:25-cv-16671-ES-JBC    Document 20-8    Filed 07/09/26    Page 8 of 10 PageID: 193

responsibility and respect for others' privacy, ensuring that the use of undress app is done with full awareness of ethical implications.

# Welcome to App.clothoff.info

ℹ️ App.clothoff.info is a free undress AI online web service or app that allows you to remove   ⌄

App.clothoff.info is a free undress AI online web service or app that allows you to remove

What else can our AI nude do:

- Fast image generation
- Confidentiality
- Referral Program
- Advanced AI algorithms
- We have a website, Android and iOS apps, and a Telegram bot
- Free trial version
- Change the pose of the person in the photo (18+ poses)
- Customize the body shape to your liking
- Undress a photo directly from a link, for example, from Instagram
- Process many photos at once

Well, it's time to use our AI undresser app! Just read what's written below: it's about the responsibility you bear when generating such photos and your safety.

## Social Responsibility

We understand and recognize the fact that such technology as App.clothoff.info can be used for other purposes, including the generation of AI naked images.

The possibility of creating images using AI undress free requires careful consideration and elaboration of ethical issues. Deep nude serves as a clear reminder of the possibility of misuse, for example, generating similar images of naked people without their consent. It is extremely important to develop these technologies with reliable means of protection against malicious applications. In addition, increasing the transparency of the internal workings of these tools allows users to make informed decisions about their use. One way is to develop a

detailed, understandable and transparent user agreement describing the intended purpose of the technology.

Conclusion

This is one of the most advanced tools among the "nudify services", which contains the latest IA nude, as well as various other tools.

Of course, it is extremely important to keep in mind the ethical and moral issues of using this technology and approach it with full responsibility.

Cloth Off is:

- A simple and intuitive undressapp that will be understandable to any user.
- Fast image processing is achieved through embedded advanced technologies.
- A realistic result was obtained due to the fact that our neural network was trained on a huge database.

Overall, our service is a safe platform for generating nude photos. So what are you waiting for? Sign up now and experience all the features of our online undress AI tool today!



**Take control of your desire**

Anything you dreamt about, just a click away

**Try now**

support@app.clothoff.info
cooperation@app.clothoff.info

ClothOff — DeepNude, Nudify, Free Undress AI & Clothes Remove Online

We do not save any data.We do not take any responsibility for images created using the website.Processing of minors is impossible. Even attemps of such processings will lead to ban of account.

AI/Robotics Venture Strategy 3 Ltd. 18 Pasea Estate Road, Road Town, Tortola, VG1110, British Virgin Islands

| | | |
|---|---|---|
| Make Money Together | About Us | Refund & Cancellation Policy |
| For Media and Press | Blog | Try our API |
| Privacy Policy | Customer Support Policy | Terms of Service |
| Acceptable Use Policy | Telegram bot | Get APP on Android |
| Get APP on Apple IOS | FAQ | Support |
| Contact Us | | |

Undress AI    DeepNude AI    Nudify AI    Muke AI    Nude AI    AI Clothes Remover

Deepsukebe AI

The App.clothoff.info service does not incite, aid, or abet users in committing illegal actions aimed at unlawful manipulation and dissemination of nude images of people without their explicit consent to such actions.

We are working with Asulable and donating funds to support those affected by AI. If you have experienced problems related to AI, please visit asulable.com or contact them at team@asulabel.com.