# EXHIBIT F


British Virgin Islands
**Financial Services Commission**

🏠 Home    📁 Careers    ✉ Contact Us    📅 Holiday Closures    | Search 🔍 |

About Us    Entities    Beneficial Ownership    AML/CFT    Sandbox    International Sanctions    Library    News    Annual Returns    Events



---


**Certificate Verification**
Learn More


**Trust and Corporate Services Providers**
Learn More


**Subscribe to our Newsletter**
Subscribe

Home  \  About Us

# About Us

The December 2001 enactment of the Financial Services Commission Act, 2001 established the British Virgin Islands Financial Services Commission as an autonomous regulatory authority responsible for the regulation, supervision, and inspection of all financial services in and from within the BVI.

Regulated activities which are considered financial services include: insurance, banking, fiduciary services, trustee business, company management, investment business, and insolvency services, as well as the registration of companies, limited partnerships and intellectual property.

The Commission, since 2002 assumed responsibility for functions previously carried out by the Government through the Financial Services Department. The Commission as financial services regulator is also responsible for promoting public understanding of the financial system and its products, policing the perimeter of regulated activity, reducing financial crime, and preventing market abuse.

---

## British Virgin Islands Financial Services Commission


18 Pasea Estate Road
Road Town, TORTOLA,
VG1110
BRITISH VIRGIN ISLANDS

T:  (284) 494-1324
    (284) 494-4190
    (284) 347-4001
    (284) 852-4123 (Client Support)
F:  (284) 494-5016
E:  commissioner@bvifsc.vg

Business Hours:
Monday - Friday
8:30a.m. - 4:30p.m.

Terms of Use
Privacy Policy
Site Map
Contact Us
Subscribe

British Virgin Islands Financial Services Commission uses cookies to capture data, allowing us to improve our site experience for everyone. To learn about how we use cookies please visit our privacy policy

**I understand**