# EXHIBIT G

Case 2:25-cv-16671-ES-JBC    Document 20-10    Filed 07/09/26    Page 2 of 2 PageID: 199



# AI/Robotics Venture Strategy 3 Ltd.

April 10, 2026

**Entity Type:** Approved Funds (/terms/regulated-entities/approved-funds)
**Name:** AI/Robotics Venture Strategy 3 Ltd.
**Entity Status:**
Currently Regulated Entities (/terms/regulation-status/currently-regulated-entities)

British Virgin Islands Financial Services Commission uses cookies to capture data, allowing us to improve our site experience for everyone. To learn about how we use cookies please visit our privacy policy (/privacy-policy)

**I understand**