# EXHIBIT H



**BVI Financial Services Commission, Registry of Corporate Affairs**
## Register of Companies Search Report

**Date of Search :**  10/11/2025
This search is accurate as at the Search Date above.

| | |
|---|---|
| **Company Name :** | AI/Robotics Venture Strategy 3 Ltd. |
| **Company Number :** | 1944549 |
| **Company Type :** | BC New Incorporation |

**Date of Incorporation / Registration :**    09/05/2017

### Current Status :

| | |
|---|---|
| Status Description: | Active |
| Status Date: | 09/05/2017 |
| Current Registered Agent: | ATU GENERAL TRUST (BVI) LIMITED |
| Current Registered Agent Address: | 3076 Sir Francis Drake's Highway P.O. Box 3463 Road Town Tortola VIRGIN ISLANDS, BRITISH |
| Current Registered Agent Phone Number: | 284-494-1122 |
| Current Registered Agent Fax Number: | 284-494-1199 |
| Current Registered Office : | 3076 Sir Francis Drakes Highway P.O. Box 3463 Road Town Tortola VIRGIN ISLANDS, BRITISH |
| Telephone: | |
| Agent Fax: | |
| Register of Directors Filed : | Yes |

### Share/Capital Information:

| | |
|---|---|
| Ability to Issue Bearer Shares: | No |

### Previous Names History

| | | | Date Range or Cease Date | |
|---|---|---|---|---|
| S.No | Previous Name | Foreign Character Name | From | To |
| 1 | AI/Robotics Venture Strategy 3 Ltd. | | 09/05/2017 | |

### Transaction History

| S.No | Date | Transaction Number | Description | Status | Eforms/Attachments |
|---|---|---|---|---|---|
| 1 | 08/05/2017 | T170687622 | Name Reservation (10 days) | Approved | Name Reservation (10 days) |
| 2 | 09/05/2017 | T170696553 | Application for Incorporation (BC) | Approved | Application for Incorporation (BC) |
| | | | | | Memorandum and Articles of the Company |
| 3 | 11/05/2017 | T170710436 | Register of Members or Directors | Approved | Register of Members or Directors |
| 4 | 21/11/2017 | T171282074 | Amendments of Memorandum and / Or Articles of Association | Approved | Amendments of Memorandum and / Or Articles of Association |
| | | | | | The attachment restated memorandum/ articles incorporates the amendment made |
| 5 | 19/03/2018 | T180176789 | Annual Fee Submission (BC) | Approved | Annual Fee Submission (BC) |
| 6 | 06/03/2019 | T190126066 | Annual Fee Submission (BC) | Approved | Annual Fee Submission (BC) |
| 7 | 27/03/2019 | T190175417 | Amendments of Memorandum and / Or Articles of Association | Approved | Amendments of Memorandum and / Or Articles of Association |
| | | | | | The attachment restated memorandum/ articles incorporates the amendment made |
| 8 | 15/10/2019 | T190671417 | Amendments of Memorandum and / Or Articles of Association | Approved | Amendments of Memorandum and / Or Articles of Association |
| | | | | | The attachment restated memorandum/ articles incorporates the amendment made |
| 9 | 15/11/2019 | T190766496 | Register of Directors - Registration of Changes | Approved | Register of Directors - Registration of Changes |
| 10 | 13/03/2020 | T200126340 | Annual Fee Submission (BC) | Approved | Annual Fee Submission (BC) |
| 11 | 30/06/2020 | T200427716 | Amendments of Memorandum and / Or Articles of Association | Approved | Amendments of Memorandum and / Or Articles of Association |
| | | | | | The attachment restated memorandum/ articles incorporates the amendment made |
| 12 | 26/02/2021 | T210116562 | Annual Fee Submission (BC) | Approved | Annual Fee Submission (BC) |
| 13 | 12/03/2021 | T210146757 | Register of Directors - Registration of Changes | Approved | Register of Directors - Registration of Changes |
| 14 | 01/02/2022 | T220060999 | Register of Directors - Registration of Changes | Approved | Register of Directors - Registration of Changes |
| 15 | 16/02/2022 | T220088867 | Amendments of Memorandum and / Or Articles of Association | Approved | Amendments of Memorandum and / Or Articles of Association |
| | | | | | The attachment restated memorandum/ articles incorporates the amendment made |
| 16 | 21/03/2022 | T220150923 | Annual Fee Submission (BC) | Approved | Annual Fee Submission (BC) |
| 17 | 02/06/2022 | T220418714 | Register of Directors - Registration of Changes | Approved | Register of Directors - Registration of Changes |
| 18 | 17/04/2023 | T230196808 | Annual Fee Submission (BC) | Approved | Annual Fee Submission (BC) |
| 19 | 01/05/2023 | T230238449 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 20 | 01/05/2023 | T230238545 | Register of Directors - Registration of Changes | Approved | Register of Directors - Registration of Changes |
| 21 | 11/07/2023 | T230470389 | Register of Directors - Registration of Changes | Approved | Register of Directors - Registration of Changes |
| 22 | 31/07/2023 | T230501504 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 23 | 13/09/2023 | T230574015 | Register of Directors - Registration of Changes | Approved | Register of Directors - Registration of Changes |
| 24 | 13/09/2023 | T230574104 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 25 | 09/10/2023 | T230622215 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 26 | 03/04/2024 | T240178787 | Annual Fee Submission (BC) | Approved | Annual Fee Submission (BC) |

