# EXHIBIT J

ALERT: SEVERE WEATHER IN THE SOUTHERN AND MIDWESTERN US MAY DELAY FINAL DELI...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## CH247427675US

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in VIRGIN ISLANDS BRITISH at 10:43 am on March 10, 2026.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered**
VIRGIN ISLANDS BRITISH
March 10, 2026, 10:43 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                     ⌄

**Product Information**                                     ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Case 2:25-cv-16671-ES-JBC    Document 20-13    Filed 07/09/26    Page 3 of 3 PageID: 259

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs