# EXHIBIT K

support@clothoff.net
cooperation@clothoff.net
legal@clothoff.net

We do not operate in the state of Ohio.

We do not save any data. We do not take any responsibility for images created using the website. Processing of minors is impossible. Even attemps of such processings will lead to ban of account.

**BESTDAILY INTERNATIONAL LIMITED, BVI**

| | | |
|---|---|---|
| Feed | Make Money Together | About Us |
| Our mission | Become Dealer | Refund & Cancellation Policy |
| For Media and Press | Blog | Try our API |
| Privacy Policy | Customer Support Policy | Terms of Service |
| Acceptable Use Policy | Telegram bot | Get APP on Android |
| Get APP on Apple IOS | FAQ | Support |
| Contact Us | | |