# EXHIBIT M

**Clothoff**

# For Media and Press

## We are

Our team is open to any kind of interaction with press and media! And we always appreciate being contacted!

## About AI

Interviews about AI, questions about our service, etc. — we are ready for all of it!

## Contact US

So if you have any press inquires, please get in touch with us via email: press@clothoff.net

**✉ Contact us**

## Who took our interview



El Independiente   Insider Spain   El Confidencial   PetaPixel   DIY Photography   ABC News

Giornalettismo   The Guardian   franceinfo:   Forbes   Aimojo   Euronews

BBC   YAHOO   Fortune   XLSemanal

support@clothoff.net
cooperation@clothoff.net
legal@clothoff.net

We do not operate in the state of Ohio.

We do not save any data. We do not take any responsibility for images created using the website. Processing of minors is impossible. Even attemps of such processings will lead to ban of account.

BESTDAILY INTERNATIONAL LIMITED, BVI

Feed

Our mission

For Media and Press

Privacy Policy

Acceptable Use Policy

Get APP on Apple IOS

Contact Us

Make Money Together

Become Dealer

Blog

Customer Support Policy

Telegram bot

FAQ

About Us

Refund & Cancellation Policy

Try our API

Terms of Service

Get APP on Android

Support

Undress AI   DeepNude AI   Nudify AI   Muke AI   Nude AI   AI Clothes Remover   Deepsukebe AI   Face Swap AI   Face Swap Video AI   Face Swap Porn AI

The Clothoff.net service does not incite, aid, or abet users in committing illegal actions aimed at unlawful manipulation and dissemination of nude images of people without their explicit

We are working with Asulabel and donating funds to support those affected by AI. If you have experienced problems related to AI, please visit asulabel.com or contact them at

**ASULABEL** **RTA®**

consent to such actions.

team@asulabel.com.