# EXHIBIT N



Chat in channel Email support@clothoff....    ↓ Download    ···    ⧉    ✕

# Chat in channel Email **support@clothof**f.net [5283763-2759]

**JS**    James,support@clothoff.net<notifications@jivo-mail.com>    ···
To: ⊗ John Langford    Thu 6/4/2026 3:50 AM

Hello!
How can i help you? Please describe your problem in more details.

James, support operator

Chat history from channel Email **support@clothof**f.net on June 4, 2026
03:16 You: To whom it may concern,

Can you please confirm that this is the correct email address for questions about the ClothOff website?

Thank you,

John Langford
10:48 James, Consultant: Hello!
How can i help you? Please describe your problem in more details.

JivoChat – The Business Messenger

If you'd like me to stop sending you emails, please click **here**.

↩ Reply    ↪ Forward