# EXHIBIT O

**Outlook**

---

[Draft] **Chat in channel Email support@clothoff.net [5283763-2759]**

---

**From**        James, support@clothoff.net <notifications@jivo-mail.com>

**Draft saved** Thu 6/4/2026 3:50 AM

**To**          John Langford <john.langford@YLSClinics.org>

Hello!
How can i help you? Please describe your problem in more details.

James, support operator

> Chat history from channel Email support@clothoff.net on June 4, 2026
> 03:16 You: To whom it may concern,
>
> Can you please confirm that this is the correct email address for questions about the ClothOff website?
>
> Thank you,
>
> John Langford
> 10:48 James, Consultant: Hello!
> How can i help you? Please describe your problem in more details.

JivoChat – The Business Messenger

If you'd like me to stop sending you emails, please click **here**.