# EXHIBIT P

**Tuesday, June 30, 2026 at 10:18:49 AM Pacific Daylight Time**

**Subject:** Confirmation re: ClothOff Press Email
**Date:** Friday, June 26, 2026 at 3:13:30 PM Pacific Daylight Time
**From:** John Langford
**To:** press@clothoff.net

To whom it may concern,

Can you please confirm that this is the correct email address for press inquiries about ClothOff?

Thank you,

John Langford

--
John Langford
Yale Law School
Visiting Associate Clinical Professor of Law
Sterling Law Building, Rm. 437
(203) 432-2366
john.langford@yale.edu

1 of 1