# EXHIBIT Q

**Tuesday, June 30, 2026 at 10:18:28 AM Pacific Daylight Time**

**Subject:** Re: Confirmation re: ClothOff Press Email
**Date:** Tuesday, June 30, 2026 at 5:07:53 AM Pacific Daylight Time
**From:** ClothOff Press
**To:** John Langford

Good afternoon! Thank you for your email.

Yes, that's correct.

--
ClothOff Press

> От кого: John Langford <john.langford@ylsclinics.org>
> Кому:press@clothoff.net<press@clothoff.net>
> Дата: Суббота, 27 июня 2026, 01:13 +03:00
>
> To whom it may concern,
>
> Can you please confirm that this is the correct email address for press inquiries about ClothOff?
>
> Thank you,
>
> John Langford
>
> --
> John Langford
> Yale Law School
> Visiting Associate Clinical Professor of Law
> Sterling Law Building, Rm. 437
> (203) 432-2366
> john.langford@yale.edu

1 of 1