# EXHIBIT R

 Outlook

## Delivered: Confirmation re: ClothOff Cooperation Email

**From** mailer-daemon@corp.mail.ru <mailer-daemon@corp.mail.ru>

**Date** Tue 6/23/2026 6:26 PM

**To** cooperation@clothoff.net <cooperation@clothoff.net>

📎 1 attachment (22 KB)

headers.eml;

### Your message has been delivered to the following recipients:

cooperation@clothoff.net

Subject: Confirmation re: ClothOff Cooperation Email