# EXHIBIT S

 Outlook

**Delivered: Confirmation re: ClothOff Legal Email**

---

**From** mailer-daemon@corp.mail.ru <mailer-daemon@corp.mail.ru>

**Date** Tue 6/23/2026 6:27 PM

**To** legal@clothoff.net <legal@clothoff.net>

📎 1 attachment (22 KB)

headers.eml;

**Your message has been delivered to the following recipients:**

legal@clothoff.net

Subject: Confirmation re: ClothOff Legal Email