# EXHIBIT T



# ATU GENERAL TRUST (BVI) LIMITED

May 5, 2026

**Entity Type:** Registered Agents (/terms/regulated-entities/registered-agents)
**Contact Name:** Dr. Christoph Gutmann
**Address 1:** P.O. Box 3463
**Address 2:** Road Town, Tortola VG1110
**Country:** British Virgin Islands
**Telephone:** 1-284-494-1122
**Fax:** 1-284-494-1199
**Email:** atu@atubvi.com
**Entity Status:**
Currently Regulated Entities (/terms/regulation-status/currently-regulated-entities)

British Virgin Islands Financial Services Commission uses cookies to capture data, allowing us to improve our site experience for everyone. To learn about how we use cookies please visit our privacy policy (/privacy-policy)

**I understand**