| 27 | 26/07/2024 T240501877 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
|---|---|---|---|---|
| 28 | 11/11/2024 T240714885 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 29 | 11/03/2025 T250135892 | Annual Fee Submission (BC) | Approved | Annual Fee Submission (BC) |
| 30 | 25/09/2025 T250853025 | Amendments of Memorandum and / Or Articles of Association | Approved | Amendments of Memorandum and / Or Articles of Association<br><br>The attachment restated memorandum/ articles incorporates the amendment made |
| 31 | 30/10/2025 T251020287 | Notice of Change In Number Of Shares / In Authorised Capital | Approved | Notice of Change In Number Of Shares / In Authorised Capital<br><br>Restated memorandum / articles incorporates the amendment made |

## Certificate History

| S.No | Transaction No. | Type of Certificate | Date of Filing |
|---|---|---|---|
| 1 | T170696553 | Certificate of Incorporation (Original) | 09/05/2017 |
| 2 | T230238449 | Certificate of Good Standing | 01/05/2023 |
| 3 | T230501504 | Certificate of Good Standing | 31/07/2023 |
| 4 | T230574104 | Certificate of Good Standing | 13/09/2023 |
| 5 | T230622215 | Certificate of Good Standing | 09/10/2023 |
| 6 | T240501877 | Certificate of Good Standing | 26/07/2024 |
| 7 | T240714885 | Certificate of Good Standing | 11/11/2024 |

**DISCLAIMER:**

Although care has been taken to ensure the accuracy, completeness and reliability of the information provided through the use of this service ("the Information"), neither the Registrar of Corporate Affairs ("the Registrar") nor the Financial Services Commission ("the Commission") assumes any responsibility for the accuracy, completeness and reliability of the Information. This report does not reflect any transactions that may be submitted and not yet registered, or other changes for which the Registrar has not received notice. The user of the Information agrees that the Information is subject to change without notice, and neither the Registrar nor the Commission is responsible for any discrepancies that may result if a transaction is approved for filing after the issuance of this report. Neither the Registrar nor the Commission assumes any responsibility for the consequences of use of the Information, nor for any infringement of third party intellectual property rights which may result from its use. In no event shall the Commission or the Registrar be liable for any direct, indirect, special or incidental damage resulting from, arising out of or in connection with the use of the Information.