# EXHIBIT U

| | |
|---|---|
| **МІНІСТЭРСТВА ЮСТЫЦЫІ**<br>**РЭСПУБЛІКІ БЕЛАРУСЬ** | **МИНИСТЕРСТВО ЮСТИЦИИ**<br>**РЕСПУБЛИКИ БЕЛАРУСЬ** |

вул. Калектарная, 10, 220004, г. Мінск
Тэл./факс: 200-86-87, 200-97-55
E-mail: kanc@minjust.by

_24_ .03.2026     № _07-35/01-13-26/112_

На № _____

ул. Коллекторная, 10, 220004, г. Минск
Тел./факс: 200-86-87, 200-97-55
E-mail: kanc@minjust.by

Shane B. Vogt – FBN 257620
VOGT LAW
625 E.Twiggs St., Suite 1090 Tampa,
Florida 33602,
United States

    The Ministry of Justice of the Republic of Belarus presents its compliments to the Competent Official of Florida (United States) and pursuant to the Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters dated November 15, 1965, sends the documents, prepared as a result of the execution of the request for service of documents to D.Babicheva. According to the certificate named person resides in Poland.

    The Ministry of Justice of the Republic of Belarus avails itself of this opportunity to renew to the Competent Official of Florida (United States) the assurances of its highest consideration.

Enclosure: above-mentioned documents.

First deputy Minister                             N.Filippova

07 Misko +375 17 200 85 45, omd@minjust.by



МІНІСТЭРСТВА ЎНУТРАНЫХ СПРАЎ
РЭСПУБЛІКІ БЕЛАРУСЬ
ГАЛОЎНАЕ УПРАЎЛЕННЕ
ЎНУТРАНЫХ СПРАЎ
МІНГАРВЫКАНКАМА

МИНИСТЕРСТВО ВНУТРЕННИХ ДЕЛ
РЕСПУБЛИКИ БЕЛАРУСЬ
ГЛАВНОЕ УПРАВЛЕНИЕ
ВНУТРЕННИХ ДЕЛ
МИНГОРИСПОЛКОМА

УПРАЎЛЕННЕ ЎНУТРАНЫХ СПРАЎ
АДМІНІСТРАЦЫІ МАСКОЎСКАГА
РАЁНА Г. МІНСКА

УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ
АДМИНИСТРАЦИИ МОСКОВСКОГО
РАЙОНА Г. МИНСКА

вул. Грушаўская, 9
220036, г. Мінск
тэл. (017) 2471815, факс 2424902
E-mail: moskowski.ruvd@mvd.gov.by

ул. Грушевская, 9
220036, г. Минск
тел. (017) 2471815, факс 2424902
E-mail: moskowski.ruvd@mvd.gov.by

230226    № 57/38/4749

На _____ ал _____

Судье
суда Московского района г.Минска
Е.Н. Админчук
220036, г. Минск,
пр-т Газета «Правда», 27

На Ваш запрос сообщаю, что осуществлялось неоднократное выбытие по адресу: г.Минск, ул. Алибегова, 16-1 с целью привода Бабичеву Дарью Сергеевну в суд Московского района г.Минска.

В ходе первоначальных проверочных мероприятий, установлено, что Бабичева Д.С. находится за пределами Республики Беларусь в Республике Польша.

На основании изложенного, осуществить привод Бабичеву Д.С. в суд Московского района г. Минска, не представляется возможным.

Приложение: пассажиропоток на одном листе

Начальник ГОМ №1
Московского РУВД г.Минска
подполковник милиции                                        М.С.Залуцкий

57/38/Казак А.В
8-(017)-378-43-13

ВЕРНО
Судья суда Московского района
г. Минска _____ (подпись)    Е.Н. Мурашко (ФИО)
11 марта 20 26 г.
М.П.



## АННЫЕ ЛИЦА

| | | | |
|---|---|---|---|
| ИО (рус): | БАБИЧАВА ДАРЯ | Дата рождения: | 05.04.2000 |
| ИО (лат): | BABICHAVA DARYA | Пол: | Женский |
| ип документа: | НАЦИОНАЛЬНЫЙ ПАСПОРТ | Номер документа: | PD0212171 |
| ата выдачи документа: | | Срок действия документа (по): | 27.11.2033 |
| ажданство: | БЕЛАРУСЬ | Идентификационный номер: | 6050400A003PH0 |

## ЕРЕСЕЧЕНИЕ ГРАНИЦЫ

| | | | |
|---|---|---|---|
| ата: | 30.04.2024 20:31 | Направление, страна: | ВЪЕЗД, ПОЛЬША |
| П: | БРЕСТ (ППР) | № рейса: | |
| татус: | ПЕРЕСЕК ГРАНИЦУ | Цель поездки: | |
| ип рейса: | АВТО | Кол-во пассажиров: | |
| ткуда: | | Куда: | |
| ип ТС: | АВТОБУС | Модель ТС: | МАЗ |
| ТС: | AC53467 | Водитель: | |

та и время выполнения запроса: 19.02.2026 16:34:36

ВЕРНО
Судья суда Московского района
г. Минска
(подпись)    Е.И. Мурашко
(ФИО)
11 марта 20 26 г.
М.П.

**Информация, полученная из информационных ресурсов (систем) посредством общегосударственной автоматизированной информационной системы (ОАИС)**

| Наименование | Значение |
|---|---|
| Уникальный идентификатор пассажира | 617136114300064127 |
| Уникальный идентификатор рейса | 617136100960065534 |
| ФИО (рус) | БАБИЧАВА ДАРЯ |
| ФИО (лат) | BABICHAVA DARYA |
| Личный номер | 6050400A003PB0 |
| Дата рождения | 05.04.2000 |
| Гражданство | БЕЛАРУСЬ |
| Пол | Женский |
| Номер основного документа | PD0212171 |
| Тип основного документа | НАЦИОНАЛЬНЫЙ ПАСПОРТ |
| Дата регистрации | 20.04.2024 11:10:30 |
| Статус пассажира | ПЕРЕСЕК ГРАНИЦУ |
| Наименование пункта пропуска | КАМЕННЫЙ ЛОГ (ППР) |
| Сопредельное государство | ЛИТВА |
| Направление движения | ВЫЕЗД |
| Код системного типа рейса | 3 |
| Номер транспортного средства/рейса | AH85887 |
| Тип транспорта | АВТО |
| Класс транспортного средства | АВТОБУС |
| Марка/модель транспортного средства | МАЗ |
| Дата рейса | 20.04.2024 10:48:07 |
| Тип рейса | РЕЙСОВЫЙ |
| Наличие VISA | Нету |

**ОТМЕТКА**

**О заверении информации, полученной из информационных ресурсов (систем) посредством общегосударственной автоматизированной информационной системы (ОАИС)**

Наименование государственной организации, информационного посредника: Государственный пограничный комитет Республики Беларусь.

Получено из: Автоматизированная система пограничного контроля по лицам, пересекающим государственную границу в пунктах пропуска.

Дата получения: 25.02.2026 в 14 часов 32 минут(у).

Судья                                                                                 Антипчук П.Н.

**Информация, полученная из информационных ресурсов (систем) посредством общегосударственной автоматизированной информационной системы (ОАИС)**

| Наименование | Значение |
|---|---|
| Уникальный идентификатор пассажира | 111714509073011542 |
| Уникальный идентификатор рейса | 111714505312011282 |
| ФИО (рус) | БАБИЧАВА ДАРЯ |
| ФИО (лат) | BABICHAVA DARYA |
| Личный номер | 6050400A003PB0 |
| Дата рождения | 05.04.2000 |
| Гражданство | БЕЛАРУСЬ |
| Пол | Женский |
| Номер основного документа | PD0212171 |
| Тип основного документа | НАЦИОНАЛЬНЫЙ ПАСПОРТ |
| Дата регистрации | 30.04.2024 20:31:13 |
| Статус пассажира | ПЕРЕСЕК ГРАНИЦУ |
| Наименование пункта пропуска | БРЕСТ (ППР) |
| Сопредельное государство | ПОЛЬША |
| Направление движения | ВЪЕЗД |
| Страна въезда/выезда | ПОЛЬША |
| Код системного типа рейса | 3 |
| Номер транспортного средства/рейса | АС53467 |
| Тип транспорта | АВТО |
| Класс транспортного средства | АВТОБУС |
| Марка/модель транспортного средства | МАЗ |
| Дата рейса | 30.04.2024 19:28:32 |
| Тип рейса | РЕЙСОВЫЙ |
| Наличие VISA | Нету |

**ОТМЕТКА**

**О заверении информации, полученной из информационных ресурсов (систем) посредством общегосударственной автоматизированной информационной системы (ОАИС)**

Наименование государственной организации, информационного посредника: Государственный пограничный комитет Республики Беларусь.

Получено из: Автоматизированная система пограничного контроля по лицам, пересекающим государственную границу в пунктах пропуска.

Дата получения: 25.02.2026 в 14 часов 33 минут(у).

**О П Р Е Д Е Л Е Н И Е**

12 февраля 2026 года                                                                       г. Минск

Суд Московского района г. Минска судья Антипчук П.Н., рассмотрев поручение компетентного органа Соединенных Штатов Америки о вручении документов Бабичевой Дарье Сергеевне,

**УСТАНОВИЛ:**

В суде Московского района г.Минска находится на рассмотрении поручение компетентного органа Соединенных Штатов Америки о вручении документов Бабичевой Дарье Сергеевне.

В суд Московского района г. Минска  09.02.2026 года в 11 часов 00 минут не явилась Бабичева Дарья Сергеевна, которая о времени и месте судом извещалась надлежащим образом, о причинах неявки в суд не сообщила.

В соответствии со ст. 127 КГС Республики Беларусь, ответчики, свидетели и иные участники гражданского судопроизводства, вызванные в установленном порядке в суд для участия в производстве по гражданскому делу, обязаны явиться в указанные место и время.

В случае неисполнения свидетелями этой обязанности без уважительных причин они могут быть подвергнуты приводу. Исполнение определения суда о приводе осуществляется территориальными органами внутренних дел. Это правило распространяется на ответчиков, если их явка признана судом обязательной, а также на иных участников гражданского судопроизводства в случаях, предусмотренных настоящим Кодексом.

В случае невозможности привода сотрудник органов внутренних дел составляет акт о причинах неисполнения определения и вместе с определением направляет его в суд, вынесший определение.

В связи с тем, что Бабичева Дарья Сергеевна не явилась по вызову суда, суд приходит к выводу о необходимости подвергнуть ее принудительному приводу на 23 февраля 2026 года на 12 часов 30 минут.

На основании изложенного, руководствуясь ст.ст.127, 315,316 КГС Республики Беларусь, суд, -

**О П Р Е Д Е Л И Л :**

Подвергнуть принудительному приводу Бабичеву Дарью Сергеевну,  проживающую по адресу: г.Минск, ул.Алибегова 16-112, **23 февраля 2025 года на 12 часов 30 минут,** которое состоится в помещении  суда Московского района г. Минска по адресу: **г. Минск, пр-т Правды, 27, кабинет № 222.**

Исполнение определения поручить РУВД Московского района г.Минска.

В случае невозможности исполнения определения суда сотрудник милиции составляет акт о причинах неисполнения определения, а также производит опрос соседей (не менее двух) по месту жительства лица, в отношении которого оформлен принудительный привод, и вместе с определением направляет его судье или в суд, вынесший определение (факс 379 02 16).


Судья:                                                                П.Н.Антипчук

| Дата и время отправки | Кому | Номер | Статус сообщений | Текст сообщений | Дата и время доставки |
|---|---|---|---|---|---|
| 17.02.2026 08:49 | БАБИЧЕВА ДАРЬЯ СЕРГЕЕВНА | 375292947656 | Не определено | БАБИЧЕВА ДАРЬЯ СЕРГЕЕВНА. Суд Московского района г.Минска вызывает Вас к 12.30 23.02.2026 для вручения документов из США, поступивших в соответствии с конвенцией о вручении за границей судебных и внесудебных документов по гражданским и торговым делам от 15 ноября 1965 года по адресу: г.Минск, пр-т Газеты Правды, 27, номер кабинета/зала № 222. При себе иметь документ, удостоверяющий личность. Секретарь судебного заседания-помощник судьи Мельник В.С., 3500235 Электронная почта суда: msk-minsk@court.by | |

Верно
И.о. председателя суда
Московского района
города Минска
Республики Беларусь
11 марта 2026 года



Е.Н. Мурашко

МІНІСТЭРСТВА ЮСТЫЦЫІ
РЭСПУБЛІКІ БЕЛАРУСЬ

МИНИСТЕРСТВО ЮСТИЦИИ
РЕСПУБЛИКИ БЕЛАРУСЬ

вул. Калектарная, 10, 220004, г. Мінск
Тэл./факс: 200-86-87, 200-97-55
E-mail: kanc@minjust.by

ул. Коллекторная, 10, 220004, г. Минск
Тел./факс: 200-86-87, 200-97-55
E-mail: kanc@minjust.by

24 .03.2026 ___ № ___ 07-35/01-13-26/112

На № _____

Shane B. Vogt – FBN 257620
VOGT LAW
625 E.Twiggs St., Suite 1090 Tampa,
Florida 33602,
United States

The Ministry of Justice of the Republic of Belarus presents its compliments to the Competent Official of Florida (United States) and pursuant to the Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters dated November 15, 1965, sends the documents, prepared as a result of the execution of the request for service of documents to D.Babicheva. According to the certificate named person resides in Poland.

The Ministry of Justice of the Republic of Belarus avails itself of this opportunity to renew to the Competent Official of Florida (United States) the assurances of its highest consideration.

Enclosure: above-mentioned documents.


First deputy Minister                                      N.Filippova


07 Misko +375 17 200 85 45, omd@minjust.by



МИНІСТЭРСТВА ЎНУТРАНЫХ СПРАЎ
РЭСПУБЛІКІ БЕЛАРУСЬ
ГАЛОЎНАЕ ЎПРАЎЛЕННЕ
ЎНУТРАНЫХ СПРАЎ
МІНГАРВЫКАНКАМА

МИНИСТЕРСТВО ВНУТРЕННИХ ДЕЛ
РЕСПУБЛИКИ БЕЛАРУСЬ
ГЛАВНОЕ УПРАВЛЕНИЕ
ВНУТРЕННИХ ДЕЛ
МИНГОРИСПОЛКОМА

УПРАЎЛЕННЕ ЎНУТРАНЫХ СПРАЎ
АДМІНІСТРАЦЫІ МАСКОЎСКАГА
РАЁНА г. МІНСКА

УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ
АДМИНИСТРАЦИИ МОСКОВСКОГО
РАЙОНА г. МИНСКА

вул. Грушаўская, 9
220036, г. Мінск
тэл. (017) 2471815, факс 2424902
E-mail: moskowski_ruvd@mvd.gov.by

ул. Грушевская, 9
220036, г. Минск
тел. (017) 2471815, факс 2424902
E-mail: moskowski_ruvd@mvd.gov.by

_230226_  № _57/38/4749_

На _____ ад _____

Судье ... да Московского района г.Минска
... Н. Автономчук
... 0036, г. Минск,
... пр-т Газета «Правда», 27

На Ваш ... сообщаю, что осуществлялось неоднократное выбытие по адресу: г.Минск, ул. Алибегова, 16 ... привода Бабичеву Дарью Сергеевну в суд Московского района г.Минска.

В ходе первоначальных проверочных мероприятий, установлено, что Бабичева Д.С. находится за пределами Республики Беларусь в Республике Польша.

На основании изложенного, осуществить привод Бабичеву Д.С. в суд Московского района г. Минска, не представляется возможным.

Приложение: пассажиропоток на одном ... листе

Начальник ГОМ № 1
Московского РУВД г.Минска
подполковник милиции                                    М.С.Залуцкий

57/38/Ка... А.З.
8-(017)-378-43-13

ВЕРНО
Судья суда Московского района
г. Минска _____   Е.Н. Мурашко
            (подпись)        (ФИО)
11 ___ марта 20 26 г.
М.П.

ₐННЫЕ ЛИЦА

| ИО (рус): | БАБИЧАВА ДАРЯ | Дата рождения: | 05.04.2000 |
| ИО (лат): | BABICHAVA DARYA | Пол: | Женский |
| ⁱп документа: | НАЦИОНАЛЬНЫЙ ПАСПОРТ | Номер документа: | PD0212171 |
| ₜта выдачи документа: | | Срок действия документа (по): | 27.11.2033 |
| аждаство: | БЕЛАРУСЬ | Идентификационный номер: | 6050400A003PB0 |

ₑРЕСЕЧЕНИЕ ГРАНИЦЫ

| ₜта: | 30.04.2024 20:31 | Направление, страна: | ВЪЕЗД, ПОЛЬША |
| Ш: | БРЕСТ (ППР) | № рейса: | |
| ₜатус: | ПЕРЕСЕК ГРАНИЦУ | Цель поездки: | |
| ⁱп рейса: | АВТО | Кол-во пассажиров: | |
| ₜкуда: | | Куда: | |
| ⁱп ТС: | АВТОБУС | Модель ТС: | МАЗ |
| ТС: | АС53467 | Водитель: | |

ₜта и время выполнения запроса: 19.02.2026 16:34:36

ВЕРНО
Судья суда Московского района
г. Минска                    (подпись)        Е.Н. Мурашко
                                                        (ФИО)
« 11 » марта 20 26 г.
М.П.

посредством общегосударственной автоматизированной информационной системы (ОАИС)

| Наименование | Значение |
|---|---|
| Уникальный идентификатор пассажира | 617136114300064127 |
| Уникальный идентификатор рейса | 617136100960065534 |
| ФИО (рус) | БАБИЧАВА ДАРЯ |
| ФИО (лат) | BABICHAVA DARYA |
| Личный номер | 6050400A003PB0 |
| Дата рождения | 05.04.2000 |
| Гражданство | БЕЛАРУСЬ |
| Пол | Женский |
| Номер основного документа | PD0212171 |
| Тип основного документа | НАЦИОНАЛЬНЫЙ ПАСПОРТ |
| Дата регистрации | 20.04.2024 11:10:30 |
| Статус пассажира | ПЕРЕСЕК ГРАНИЦУ |
| Наименование пункта пропуска | КАМЕННЫЙ ЛОГ (ППР) |
| Сопредельное государство | ЛИТВА |
| Направление движения | ВЫЕЗД |
| Код системного типа рейса | 3 |
| Номер транспортного средства/рейса | AH85887 |
| Тип транспорта | АВТО |
| Класс транспортного средства | АВТОБУС |
| Марка/модель транспортного средства | МАЗ |
| Дата рейса | 20.04.2024 10:48:07 |
| Тип рейса | РЕЙСОВЫЙ |
| Наличие VISA | Нету |

## ОТМЕТКА

**О заверении информации, полученной из информационных ресурсов (систем) посредством общегосударственной автоматизированной информационной системы (ОАИС)**

Наименование государственной организации, информационного посредника: Государственный пограничный комитет Республики Беларусь.

Получено из: Автоматизированная система пограничного контроля по лицам, пересекающим государственную границу в пунктах пропуска.

Дата получения: 25.02.2026 в 14 часов 32 минут(у).

Судья                                                                                      Антипчук П.Н.

Case 2:25-cv-16671-ЕБ-ЈВС   Document 20-24   Filed 07/09/26   Page 19 of 65 PageID: 299

| Наименование | Значение |
|---|---|
| Уникальный идентификатор пассажира | 11171450907301155542 |
| Уникальный идентификатор рейса | 111714053120112282 |
| ФИО (рус) | БАБИЧАВА ДАРЯ |
| ФИО (лат) | BABICHAVA DARYA |
| Личный номер | 6050400A003PB0 |
| Дата рождения | 05.04.2000 |
| Гражданство | БЕЛАРУСЬ |
| Пол | Женский |
| Номер основного документа | PD0212171 |
| Тип основного документа | НАЦИОНАЛЬНЫЙ ПАСПОРТ |
| Дата регистрации | 30.04.2024 20:31:13 |
| Статус пассажира | ПЕРЕСЕК ГРАНИЦУ |
| Наименование пункта пропуска | БРЕСТ (ППР) |
| Сопредельное государство | ПОЛЬША |
| Направление движения | ВЪЕЗД |
| Страна въезда/выезда | ПОЛЬША |
| Код системного типа рейса | 3 |
| Номер транспортного средства/рейса | АС53467 |
| Тип транспорта | АВТО |
| Класс транспортного средства | АВТОБУС |
| Марка/модель транспортного средства | МАЗ |
| Дата рейса | 30.04.2024 19:28:32 |
| Тип рейса | РЕЙСОВЫЙ |
| Наличие VISA | Нету |

## ОТМЕТКА

**О заверении информации, полученной из информационных ресурсов (систем) посредством общегосударственной автоматизированной информационной системы (ОАИС)**

Наименование государственной организации, информационного посредника: Государственный пограничный комитет Республики Беларусь.

Получено из: Автоматизированная система пограничного контроля по лицам, пересекающим государственную границу в пунктах пропуска.

Дата получения: 25.02.2026 в 14 часов 33 минут(у).

Судья                                                                        Антипчук П.Н.

# СВИДЕТЕЛЬСТВО
## CERTIFICATE
### ATTESTATION

**Нижеподписавшийся орган имеет честь в соответствии со статьей 6 указанной Конвенции подтвердить,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. что документы были вручены\***
that the document has been served *
*que la demande a été exécutée\**

| — **(дата):**<br>the (date) / *le (date)* : | |
| --- | --- |
| — **(населенный пункт, улица, дом):**<br>at (place, street, number) / *à (localité, rue, numéro)* : | |

— **одним из следующих способов, предусмотренных статьей 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| ☐ | a) | **в соответствии с положениями подпункта "a" первой части статьи 5\***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
| --- | --- | --- |
| ☐ | b) | **в следующем особом порядке\*:**<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante\* :* |
| ☐ | c) | **путем доставки адресату, который принял их добровольно\***<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple\** |

**Указанные в запросе документы доставлены:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| **Имя и статус лица:**<br>Identity and description of person:<br>*Identité et qualité de la personne :* | |
| --- | --- |
| **Отношения с адресатом (семейные, деловые или иные):**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☑ **2. что документы не были вручены по следующим причинам\*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants\* :*

*Бабшиева Д.С. проживает в Республике Польша*

☐ **В соответствии со второй частью статьи 12 упомянутой Конвенции просьба запрашивающему органу оплатить или возместить расходы, описанные в приложении\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

*Приложения*
Annexes / *Annexes*

| **Возвращаемые документы:**<br>Documents returned:<br>*Pièces renvoyées :* | |
| --- | --- |
| **В соответствующих случаях, документы, подтверждающие вручение:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

**\*если применимо**
if appropriate / *s'il y a lieu*

| **Совершено в**<br>Done at / *Fait à*<br><br>**дата**<br>the / *le* | **Подпись и/или печать**<br>Signature and/or stamp / *Signature et / ou cachet* |
| --- | --- |

# ЗАПРОС
## О ВРУЧЕНИИ ЗА ГРАНИЦЕЙ СУДЕБНЫХ ИЛИ ВНЕСУДЕБНЫХ ДОКУМЕНТОВ
REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года.**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Наименование и адрес заявителя** Identity and address of the applicant *Identité et adresse du requérant* | **Адрес запрашиваемого органа** Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| Шейн Б. Вогт -- FBN 257620 Электронная почта: shane@svogtlaw.com 625 E. Twiggs St., Suite 1090 Тампа, Флорида 33602, Соединённые Штаты Америки Тел.: +1 (813) 737-0717 Адвокат признан компетентным органом по пересылке документов в соответствии с Руководством OIJA (Управление международной судебной помощи, Министерство юстиции США) от 16 сентября 2025  https://www.justice.gov/civil/media/1414296/dl?inline  ⊞ | Министерство юстиции Республики Беларусь ул. Коллекторная, 10 220004, г. Минск Республика Беларусь |

**Нижеподписавшийся заявитель имеет честь препроводить – в двух экземплярах – перечисленные ниже документы и в соответствии со статьей 5 вышеупомянутой Конвенции просит без промедления вручить один экземпляр указанных документов адресату:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| **имя (наименование) и адрес** (identity and address) / *(identité et adresse)* |
|---|
| ДАША БАБИЧЕВА г. Минск, ул. Алибегова, д. 16, кв. 112 Республика Беларусь |

| | | |
|---|---|---|
| ☑ | a) | **в соответствии с положениями подпункта "a" первой части статьи 5 Конвенции\*** in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\* *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | b) | **в следующем особом порядке (подпункт "b" первой части статьи 5)\*:** in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*: *selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :* |
| ☐ | c) | **путем доставки адресату, если он согласен принять документы добровольно (вторая часть статьи 5)\*** by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\* *le cas échéant, par remise simple (article 5, alinéa 2)\** |

**Просьба возвратить или обеспечить возврат запрашивающему органу одного экземпляра документов - и приложений к нему\* - вместе с подтверждением о вручении согласно приложенному свидетельству.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

*Перечень документов*
List of documents / *Énumération des pièces*

– Исковое заявление и требование о рассмотрении дела судом присяжных

– Повестка по гражданскому делу

– Уведомление о связанном деле

– Руководство Министерства юстиции США о признании адвокатов компетентными органами по пересылке документов

\* если применимо
*if appropriate / s'il y a lieu*

| **Совершено в** Done at / *Fait à* **дата** the / *le* | 17 ноября 2025 года | **Подпись и/или печать** Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|
| | | |

# ОСНОВНОЕ СОДЕРЖАНИЕ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА
## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года (статья 5, четвертая часть).**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Наименование и адрес запрашивающего органа:** Name and address of the requesting authority: *Nom et adresse de l'autorité requérante :* | Шейн Б. Вогт – FBN 257620 Электронная почта: shane@svogtlaw.com 625 E. Twiggs St., Suite 1090 Тампа, Флорида 33602, Соединённые Штаты Америки Тел.: +1 (813) 737-0717 Адвокат признан компетентным органом по пересылке документов в соответствии с Руководством OIJA (Управление международной судебной помощи, Министерство юстиции США) от 16 сентября 2025 https://www.justice.gov/civil/media/1414296/dl?inline |
| **Стороны*:** Particulars of the parties*: *Identité des parties* :* | ДЖЕЙН ДОУ, несовершеннолетняя, действующая через своих родителей и законных представителей, ДЖИЛЛ ДОУ и ДЖЕКА ДОУ, Истец. v. ДАШИ БАБИЧЕВОЙ Ответчик. |

\* если применимо, имя и адрес лица, заинтересованного в передаче документа
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

---

☑ **СУДЕБНЫЙ ДОКУМЕНТ**\*\*
JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*\*\*

| | |
|---|---|
| **Характер и назначение документа:** Nature and purpose of the document: *Nature et objet de l'acte :* | Повестка, гражданская жалоба, уведомление о связанном деле и руководство Министерства юстиции США о признании адвокатов компетентными органами по пересылке документов в соответствии с Гаагскими конвенциями в Соединённых Штатах. |
| **Характер и предмет судебного разбирательства, а в соответствующих случаях – сумма иска:** Nature and purpose of the proceedings and, when appropriate, the amount in dispute: *Nature et objet de l'instance, le cas échéant, le montant du litige:* | Ходатайство о выдаче судебного запрета в отношении любой деятельности, связанной с ClothOff, материалами, изображающими сексуальное насилие над детьми (CSAM), и материалами интимного характера, распространяемыми без согласия (NCII). |
| **Дата и место явки в суд**\*\***:** Date and Place for entering appearance\*\*: *Date et lieu de la comparution*\*\* : | Вы должны вручить истцу ответ на прилагаемую жалобу либо подать ходатайство в порядке Правила 12 Федеральных правил гражданского судопроизводства в течение 21 дня с момента получения повестки. |
| **Суд, вынесший решение**\*\***:** Court which has given judgment\*\*: *Juridiction qui a rendu la décision*\*\* : | Не применяется. |
| **Дата вынесения решения**\*\***:** Date of judgment\*\*: *Date de la décision*\*\* : | Не применяется. |
| **Предельный срок, указанный в документе**\*\***:** Time limits stated in the document\*\*: *Indication des délais figurant dans l'acte*\*\* : | 21 день с момента получения повестки. |

\*\* если применимо
if appropriate / *s'il y a lieu*

---

☐ **ВНЕСУДЕБНЫЙ ДОКУМЕНТ**\*\*
EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*\*\*

| | |
|---|---|
| **Характер и назначение документа:** Nature and purpose of the document : *Nature et objet de l'acte :* | |
| **Предельный срок, указанный в документе**\*\***:** Time-limits stated in the document\*\*: *Indication des délais figurant dans l'acte*\*\*: | |

\*\* если применимо
if appropriate / *s'il y a lieu*

## ПРЕДУПРЕЖДЕНИЕ
### WARNING
#### *AVERTISSEMENT*

**Имя (наименование)  и адрес адресата**
Identity and address of the addressee
*Identité et adresse du destinataire*

### ВАЖНАЯ ИНФОРМАЦИЯ

ПРИЛАГАЕМЫЙ ДОКУМЕНТ ЯВЛЯЕТСЯ ЮРИДИЧЕСКИМ И МОЖЕТ ОКАЗАТЬ ВЛИЯНИЕ НА ВАШИ ПРАВА И ОБЯЗАТЕЛЬСТВА. В «ОСНОВНОМ СОДЕРЖАНИИ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА» ВЫ НАЙДЕТЕ ОПРЕДЕЛЕННУЮ ИНФОРМАЦИЮ О ХАРАКТЕРЕ И НАЗНАЧЕНИИ ДАННОГО ДОКУМЕНТА. ОДНАКО ВАМ СЛЕДУЕТ САМОСТОЯТЕЛЬНО И ВНИМАТЕЛЬНО ПРОЧЕСТЬ ДОКУМЕНТ. ВАМ МОЖЕТ БЫТЬ НЕОБХОДИМО ОБРАТИТЬСЯ ЗА ЮРИДИЧЕСКОЙ ПОМОЩЬЮ.

ЕСЛИ ВАШИХ ФИНАНСОВЫХ РЕСУРСОВ НЕДОСТАТОЧНО ДЛЯ ЭТОЙ ЦЕЛИ, ВАМ СЛЕДУЕТ ПОПЫТАТЬСЯ ПОЛУЧИТЬ ИНФОРМАЦИЮ О ВОЗМОЖНОСТИ ПОЛУЧЕНИЯ ПРАВОВОЙ ПОМОЩИ ИЛИ КОНСУЛЬТАЦИЙ В СТРАНЕ, ГДЕ ВЫ ПРОЖИВАЕТЕ, ИЛИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ.

ВОПРОСЫ О ВОЗМОЖНОСТИ ПОЛУЧИТЬ ЮРИДИЧЕСКУЮ ПОМОЩЬ ИЛИ КОНСУЛЬТАЦИИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ, МОЖНО НАПРАВЛЯТЬ ПО АДРЕСУ:

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Рекомендуется, чтобы стандартные условия уведомления были изложены на английском и французском языках и, по мере целесообразности, - также на официальном языке или одном из официальных языков государства происхождения документа. Бланки могут заполняться либо на языке государства, в которое направляются документы, либо на английском или французском языке.

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

Постоянное бюро Гаагской конференции сентябрь 2011

# СВИДЕТЕЛЬСТВО
## CERTIFICATE
### *ATTESTATION*

**Нижеподписавшийся орган имеет честь в соответствии со статьей 6 указанной Конвенции подтвердить,**

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. что документы были вручены***

that the document has been served *

*que la demande a été exécutée**

| — **(дата):**<br>the (date) / le (date) : | |
| — **(населенный пункт, улица, дом):**<br>at (place, street, number) / à (localité, rue, numéro) : | |

— **одним из следующих способов, предусмотренных статьей 5:**

in one of the following methods authorised by Article 5:

*dans une des formes suivantes prévues à l'article 5 :*

| ☐ | a) | **в соответствии с положениями подпункта "a" первой части статьи 5***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | b) | **в следующем особом порядке*:**<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante* :* |
| ☐ | c) | **путем доставки адресату, который принял их добровольно***<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple** |

**Указанные в запросе документы доставлены:**

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à :*

| **Имя и статус лица:**<br>Identity and description of person:<br>*Identité et qualité de la personne :* | |
| **Отношения с адресатом (семейные, деловые или иные):**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☐ **2. что документы не были вручены по следующим причинам*:**

that the document has not been served, by reason of the following facts*:

*que la demande n'a pas été exécutée, en raison des faits suivants* :*

| |
| --- |
| |

☐ **В соответствии со второй частью статьи 12 упомянутой Конвенции просьба запрашивающему органу оплатить или возместить расходы, описанные в приложении*.**

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

*Приложения*

Annexes / *Annexes*

| **Возвращаемые документы:**<br>Documents returned:<br>*Pièces renvoyées :* | |
| **В соответствующих случаях, документы, подтверждающие вручение:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

*если применимо

if appropriate / *s'il y a lieu*

| **Совершено в**<br>Done at / *Fait à*<br><br>**дата**<br>the / *le* | **Подпись и/или печать**<br>Signature and/or stamp / *Signature et / ou cachet* |

Постоянное бюро Гаагской конференции сентябрь 2011

# ЗАПРОС
# О ВРУЧЕНИИ ЗА ГРАНИЦЕЙ СУДЕБНЫХ ИЛИ ВНЕСУДЕБНЫХ ДОКУМЕНТОВ
REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года.**
Convention on the Service Abroad of Judicial or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Наименование и адрес заявителя**<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | **Адрес запрашиваемого органа**<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Шейн Б. Вогт – FBN 257620<br>Электронная почта: shane@svogtlaw.com<br>625 E. Twiggs St., Suite 1090<br>Тампа, Флорида 33602, Соединённые Штаты Америки Тел.: +1 (813) 737-0717<br>Адвокат признан компетентным органом по пересылке документов в соответствии с Руководством OIJA (Управление международной судебной помощи, Министерство юстиции США)<br>от 16 сентября 2025  https://www.justice.gov/civil/media/1414296/dl?inline | Министерство юстиции Республики Беларусь<br><br>ул. Коллекторная, 10<br>220004, г. Минск<br>Республика Беларусь |

**Нижеподписавшийся заявитель имеет честь препроводить – в двух экземплярах – перечисленные ниже документы и в соответствии со статьей 5 вышеупомянутой Конвенции просит без промедления вручить один экземпляр указанных документов адресату:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| **имя (наименование) и адрес**<br>(identity and address) / *(identité et adresse)* |
|---|
| ДАША БАБИЧЕВА<br>г. Минск, ул. Алибегова, д. 16, кв. 112<br>Республика Беларусь |

| | | |
|---|---|---|
| ☑ | a) | **в соответствии с положениями подпункта "а" первой части статьи 5 Конвенции***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | b) | **в следующем особом порядке (подпункт "b" первой части статьи 5)*:**<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :* |
| ☐ | c) | **путем доставки адресату, если он согласен принять документы добровольно (вторая часть статьи 5)***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

**Просьба возвратить или обеспечить возврат запрашивающему органу одного экземпляра документов - и приложений к нему* - вместе с подтверждением о вручении согласно приложенному свидетельству.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

*Перечень документов*
List of documents / *Énumération des pièces*

– Исковое заявление и требование о рассмотрении дела судом присяжных

– Повестка по гражданскому делу

– Уведомление о связанном деле

– Руководство Министерства юстиции США о признании адвокатов компетентными органами по пересылке документов

* если применимо
*if appropriate / s'il y a lieu*

| **Совершено в**<br>Done at / *Fait à*<br>**дата**<br>the / *le* | 17 ноября 2025 года | **Подпись и/или печать**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|
| | | |

Постоянное бюро Гаагской конференции сентябрь 2011

# ПРЕДУПРЕЖДЕНИЕ
## WARNING
### *AVERTISSEMENT*

**Имя (наименование) и адрес адресата**
Identity and address of the addressee
*Identité et adresse du destinataire*

### ВАЖНАЯ ИНФОРМАЦИЯ

ПРИЛАГАЕМЫЙ ДОКУМЕНТ ЯВЛЯЕТСЯ ЮРИДИЧЕСКИМ И МОЖЕТ ОКАЗАТЬ ВЛИЯНИЕ НА ВАШИ ПРАВА И ОБЯЗАТЕЛЬСТВА. В «ОСНОВНОМ СОДЕРЖАНИИ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА» ВЫ НАЙДЕТЕ ОПРЕДЕЛЕННУЮ ИНФОРМАЦИЮ О ХАРАКТЕРЕ И НАЗНАЧЕНИИ ДАННОГО ДОКУМЕНТА. ОДНАКО ВАМ СЛЕДУЕТ САМОСТОЯТЕЛЬНО И ВНИМАТЕЛЬНО ПРОЧЕСТЬ ДОКУМЕНТ. ВАМ МОЖЕТ БЫТЬ НЕОБХОДИМО ОБРАТИТЬСЯ ЗА ЮРИДИЧЕСКОЙ ПОМОЩЬЮ.

ЕСЛИ ВАШИХ ФИНАНСОВЫХ РЕСУРСОВ НЕДОСТАТОЧНО ДЛЯ ЭТОЙ ЦЕЛИ, ВАМ СЛЕДУЕТ ПОПЫТАТЬСЯ ПОЛУЧИТЬ ИНФОРМАЦИЮ О ВОЗМОЖНОСТИ ПОЛУЧЕНИЯ ПРАВОВОЙ ПОМОЩИ ИЛИ КОНСУЛЬТАЦИЙ В СТРАНЕ, ГДЕ ВЫ ПРОЖИВАЕТЕ, ИЛИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ.

ВОПРОСЫ О ВОЗМОЖНОСТИ ПОЛУЧИТЬ ЮРИДИЧЕСКУЮ ПОМОЩЬ ИЛИ КОНСУЛЬТАЦИИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ, МОЖНО НАПРАВЛЯТЬ ПО АДРЕСУ:

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Рекомендуется, чтобы стандартные условия уведомления были изложены на английском и французском языках и, по мере целесообразности, - также на официальном языке или одном из официальных языков государства происхождения документа. Бланки могут заполняться либо на языке государства, в которое направляются документы, либо на английском или французском языке.

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

# ОСНОВНОЕ СОДЕРЖАНИЕ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА
## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года (статья 5, четвертая часть).**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Наименование и адрес запрашивающего органа:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Шейн Б. Вогт – FBN 257620<br>Электронная почта: shane@svogtlaw.com<br>625 E. Twiggs St., Suite 1090<br>Тампа, Флорида 33602, Соединённые Штаты Америки Тел.: +1 (813) 737-0717<br>Адвокат признан компетентным органом по пересылке документов в соответствии с Руководством OIJA<br>(Управление международной судебной помощи, Министерство юстиции США)<br>от 16 сентября 2025  https://www.justice.gov/civil/media/1414296/dl?inline |
| **Стороны\*:**<br>Particulars of the parties\*:<br>*Identité des parties\* :* | ДЖЕЙН ДОУ, несовершеннолетняя, действующая через своих родителей и законных представителей, ДЖИЛЛ ДОУ и ДЖЕКА ДОУ,<br>Истец.<br><br>v.<br><br>ДАШИ БАБИЧЕВОЙ<br>Ответчик. |

\* если применимо, имя и адрес лица, заинтересованного в передаче документа
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☑ **СУДЕБНЫЙ ДОКУМЕНТ\*\***
JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE\*\**

| | |
|---|---|
| **Характер и назначение документа:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | Повестка, гражданская жалоба, уведомление о связанном деле и руководство Министерства юстиции США о признании адвокатов компетентными органами по пересылке документов в соответствии с Гаагскими конвенциями в Соединённых Штатах. |
| **Характер и предмет судебного разбирательства, а в соответствующих случаях – сумма иска:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | Ходатайство о выдаче судебного запрета в отношении любой деятельности, связанной с ClothOff, материалами, изображающими сексуальное насилие над детьми (CSAM), и материалами интимного характера, распространяемыми без согласия (NCII). |
| **Дата и место явки в суд\*\*:**<br>Date and Place for entering appearance\*\*:<br>*Date et lieu de la comparution\*\* :* | Вы должны вручить истцу ответ на прилагаемую жалобу либо подать ходатайство в порядке Правила 12 Федеральных правил гражданского судопроизводства в течение 21 дня с момента получения повестки. |
| **Суд, вынесший решение\*\*:**<br>Court which has given judgment\*\*:<br>*Juridiction qui a rendu la décision\*\* :* | Не применяется. |
| **Дата вынесения решения\*\*:**<br>Date of judgment\*\*:<br>*Date de la décision\*\* :* | Не применяется. |
| **Предельный срок, указанный в документе\*\*:**<br>Time limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte\*\* :* | 21 день с момента получения повестки. |

\*\* если применимо
if appropriate / *s'il y a lieu*

☐ **ВНЕСУДЕБНЫЙ ДОКУМЕНТ\*\***
EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE\*\**

| | |
|---|---|
| **Характер и назначение документа:**<br>Nature and purpose of the document :<br>*Nature et objet de l'acte :* | |
| **Предельный срок, указанный в документе\*\*:**<br>Time-limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte\*\* :* | |

\*\* если применимо
if appropriate / *s'il y a lieu*

# ЗАПРОС
## О ВРУЧЕНИИ ЗА ГРАНИЦЕЙ СУДЕБНЫХ ИЛИ ВНЕСУДЕБНЫХ ДОКУМЕНТОВ
REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года.**
Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Наименование и адрес заявителя | Адрес запрашиваемого органа |
|---|---|
| Identity and address of the applicant<br>*Identité et adresse du requérant*<br>Shane B. Vogt – FBN 257620*<br>Email: shane@svogtlaw.com<br>VOGT LAW<br>625 E. Twiggs St., Suite 1090 Tampa, Florida 33602, United States Tel: (813) 737-0717<br>Lawyer recognized as judicial officer, OUA Guidance on Attorneys as Competent Forwarding Authorities (DOJ, Sept. 16 2025)<br>https://www.justice.gov/civil/media/1414296/dl?inlin | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br>Ministry of Justice of the Republic of Belarus<br>Kollektornaya St., 10<br>220004 Minsk<br>Republic of Belarus |

**Нижеподписавшийся заявитель имеет честь препроводить – в двух экземплярах – перечисленные ниже документы и в соответствии со статьей 5 вышеупомянутой Конвенции просит без промедления вручить один экземпляр указанных документов адресату:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**имя (наименование) и адрес**
(identity and address) / *(identité et adresse)*
Dasha Babicheva
Minsk, Alibegova 16-112
Republic of Belarus

| | | |
|---|---|---|
| ☑ | a) | **в соответствии с положениями подпункта "a" первой части статьи 5 Конвенции***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | b) | **в следующем особом порядке (подпункт "b" первой части статьи 5)*:**<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)** : |
| ☐ | c) | **путем доставки адресату, если он согласен принять документы добровольно (вторая часть статьи 5)***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

**Просьба возвратить или обеспечить возврат запрашивающему органу одного экземпляра документов - и приложений к нему* - вместе с подтверждением о вручении согласно приложенному свидетельству.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

*Перечень документов*
List of documents / *Énumération des pièces*

- Complaint and Demand for Jury Trial
- Summons in a Civil Case
- Notice of related action
- DOJ Guidance on Attorneys as Competent Authorities

\* если применимо
*If appropriate / s'il y a lieu*

| **Совершено в**<br>Done at / *Fait à*<br>**дата**<br>the / *le* | November 17, 2025 | **Подпись и/или печать**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|

Постоянное бюро Гаагской конференции сентябрь 2011

# СВИДЕТЕЛЬСТВО
## CERTIFICATE
### *ATTESTATION*

**Нижеподписавшийся орган имеет честь в соответствии со статьей 6 указанной Конвенции подтвердить,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. что документы были вручены***
   that the document has been served *
   *que la demande a été exécutée**

| — **(дата):**<br>the (date) / le (date) : | |
|---|---|
| — **(населенный пункт, улица, дом):**<br>at (place, street, number) / à (localité, rue, numéro) : | |

— **одним из следующих способов, предусмотренных статьей 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

☐ *a)* **в соответствии с положениями подпункта "а" первой части статьи 5***
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)**

☐ *b)* **в следующем особом порядке*:**
in accordance with the following particular method*:
*selon la forme particulière suivante* :*

☐ *c)* **путем доставки адресату, который принял их добровольно***
by delivery to the addressee, if he accepts it voluntarily*
*par remise simple**

**Указанные в запросе документы доставлены:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| **Имя и статус лица:**<br>Identity and description of person:<br>*Identité et qualité de la personne :* | |
|---|---|
| **Отношения с адресатом (семейные, деловые или иные):**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☐ **2. что документы не были вручены по следующим причинам*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

|  |
|---|
|  |

☐ **В соответствии со второй частью статьи 12 упомянутой Конвенции просьба запрашивающему органу оплатить или возместить расходы, описанные в приложении*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

*Приложения*
Annexes / *Annexes*

| **Возвращаемые документы:**<br>Documents returned:<br>*Pièces renvoyées :* | |
|---|---|
| **В соответствующих случаях, документы, подтверждающие вручение:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

*если применимо
if appropriate / *s'il y a lieu*

| **Совершено в**<br>Done at / *Fait à*<br><br>**дата**<br>the / le | **Подпись и/или печать**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|

Постоянное бюро Гаагской конференции сентябрь 2011

# ПРЕДУПРЕЖДЕНИЕ
## WARNING
### *AVERTISSEMENT*

**Имя (наименование) и адрес адресата**
Identity and address of the addressee
*Identité et adresse du destinataire*

### ВАЖНАЯ ИНФОРМАЦИЯ

ПРИЛАГАЕМЫЙ ДОКУМЕНТ ЯВЛЯЕТСЯ ЮРИДИЧЕСКИМ И МОЖЕТ ОКАЗАТЬ ВЛИЯНИЕ НА ВАШИ ПРАВА И ОБЯЗАТЕЛЬСТВА. В «ОСНОВНОМ СОДЕРЖАНИИ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА» ВЫ НАЙДЕТЕ ОПРЕДЕЛЕННУЮ ИНФОРМАЦИЮ О ХАРАКТЕРЕ И НАЗНАЧЕНИИ ДАННОГО ДОКУМЕНТА. ОДНАКО ВАМ СЛЕДУЕТ САМОСТОЯТЕЛЬНО И ВНИМАТЕЛЬНО ПРОЧЕСТЬ ДОКУМЕНТ. ВАМ МОЖЕТ БЫТЬ НЕОБХОДИМО ОБРАТИТЬСЯ ЗА ЮРИДИЧЕСКОЙ ПОМОЩЬЮ.

ЕСЛИ ВАШИХ ФИНАНСОВЫХ РЕСУРСОВ НЕДОСТАТОЧНО ДЛЯ ЭТОЙ ЦЕЛИ, ВАМ СЛЕДУЕТ ПОПЫТАТЬСЯ ПОЛУЧИТЬ ИНФОРМАЦИЮ О ВОЗМОЖНОСТИ ПОЛУЧЕНИЯ ПРАВОВОЙ ПОМОЩИ ИЛИ КОНСУЛЬТАЦИЙ В СТРАНЕ, ГДЕ ВЫ ПРОЖИВАЕТЕ, ИЛИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ.

ВОПРОСЫ О ВОЗМОЖНОСТИ ПОЛУЧИТЬ ЮРИДИЧЕСКУЮ ПОМОЩЬ ИЛИ КОНСУЛЬТАЦИИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ, МОЖНО НАПРАВЛЯТЬ ПО АДРЕСУ:

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*



**Рекомендуется, чтобы стандартные условия уведомления были изложены на английском и французском языках и, по мере целесообразности, - также на официальном языке или одном из официальных языков государства происхождения документа. Бланки могут заполняться либо на языке государства, в которое направляются документы, либо на английском или французском языке.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

## ОСНОВНОЕ СОДЕРЖАНИЕ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА
### SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года (статья 5, четвертая часть).

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Наименование и адрес запрашивающего органа:** <br> Name and address of the requesting authority: <br> *Nom et adresse de l'autorité requérante :* | Shane B. Vogt – FBN 257620* <br> Email: shane@svogtlaw.com <br> VOGT LAW <br> 625 E. Twiggs St, Suite 1090 Tampa, Florida 33602, United States Tel: (813) 737-0717 <br> Lawyer recognized as judicial officer, OIJA Guidance on Attorneys as Competent Forwarding Authorities (DOJ, Sept. 16 2025) <br><br> https://www.justice.gov/civil/media/1414296/dl?inlin |
| **Стороны*:** <br> Particulars of the parties*: <br> *Identité des parties* :* | JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE <br> Plaintiff, <br> v. <br> Dasha Babicheva <br> Defendant |

\* если применимо, имя и адрес лица, заинтересованного в передаче документа
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

**☑ СУДЕБНЫЙ ДОКУМЕНТ**\*\*
**JUDICIAL DOCUMENT**\*\*
*ACTE JUDICIAIRE*\*\*

| | |
|---|---|
| **Характер и назначение документа:** <br> Nature and purpose of the document: <br> *Nature et objet de l'acte :* | Summons, civil complaint, notice of related action and DOJ guidance on lawyers as competent forwarding authorities under the Hague Conventions in the United States. |
| **Характер и предмет судебного разбирательства, а в соответствующих случаях – сумма иска:** <br> Nature and purpose of the proceedings and, when appropriate, the amount in dispute: <br> *Nature et objet de l'instance, le cas échéant, le montant du litige:* | Request for injunction against all activity related to ClothOff, CSAM and NCII. |
| **Дата и место явки в суд**\*\*: <br> Date and Place for entering appearance\*\*: <br> *Date et lieu de la comparution*\*\* : | Serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure within 21 days of receiving summons. |
| **Суд, вынесший решение**\*\*: <br> Court which has given judgment\*\*: <br> *Juridiction qui a rendu la décision*\*\* : | Not applicable |
| **Дата вынесения решения**\*\*: <br> Date of judgment\*\*: <br> *Date de la décision*\*\* : | Not applicable |
| **Предельный срок, указанный в документе**\*\*: <br> Time limits stated in the document\*\*: <br> *Indication des délais figurant dans l'acte*\*\* : | 21 days upon receipt of summons |

\*\* если применимо
if appropriate / *s'il y a lieu*

**☐ ВНЕСУДЕБНЫЙ ДОКУМЕНТ**\*\*
**EXTRAJUDICIAL DOCUMENT**\*\*
*ACTE EXTRAJUDICIAIRE*\*\*

| | |
|---|---|
| **Характер и назначение документа:** <br> Nature and purpose of the document : <br> *Nature et objet de l'acte :* | |
| **Предельный срок, указанный в документе**\*\*: <br> Time-limits stated in the document\*\*: <br> *Indication des délais figurant dans l'acte*\*\* : | |

\*\* если применимо
if appropriate / *s'il y a lieu*

Постоянное бюро Гаагской конференции сентябрь 2011

## ЗАПРОС
# О ВРУЧЕНИИ ЗА ГРАНИЦЕЙ СУДЕБНЫХ ИЛИ ВНЕСУДЕБНЫХ ДОКУМЕНТОВ
### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года.**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Наименование и адрес заявителя<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | Адрес запрашиваемого органа<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Shane B. Vogt – FBN 257620*<br>Email: shane@svogtlaw.com<br>VOGT LAW<br>625 E. Twiggs St., Suite 1090 Tampa, Florida 33602, United States Tel: (813) 737-0717<br>Lawyer recognized as judicial officer, OIJA Guidance on Attorneys as<br>Competent Forwarding Authorities (DOJ, Sept. 16 2025)<br>https://www.justice.gov/civil/media/1414296/dl?inlin | Ministry of Justice of the Republic of Belarus<br>Kollektornaya St., 10<br>220004 Minsk<br>Republic of Belarus |

**Нижеподписавшийся заявитель имеет честь препроводить – в двух экземплярах – перечисленные ниже документы и в соответствии со статьей 5 вышеупомянутой Конвенции просит без промедления вручить один экземпляр указанных документов адресату:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**имя (наименование) и адрес**
(identity and address) / (identité et adresse)
Dasha Babicheva
Minsk, Alibegova 16-112
Republic of Belarus

| ☑ | a) | **в соответствии с положениями подпункта "a" первой части статьи 5 Конвенции***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
|---|---|---|
| ☐ | b) | **в следующем особом порядке (подпункт "b" первой части статьи 5)*:**<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :* |
| ☐ | c) | **путем доставки адресату, если он согласен принять документы добровольно (вторая часть статьи 5)***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

**Просьба возвратить или обеспечить возврат запрашивающему органу одного экземпляра документов - и приложений к нему* - вместе с подтверждением о вручении согласно приложенному свидетельству.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

*Перечень документов*
List of documents / *Énumération des pièces*

- Complaint and Demand for Jury Trial
- Summons in a Civil Case
- Notice of related action
- DOJ Guidance on Attorneys as Competent Authorities

\* если применимо
if appropriate / *s'il y a lieu*

| Совершено в<br>Done at / *Fait à*<br>дата<br>the / *le* | November 17, 2025 | Подпись и/или печать<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|

## СВИДЕТЕЛЬСТВО
### CERTIFICATE
*ATTESTATION*

**Нижеподписавшийся орган имеет честь в соответствии со статьей 6 указанной Конвенции подтвердить,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. что документы были вручены\***
that the document has been served \*
*que la demande a été exécutée\**

| — **(дата):**<br>the (date) / le (date) : | |
|---|---|
| — **(населенный пункт, улица, дом):**<br>at (place, street, number) / à (localité, rue, numéro) : | |

— **одним из следующих способов, предусмотренных статьей 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| | | |
|---|---|---|
| ☐ | *a)* | **в соответствии с положениями подпункта "а" первой части статьи 5\***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | *b)* | **в следующем особом порядке\*:**<br>in accordance with the following particular method\*:<br>*selon la forme particulière suivante\* :* |
| ☐ | *c)* | **путем доставки адресату, который принял их добровольно\***<br>by delivery to the addressee, if he accepts it voluntarily\*<br>*par remise simple\** |

**Указанные в запросе документы доставлены:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| **Имя и статус лица:**<br>Identity and description of person:<br>*Identité et qualité de la personne :* | |
|---|---|
| **Отношения с адресатом (семейные, деловые или иные):**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☐ **2. что документы не были вручены по следующим причинам\*:**
that the document has not been served, by reason of the following facts\*:
*que la demande n'a pas été exécutée, en raison des faits suivants\* :*

☐ **В соответствии со второй частью статьи 12 упомянутой Конвенции просьба запрашивающему органу оплатить или возместить расходы, описанные в приложении\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

*Приложения*
Annexes / *Annexes*

| **Возвращаемые документы:**<br>Documents returned:<br>*Pièces renvoyées :* | |
|---|---|
| **В соответствующих случаях, документы, подтверждающие вручение:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

\*если применимо
if appropriate / *s'il y a lieu*

| **Совершено в**<br>Done at / *Fait à*<br><br>**дата**<br>the / *le* | **Подпись и/или печать**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|

Постоянное бюро Гаагской конференции сентябрь 2011

# ПРЕДУПРЕЖДЕНИЕ
## WARNING
### *AVERTISSEMENT*

| Имя (наименование)  и адрес адресата |
| --- |
| Identity and address of the addressee |
| *Identité et adresse du destinataire* |

### ВАЖНАЯ ИНФОРМАЦИЯ

ПРИЛАГАЕМЫЙ ДОКУМЕНТ ЯВЛЯЕТСЯ ЮРИДИЧЕСКИМ И МОЖЕТ ОКАЗАТЬ ВЛИЯНИЕ НА ВАШИ ПРАВА И ОБЯЗАТЕЛЬСТВА. В «ОСНОВНОМ СОДЕРЖАНИИ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА» ВЫ НАЙДЕТЕ ОПРЕДЕЛЕННУЮ ИНФОРМАЦИЮ О ХАРАКТЕРЕ И НАЗНАЧЕНИИ ДАННОГО ДОКУМЕНТА. ОДНАКО ВАМ СЛЕДУЕТ САМОСТОЯТЕЛЬНО И ВНИМАТЕЛЬНО ПРОЧЕСТЬ ДОКУМЕНТ. ВАМ МОЖЕТ БЫТЬ НЕОБХОДИМО ОБРАТИТЬСЯ ЗА ЮРИДИЧЕСКОЙ ПОМОЩЬЮ.

ЕСЛИ ВАШИХ ФИНАНСОВЫХ РЕСУРСОВ НЕДОСТАТОЧНО ДЛЯ ЭТОЙ ЦЕЛИ, ВАМ СЛЕДУЕТ ПОПЫТАТЬСЯ ПОЛУЧИТЬ ИНФОРМАЦИЮ О ВОЗМОЖНОСТИ ПОЛУЧЕНИЯ ПРАВОВОЙ ПОМОЩИ ИЛИ КОНСУЛЬТАЦИЙ В СТРАНЕ, ГДЕ ВЫ ПРОЖИВАЕТЕ, ИЛИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ.

ВОПРОСЫ О ВОЗМОЖНОСТИ ПОЛУЧИТЬ ЮРИДИЧЕСКУЮ ПОМОЩЬ ИЛИ КОНСУЛЬТАЦИИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ, МОЖНО НАПРАВЛЯТЬ ПО АДРЕСУ:

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Рекомендуется, чтобы стандартные условия уведомления были изложены на английском и французском языках и, по мере целесообразности, - также на официальном языке или одном из официальных языков государства происхождения документа. Бланки могут заполняться либо на языке государства, в которое направляются документы, либо на английском или французском языке.

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

# ОСНОВНОЕ СОДЕРЖАНИЕ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА
## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года (статья 5, четвертая часть).**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Наименование и адрес запрашивающего органа:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Shane B. Vogt – FBN 257620*<br>Email: shane@svogtlaw.com<br>VOGT LAW<br>625 E. Twiggs St., Suite 1090 Tampa, Florida 33602, United States Tel: (813) 737-0717<br>Lawyer recognized as judicial officer, OIJA Guidance on Attorneys as Competent Forwarding Authorities (DOJ, Sept. 16 2025)<br><br>https://www.justice.gov/civil/media/1414296/dl?inlin |
| **Стороны*:**<br>Particulars of the parties*:<br>*Identité des parties* : | JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE<br>Plaintiff,<br>v.<br>Dasha Babicheva<br>Defendant |

\* если применимо, имя и адрес лица, заинтересованного в передаче документа
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☑ **СУДЕБНЫЙ ДОКУМЕНТ****
**JUDICIAL DOCUMENT****
*ACTE JUDICIAIRE****

| | |
|---|---|
| **Характер и назначение документа:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | Summons, civil complaint, notice of related action and DOJ guidance on lawyers as competent forwarding authorities under the Hague Conventions in the United States. |
| **Характер и предмет судебного разбирательства, а в соответствующих случаях – сумма иска:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | Request for injunction against all activity related to ClothOff, CSAM and NCII. |
| **Дата и место явки в суд**:**<br>Date and Place for entering appearance**:<br>*Date et lieu de la comparution** :* | Serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure within 21 days of receiving summons. |
| **Суд, вынесший решение**:**<br>Court which has given judgment**:<br>*Juridiction qui a rendu la décision** :* | Not applicable |
| **Дата вынесения решения**:**<br>Date of judgment**:<br>*Date de la décision** :* | Not applicable |
| **Предельный срок, указанный в документе**:**<br>Time limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | 21 days upon receipt of summons |

\*\* если применимо
if appropriate / *s'il y a lieu*

☐ **ВНЕСУДЕБНЫЙ ДОКУМЕНТ****
**EXTRAJUDICIAL DOCUMENT****
*ACTE EXTRAJUDICIAIRE****

| | |
|---|---|
| **Характер и назначение документа:**<br>Nature and purpose of the document :<br>*Nature et objet de l'acte :* | |
| **Предельный срок, указанный в документе**:**<br>Time-limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | |

\*\* если применимо
if appropriate / *s'il y a lieu*

Постоянное бюро Гаагской конференции сентябрь 2011

# ФЕДЕРАЛЬНЫЙ ОКРУЖНОЙ СУД

## ОКРУГ НЬЮ-ДЖЕРСИ

**ДЖЕЙН ДОУ И ДР.**
*Истцы*

v.    ПОВЕСТКА ПО ГРАЖДАНСКОМУ ДЕЛУ

**AI/ROBOTICS VENTURE STRATEGY 3 LTD И ДР.**

*Ответчики.*

НОМЕР ДЕЛА: **2:25-CV-16671-ES-JBC**

Кому: *(имя и адрес ответчика):*

## ДАША БАБИЧЕВА
## г. Минск, ул. Алибегова, д. 16, кв. 112
## Республика Беларусь

В отношении вас возбуждено судебное дело.

В течение 21 дня со дня получения вами настоящей повестки (не считая дня вручения) — или 60 дней, если вы являетесь Соединёнными Штатами, агентством США, либо должностным лицом США, указанным в правилах Federal Rules of Civil Procedure 12(a)(2) или 12(a)(3), — вы обязаны направить истцу *ответ на прилагаемую жалобу (complaint)* либо подать *ходатайство* в соответствии с Правилом 12 Федеральных правил гражданского судопроизводства. Ответ или ходатайство должны быть вручены истцу или адвокату истца:

Шейн Б. Вогт — FBN 257620*
Электронная почта:shane@svogtlaw.com VOGT LAW
625 E. Twiggs St., Suite 1090
Тампа, Флорида 33602, США
Тел.: (813) 737-0717

Если вы не представите ответ, суд может вынести **заочное решение** (default judgment) против вас, удовлетворив требования, изложенные в жалобе. Вы также обязаны подать копию ответа или ходатайства в суд.

/s **Мелисса Э. Роудс**
_____

**Секретарь суда**



**ВЫДАНО 17.10.2025 в 09:58:14**, секретарь
USDC NJD

## ВЕРНУТО

| | ДАТА |
|---|---|
| Вручение повестки и жалобы было произведено мной: (1) | |
| ИМЯ ЛИЦА, ВЫПОЛНИВШЕГО ВРУЧЕНИЕ *(ПЕЧАТНЫМИ БУКВАМИ)* | Должность |

*Отметьте один из вариантов ниже, чтобы указать соответствующий способ вручения*

☐ Личное вручение ответчику. Место вручения: _____
_____ ; или

☐ Вручение по месту жительства/обычного проживания путём оставления копий
(имя лица, получившего документы): _____ ,
лицу соответствующего возраста и благоразумия, проживающему по данному адресу,
дата вручения: _____ ,
и последующей отправкой копии по последнему известному адресу ответчика.

☐ Имя лица, которому были оставлены повестка и жалоба: _____

☐ **Возвращено без исполнения:** _____
: _____
_____

или ☐ Иное (уточнить):

## ЗАЯВЛЕНИЕ О РАСХОДАХ

| ПРОЕЗД | УСЛУГИ | ИТОГО |
|---|---|---|
| | | |

## ДЕКЛАРАЦИЯ ЛИЦА, ОСУЩЕСТВИВШЕГО ВРУЧЕНИЕ

Я заявляю под страхом наказания за лжесвидетельство в соответствии с законодательством Соединённых Штатов, что приведённые выше сведения о вручении и расходах являются истинными и точными.

Подписано     _____     _____
                                Дата                    *Подпись лица, осуществившего вручение*

_____
*Адрес*

Дело 2:25-cv-16671-ES-JBC    Документ 10    Подано    Страница PAGE 1 из

# ФЕДЕРАЛЬНЫЙ ОКРУЖНОЙ СУД

## ОКРУГ НЬЮ-ДЖЕРСИ

**ДЖЕЙН ДОУ И ДР.**
*Истцы*

v.    ПОВЕСТКА ПО ГРАЖДАНСКОМУ ДЕЛУ

**AI/ROBOTICS VENTURE STRATEGY 3 LTD И ДР.**

*Ответчики.*

НОМЕР ДЕЛА: **2:25-CV-16671-ES-JBC**

Кому: *(имя и адрес ответчика):*

**ДАША БАБИЧЕВА**
**г. Минск, ул. Алибегова, д. 16, кв. 112**
**Республика Беларусь**

В отношении вас возбуждено судебное дело.
В течение 21 дня со дня получения вами настоящей повестки (не считая дня вручения) — или 60 дней, если вы являетесь Соединёнными Штатами, агентством США, либо должностным лицом США, указанным в правилах Federal Rules of Civil Procedure 12(a)(2) или 12(a)(3), — вы обязаны направить истцу *ответ на прилагаемую жалобу (complaint)* либо подать *ходатайство* в соответствии с Правилом 12 Федеральных правил гражданского судопроизводства. Ответ или ходатайство должны быть вручены истцу или адвокату истца:

Шейн Б. Вогт — FBN 257620*
Электронная почта:shane@svogtlaw.com VOGT LAW
625 E. Twiggs St., Suite 1090
Тампа, Флорида 33602, США
Тел.: (813) 737-0717

Если вы не представите ответ, суд может вынести **заочное решение** (default judgment) против вас, удовлетворив требования, изложенные в жалобе. Вы также обязаны подать копию ответа или ходатайства в суд.



**/s Мелисса Э. Роудс**
_____
**Секретарь суда**

**ВЫДАНО 17.10.2025 в 09:58:14**, секретарь
USDC NJD

**ВЕРНУТО**

| Вручение повестки и жалобы было произведено мной: (1) | ДАТА |
| --- | --- |
| ИМЯ ЛИЦА, ВЫПОЛНИВШЕГО ВРУЧЕНИЕ *(ПЕЧАТНЫМИ БУКВАМИ)* | Должность |

*Отметьте один из вариантов ниже, чтобы указать соответствующий способ вручения*

☐ Личное вручение ответчику. Место вручения: _____
_____ ; или

☐ Вручение по месту жительства/обычного проживания путём оставления копий
(имя лица, получившего документы): _____,
лицу соответствующего возраста и благоразумия, проживающему по данному адресу,
дата вручения: _____,
и последующей отправкой копии по последнему известному адресу ответчика.

☐ Имя лица, которому были оставлены повестка и жалоба:

☐ **Возвращено без исполнения:** _____
: _____
_____ ;

или ☐ Иное (уточнить):

**ЗАЯВЛЕНИЕ О РАСХОДАХ**

| ПРОЕЗД | УСЛУГИ | ИТОГО |
| --- | --- | --- |
| | | |

**ДЕКЛАРАЦИЯ ЛИЦА, ОСУЩЕСТВИВШЕГО ВРУЧЕНИЕ**

Я заявляю под страхом наказания за лжесвидетельство в соответствии с законодательством Соединённых Штатов, что приведённые выше сведения о вручении и расходах являются истинными и точными.

Подписано _____    _____
Дата    *Подпись лица, осуществившего вручение*

*Адрес*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JANE DOE, ET AL.,**
*Plaintiff*

V.          **SUMMONS IN A CIVIL CASE**

**AI/ROBOTICS VENTURE STRATEGY 3
LTD, ET AL.,**
*Defendant*

CASE NUMBER: **2:25−CV−16671−ES−JBC**

TO: *(Name and address of Defendant):*

Dasha Babicheva
Minsk, Alibegova 16-112
Republic of Belarus

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shane B. Vogt – FBN 257620*
Email: shane@svogtlaw.com
VOGT LAW
625 E. Twiggs St., Suite 1090
Tampa, Florida 33602
United States
Tel: (813) 737-0717

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads

**Clerk of Court**



ISSUED ON **2025−10−17 09:58:14**, Clerk
USDC NJD

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name):
_____ a person of suitable age and discretion who resides there,
on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left:
_____ ; or

☐ Returned unexecuted: _____
_____
_____ ; or

☐ Other (specify):
_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                              Date                          *Signature of Server*

                                                            _____
                                                            *Address of Server*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JANE DOE, ET AL.,**
*Plaintiff*

V.            **SUMMONS IN A CIVIL CASE**

**AI/ROBOTICS VENTURE STRATEGY 3 LTD, ET AL.,**
*Defendant*

CASE NUMBER: **2:25–CV–16671–ES–JBC**

TO: *(Name and address of Defendant):*

**Dasha Babicheva**
**Minsk, Alibegova 16-112**
**Republic of Belarus**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shane B. Vogt – FBN 257620*
Email: shane@svogtlaw.com
VOGT LAW
625 E. Twiggs St., Suite 1090
Tampa, Florida 33602
United States
Tel: (813) 737-0717

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads

**Clerk of Court**



**ISSUED ON 2025–10–17 09:58:14**, Clerk
USDC NJD

### RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name):
_____ a person of suitable age and discretion who resides there,
on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left:
_____ ; or

☐ Returned unexecuted: _____
_____
_____ ; or

☐ Other (specify):
_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    _____        _____
               Date                         *Signature of Server*

                                            _____
                                            *Address of Server*



KMMinyard:ak

Министерство юстиции США
Гражданский отдел
Управление международной
судебной помощи

*Центральный орган США*
*Benjamin Franklin Station*
*P.O. Box 14360*
*Вашингтон, округ Колумбия 20044*
*+1 (202) 514-6700*
*OIJA@usdoj.gov*

16 сентября 2025 г.

*RE: Адвокаты как компетентные органы по передаче документов в соответствии с Гаагской конвенцией о вручении за границей судебных и внесудебных документов по гражданским или коммерческим делам в соответствии с законодательством США*

Управление международной судебной помощи (OIJA) осуществляет функции Центрального органа США в соответствии с Гаагской конвенцией о вручении за границей судебных и внесудебных документов по гражданским или коммерческим делам («Гаагская конвенция о вручении» или «Конвенция»). Настоящим OIJA предоставляет разъяснения относительно статуса адвокатов как компетентных органов, уполномоченных направлять документы для вручения за границей в соответствии с законодательством Соединённых Штатов.

Как общеизвестно, компетенция передающих органов определяется законодательством запрашивающего государства. См. Выводы и рекомендации Специальной комиссии, п. 86 (июль 2024 г.), доступно по адресу:
https://assets.hcch.net/docs/6aef5b3a-a02c-408f-8277-8c995d56f255.pdf.
См. также Пояснительный доклад, Гаагская конференция по международному частному праву, *Actes et documents de la Dixième session* (1964), Том III, *Judicial cooperation*, стр. 368 (Гаага, Imprimerie Nationale 1965) («Пояснительный доклад»):
*«En ce qui concerne les avocats, il appartient à la lex magistrus de préciser s'ils ont la possibilité de s'adresser directement à l'Autorité centrale.»*

Практическое руководство по применению Конвенции подтверждает, что «запрашиваемое государство не участвует в определении компетенции органа, направляющего документы в запрашивающем государстве, и не может применять свои внутренние нормы для проверки этого». См. Гаагская конференция по международному частному праву, Практическое руководство по применению Конвенции, п. 190, стр. 126 (5-е изд. 2025 г.).

Статья 3 Конвенции устанавливает минимальные требования к органам, осуществляющим передачу документов. Такие органы должны соответствовать двум критериям:

1.  быть «органом» или «судебным должностным лицом»;

2.  быть «компетентными в соответствии с законодательством государства, в котором были составлены документы».

Адвокаты в Соединённых Штатах соответствуют обоим указанным критериям.

Во-первых, лицензированные адвокаты США признаются „судебными должностными лицами". Верховный суд США на протяжении более ста лет подтверждает, что адвокаты, допущенные к юридической практике, являются судебными должностными лицами, обязанности которых «почти исключительно связаны с судебными разбирательствами». *Ex parte Garland*, 71 U.S. 333, 378–79 (1866). См. также:
*In re Snyder*, 472 U.S. 634, 644 (1985) — адвокат является «членом коллегии адвокатов» и наделён исключительными полномочиями;
*Theard v. United States*, 354 U.S. 278, 281 (1957) — после допуска адвокат становится «должностным лицом суда» и инструментом достижения целей правосудия.

Адвокаты США осуществляют полномочия, которые в иных правопорядках могут быть предоставлены исключительно судебным органам. Например, адвокат как офицер суда может инициировать вызов свидетелей, заставлять предоставлять доказательства и участвовать в досудебных процедурах, проводимых вне здания суда. См. *Theard*, там же.

Во-вторых, адвокаты США относятся к числу лиц, уполномоченных вручать судебные документы по гражданским и коммерческим делам. Эти полномочия могут быть предусмотрены как правилами гражданского судопроизводства отдельных штатов и территорий, так и федеральным законодательством. В частности, Правило 4(c)(2) Федеральных правил гражданского судопроизводства США позволяет «любому лицу, достигшему 18 лет и не являющемуся стороной», вручать повестки и исковые заявления — то есть документы, наиболее часто передаваемые за границу для вручения в гражданских процессах США.

Таким образом, адвокаты США выполняют роль, аналогичную английским солиситорам, которые на момент разработки Конвенции признавались
(1) органами власти или судебными должностными лицами, и
(2) компетентными для вручения судебных документов в соответствии с законодательством Великобритании.
См. Протокол № 4, *Actes et documents de la Dixième session*, том III, стр. 188; Пояснительный доклад, стр. 368.

Соответственно, любой адвокат, имеющий лицензию на практику в Соединённых Штатах, является (1) „судебным должностным лицом" и (2) уполномочен направлять запросы о вручении документов иностранному центральному органу в соответствии со статьёй 3 Конвенции, при условии, что он или она не является стороной в соответствующем разбирательстве. Для этого не требуется отдельное назначение или специальное разрешение судьи — компетенция адвоката проистекает из его статуса как офицера суда.

Кроме того, в США к лицам и организациям, уполномоченным направлять запросы о вручении документов за границу на основании статьи 3, относятся судебные должностные лица, а также иные лица или структуры, такие как судебные приставы, уполномоченные правилами соответствующего суда. OIJA не участвует в передаче запросов, направляемых иностранным центральным органам в соответствии со статьёй 3.

Дополнительные вопросы или замечания могут быть направлены в Центральный орган США по адресу: OIJA@usdoj.gov.



KMMinyard:ak

**U.S. Department of Justice**
Civil Division
Office of International Judicial Assistance

---

*U.S. Central Authority*
*Benjamin Franklin Station*
*P.O. Box 14360*
*Washington, DC 20044*
*+1 (202) 514-6700*
*OIJA@usdoj.gov*

September 16, 2025

Re:    *Attorneys as Competent Forwarding Authorities under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters Pursuant to U.S. Law*

The Office of International Judicial Assistance (OIJA) serves as the United States Central Authority pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention" or "Convention"). OIJA provides this guidance regarding attorneys acting as competent forwarding authorities under U.S. law.

As is well-established, it is the law of the Requesting State that determines the competence of forwarding authorities. Conclusions and Recommendations of the Special Commission, ¶ 86 (July 2024), *available at* https://assets.hcch.net/docs/6aef5b3a-a02c-408f-8277-8c995d56f255.pdf. *See also* Explanatory Report, Hague Conference on Private Int'l Law, *Actes et documents de la Dixième session (1964)*, Tome III, *Judicial cooperation*, at 368 (The Hague, Imprimerie Nationale 1965) [hereinafter "Explanatory Report"] ("En ce qui concerne les avocats il appartient à la *lex magistrus* de préciser s'ils ont la possibilité de s'addresser directement à l'Autorité centrale."). Indeed, the Practical Handbook on the Operation of the Service Convention specifies that the "Requested State does not play a role in determining the competence of the forwarding authority in the Requesting State and cannot apply its own domestic rules to verify this." Hague Conference on Private Int'l Law, *Practical Handbook on the Operation of the Service Convention* ¶ 190, at 126 (5th ed. 2025).

Article 3 of the Convention sets forth minimal standards for forwarding authorities. These forwarding authorities must meet just two criteria. First, a forwarding authority must be an "authority" or "judicial officer." Convention, art. 3. Second, such authority or judicial officer must be "competent under the law of the State in which the documents originate." *Id.* Attorneys in the United States meet both of these criteria.

First, licensed attorneys are unquestionably "judicial officers" in the United States. For more than a century, the United States Supreme Court has recognized that attorneys admitted to practice law are "officers of the court" and their duties "relate almost exclusively to proceedings of a judicial nature." *Ex parte Garland*, 71 U.S. 333, 378-79 (1866) (internal quotation marks and citations omitted). An attorney licensed to practice in the United States is a "member of the bar" and enjoys a "kind of monopoly granted only to lawyers." *In re Snyder*, 472 U.S. 634, 644 (1985). Upon admission, an attorney becomes "an officer of the court, and, like the court itself, an instrument or agency to advance the ends of justice." *Theard v. United States*, 354 U.S. 278, 281 (1957) (internal quotation marks and citations omitted). In this capacity, U.S. attorneys

commonly undertake actions that may be reserved exclusively to the judiciary in other jurisdictions. *E.g.*, *id.* ("[A]s an officer of the court, a lawyer can cause persons to drop their private affairs and be called as witnesses in court, and for depositions and other pretrial processes that . . . may be conducted outside courtrooms.").

Second, lawyers are among those competent to serve judicial documents in civil or commercial matters. This competence may emanate from local rules governing civil procedure in the courts of the various states and territories comprising the United States. It is also authorized by federal law. Specifically, Rule 4(c)(2) of the United States Federal Rules of Civil Procedure permits "[a]ny person who is at least 18 years old and not a party" to serve a summons and complaint, the documents most commonly transmitted abroad for service in connection with U.S. civil or commercial court proceedings.

Attorneys licensed to practice in the United States thus play a role similar to that of English solicitors, who at the time of the negotiations of the Convention were recognized as (1) authorities or judicial officers and (2) competent to serve judicial documents under the law of the Great Britain. Procès-Verbale No. 4, Hague Conference on Private Int'l Law, *Actes et documents de la Dixième session (1964)*, Tome III, *Judicial cooperation*, at 188 (The Hague, Imprimerie Nationale 1965); Explanatory Report at 368 ("Il est bien entendu que le solicitor anglais est inclus dans l'expression autorité ou officier ministériel compétents. Il pourra donc s'adresser à l'Autorité centrale de l'Etat requis.").

Likewise, any attorney licensed to practice in the United States is (1) a "judicial officer" and (2) competent to forward requests for service of judicial documents to Central Authorities pursuant to Article 3 so long as he or she is not also a party to the underlying dispute. This competence does not depend on the attorney's relationship to the parties, including whether the attorney represents any party in the judicial action in which the documents originate. Nor does the attorney's inherent competence require a commission or other specific authorization from the judge issuing the documents to be served due to the attorney's own powers as an officer of the court.

Under U.S. law, additional persons and entities within the United States competent to transmit service requests abroad pursuant to Article 3 include any court official and any other person or entity, such as process servers, authorized by the rules of the adjudicating court. OIJA plays no role in the transmission of requests sent to foreign Central Authorities under Article 3.

Additional questions or concerns may be directed to the U.S. Central Authority by emailing OIJA@usdoj.gov.

| | |
|---|---|
| **СУД ЗАВОДСКАГА РАЁНА**<br>**г. МІНСКА** | **СУД ЗАВОДСКОГО РАЙОНА**<br>**г. МИНСКА** |
| пр-т Партызанскі, д. 75А<br>220107, г. Мінск<br>тэл./факс +375 17 330 51 02<br>e-mail: zavod-minsk@court.by | пр-т Партизанский, д 75А<br>220107, г. Минск<br>тел./факс +375 17 330 51 02<br>e-mail: zavod-minsk@court.by |

30.03.2026 № 100ГИп261/10462

На № _____ ад _____

Shane B. Vogt – FBN 257620*
VOGT LAW

625 E. Twiggs St.,
Suite 1090 Tampa,
Florida 33602, United States
(813) 737-0717

О неисполнении поручения

     Суд Заводского района г. Минска возвращает в Ваш адрес поступившее в соответствии с Конвенцией о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанной в Гааге 15 ноября 1965 года, поручение компетентного органа Соединенных Штатов Америки о вручении документов Бабичеву Александру, зарегистрированному по адресу: Республика Беларусь, город Минск, переулок Кабушкина, дом 5, квартира 42 без исполнения в связи с неоднократной неявкой вышеуказанного лица.

Приложение: на 60 л. в 1 экз.

Председатель                                         Ю.А.Татарицкая

02 Филипович 330 51 06

Председателю суда
Заводского района г. Минска
Татарицкой Ю.А.
г. Минск, пр-т Партизанский, 75А

20.03.2026    54/80/ 3461

О направлении информации

На Ваш исходящий от 19.02.2026 сообщаем, что в ходе выбытия по адресу: г. Минск, ул. Червякова, 64-165, дверь в квартиру никто не открыл. В ходе опроса соседки из №162 квартиры, Сидоренко Л.А. последняя пояснила, что Бабичев А.С. в №165 квартире не проживает, о его местонахождении какой-либо значимой информации пояснить не смогла. Зарегистрированных абонентских номеров на Бабичеве А.С. не имеется. Установить местонахождение Бабичева А.С. не представилось возможным.

Заместитель начальника ООПП МОБ
Центрального РУВД г. Минска
майор милиции                                          А.А.Мясоедов

Верно
Председатель суда
Заводского района г.Минска
30.03.2026                                               Ю.А.Татарицкая

Шевченко 2703433
Ответ

Федеральному окружному суду
округа Нью-Джерси
Соединенных штат Америки

(Shane B. Vogt – FBN 257620)
VOGT LAW
625 E.Twiggs St., Suite 1090 Tampa,
Florida 33602, United States

Пояснения

Согласно поступившего пакета документов в соответствии с нормами Конвенции о вручении за границей судебных и внесудебных документов по гражданским или торговым делам от 15.11.1965 (заключена в г.Гааге), о вручении документов Бабичеву Александру, проживающему по адресу: Республика Беларусь, город Минск, переулок Кабушкина, дом 5, квартира 42, сообщаю следующее.

Я, Бабичев Александр Николаевич, 24.05.1952 года рождения, зарегистрирован по адресу: Республика Беларусь, город Минск, проспект Дзержинского, дом 123, квартира 406, не имею отношения к поступившим документам из Федерального окружного суда округа Нью-Джерси США, а именно о вручении жалобы (иска) и иных документов о привлечении к ответственности компании AI/Robotics Venture Strategy 3 Ltd. и её владельцев за преступную и противоправную деятельность, связанную с управлением сетью веб-сайтов и приложений под названием «ClothOff» с использованием технологий искусственного интеллекта для создания, распространения и коммерческой продажи изображений интимного характера, полученных без согласия изображённых лиц, включая несовершеннолетних и взрослых.

Полагаю необходимым разъяснить, что ответчиком по вышеуказанной жалобе возможно является мой внук Бабичев Александр Сергеевич, 22.09.1993 года рождения, зарегистрированный по адресу: Республика Беларусь, город Минск, улица Червякова, дом 64, квартира 165, который в настоящий момент не проживает на территории Республики Беларусь. О местонахождении последнего сведениями не располагаю.

25.02.2026                                                А.Н.Бабичев

# ФЕДЕРАЛЬНЫЙ ОКРУЖНОЙ СУД

## ОКРУГ НЬЮ-ДЖЕРСИ

**ДЖЕЙН ДОУ И ДР.**
*Истцы*

v.

**ПОВЕСТКА ПО ГРАЖДАНСКОМУ ДЕЛУ**

**AI/ROBOTICS VENTURE STRATEGY 3 LTD И ДР.**

*Ответчики.*

НОМЕР ДЕЛА: **2:25-CV-16671-ES-JBC**

Кому: *(имя и адрес ответчика)*:

**Аляксандр БАБИЧАУ**

Республика Беларусь, г. Минск, Заводской район, переулок Кабушкина И. К., д. 5, кв. 42

В отношении вас возбуждено судебное дело.

В течение 21 дня со дня получения вами настоящей повестки (не считая дня вручения) — или 60 дней, если вы являетесь Соединёнными Штатами, агентством США, либо должностным лицом США, указанным в правилах Federal Rules of Civil Procedure 12(a)(2) или 12(a)(3), — вы обязаны направить истцу *ответ на прилагаемую жалобу (complaint)* либо подать *ходатайство* в соответствии с Правилом 12 Федеральных правил гражданского судопроизводства. Ответ или ходатайство должны быть вручены истцу или адвокату истца:

Шейн Б. Вогт — FBN 257620*
Электронная почта:shane@svogtlaw.com VOGT LAW
625 E. Twiggs St., Suite 1090
Тампа, Флорида 33602, США
Тел.: (813) 737-0717

Если вы не представите ответ, суд может вынести **заочное решение** (default judgment) против вас, удовлетворив требования, изложенные в жалобе.Вы также обязаны подать копию ответа или ходатайства в суд.

**/s Мелисса Э. Роудс**

**Секретарь суда**



**ВЫДАНО 17.10.2025 в 09:58:14**, секретарь
USDC NJD

## ВЕРНУТО

| Вручение повестки и жалобы было произведено мной: (1) | ДАТА |
|---|---|
| ИМЯ ЛИЦА, ВЫПОЛНИВШЕГО ВРУЧЕНИЕ *(ПЕЧАТНЫМИ БУКВАМИ)* | Должность |

*Отметьте один из вариантов ниже, чтобы указать соответствующий способ вручения*

☐ Личное вручение ответчику. Место вручения: _____
_____ ; или

☐ Вручение по месту жительства/обычного проживания путём оставления копий
(имя лица, получившего документы): _____,
лицу соответствующего возраста и благоразумия, проживающему по данному адресу,
дата вручения: _____,
и последующей отправкой копии по последнему известному адресу ответчика.

☐ Имя лица, которому были оставлены повестка и жалоба: _____

☐ **Возвращено без исполнения:** _____
: _____
_____

или ☐ Иное (уточнить): _____

## ЗАЯВЛЕНИЕ О РАСХОДАХ

| ПРОЕЗД | УСЛУГИ | ИТОГО |
|---|---|---|

## ДЕКЛАРАЦИЯ ЛИЦА, ОСУЩЕСТВИВШЕГО ВРУЧЕНИЕ

Я заявляю под страхом наказания за лжесвидетельство в соответствии с законодательством Соединённых Штатов, что приведённые выше сведения о вручении и расходах являются истинными и точными.

Подписано  _____        _____
Дата                        *Подпись лица, осуществившего вручение*

_____
*Адрес*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JANE DOE, ET AL.,**
*Plaintiff*

V.　　　　　　**SUMMONS IN A CIVIL CASE**

**AI/ROBOTICS VENTURE STRATEGY 3 LTD, ET AL.,**
*Defendant*

CASE NUMBER: **2:25−CV−16671−ES−JBC**

TO: *(Name and address of Defendant):*

## ALAIKSANDR BABICHAU
## MINSK, ZAVODSKOY DISTRICT,
## LANE KABUSHKINA I.K. BLDG. 5, APT. 42
## Republic of Belarus

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shane B. Vogt – FBN 257620*
Email: shane@svogtlaw.com
VOGT LAW
625 E. Twiggs St., Suite 1090
Tampa, Florida 33602
United States
Tel: (813) 737-0717

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**

**Clerk of Court**



**ISSUED ON 2025−10−17 09:58:14**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name):
_____ a person of suitable age and discretion who resides there,
on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left:
_____ ; or

☐ Returned unexecuted: _____
_____
_____ ; or

☐ Other (specify):
_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                              *Signature of Server*

                                                          _____
                                                          *Address of Server*



KMMinyard:ak

Министерство юстиции США
Гражданский отдел
Управление международной
судебной помощи

*Центральный орган США*
*Benjamin Franklin Station*
*P.O. Box 14360*
*Вашингтон, округ Колумбия 20044*
*+1 (202) 514-6700*
*OIJA@usdoj.gov*

16 сентября 2025 г.

*RE: Адвокаты как компетентные органы по передаче документов в соответствии с Гаагской конвенцией о вручении за границей судебных и внесудебных документов по гражданским или коммерческим делам в соответствии с законодательством США*

Управление международной судебной помощи (OIJA) осуществляет функции Центрального органа США в соответствии с Гаагской конвенцией о вручении за границей судебных и внесудебных документов по гражданским или коммерческим делам («Гаагская конвенция о вручении» или «Конвенция»). Настоящим OIJA предоставляет разъяснения относительно статуса адвокатов как компетентных органов, уполномоченных направлять документы для вручения за границей в соответствии с законодательством Соединённых Штатов.

Как общеизвестно, компетенция передающих органов определяется законодательством запрашивающего государства. См. Выводы и рекомендации Специальной комиссии, п. 86 (июль 2024 г.), доступно по адресу:
https://assets.hcch.net/docs/6aef5b3a-a02c-408f-8277-8c995d56f255.pdf.
См. также Пояснительный доклад, Гаагская конференция по международному частному праву, *Actes et documents de la Dixième session* (1964), Том III, *Judicial cooperation*, стр. 368 (Гаага, Imprimerie Nationale 1965) («Пояснительный доклад»):
*«En ce qui concerne les avocats, il appartient à la lex magistrus de préciser s'ils ont la possibilité de s'adresser directement à l'Autorité centrale.»*

Практическое руководство по применению Конвенции подтверждает, что «запрашиваемое государство не участвует в определении компетенции органа, направляющего документы в запрашивающем государстве, и не может применять свои внутренние нормы для проверки этого». См. Гаагская конференция по международному частному праву, Практическое руководство по применению Конвенции, п. 190, стр. 126 (5-е изд. 2025 г.).

Статья 3 Конвенции устанавливает минимальные требования к органам, осуществляющим передачу документов. Такие органы должны соответствовать двум критериям:

1.  быть «органом» или «судебным должностным лицом»;

2.  быть «компетентными в соответствии с законодательством государства, в котором были составлены документы».

Адвокаты в Соединённых Штатах соответствуют обоим указанным критериям.

Во-первых, лицензированные адвокаты США признаются „судебными должностными лицами". Верховный суд США на протяжении более ста лет подтверждает, что адвокаты, допущенные к юридической практике, являются судебными должностными лицами, обязанности которых «почти исключительно связаны с судебными разбирательствами». *Ex parte Garland*, 71 U.S. 333, 378–79 (1866). См. также:
*In re Snyder*, 472 U.S. 634, 644 (1985) — адвокат является «членом коллегии адвокатов» и наделён исключительными полномочиями;
*Theard v. United States*, 354 U.S. 278, 281 (1957) — после допуска адвокат становится «должностным лицом суда» и инструментом достижения целей правосудия.

Адвокаты США осуществляют полномочия, которые в иных правопорядках могут быть предоставлены исключительно судебным органам. Например, адвокат как офицер суда может инициировать вызов свидетелей, заставлять предоставлять доказательства и участвовать в досудебных процедурах, проводимых вне здания суда. См. *Theard*, там же.

Во-вторых, адвокаты США относятся к числу лиц, уполномоченных вручать судебные документы по гражданским и коммерческим делам. Эти полномочия могут быть предусмотрены как правилами гражданского судопроизводства отдельных штатов и территорий, так и федеральным законодательством. В частности, Правило 4(c)(2) Федеральных правил гражданского судопроизводства США позволяет «любому лицу, достигшему 18 лет и не являющемуся стороной», вручать повестки и исковые заявления — то есть документы, наиболее часто передаваемые за границу для вручения в гражданских процессах США.

Таким образом, адвокаты США выполняют роль, аналогичную английским солиситорам, которые на момент разработки Конвенции признавались
(1) органами власти или судебными должностными лицами, и
(2) компетентными для вручения судебных документов в соответствии с законодательством Великобритании.
См. Протокол № 4, *Actes et documents de la Dixième session*, том III, стр. 188; Пояснительный доклад, стр. 368.

Соответственно, любой адвокат, имеющий лицензию на практику в Соединённых Штатах, является (1) „судебным должностным лицом" и (2) уполномочен направлять запросы о вручении документов иностранному центральному органу в соответствии со статьёй 3 Конвенции, при условии, что он или она не является стороной в соответствующем разбирательстве. Для этого не требуется отдельное назначение или специальное разрешение судьи — компетенция адвоката проистекает из его статуса как офицера суда.

Кроме того, в США к лицам и организациям, уполномоченным направлять запросы о вручении документов за границу на основании статьи 3, относятся судебные должностные лица, а также иные лица или структуры, такие как судебные приставы, уполномоченные правилами соответствующего суда. OIJA не участвует в передаче запросов, направляемых иностранным центральным органам в соответствии со статьёй 3.

Дополнительные вопросы или замечания могут быть направлены в Центральный орган США по адресу: OIJA@usdoj.gov.

- 2 -

# ОСНОВНОЕ СОДЕРЖАНИЕ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА
## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года (статья 5, четвертая часть).**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Наименование и адрес запрашивающего органа:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Шейн Б. Вогт – FBN 257620<br>Электронная почта: shane@svogtlaw.com<br>625 E. Twiggs St., Suite 1090<br>Тампа, Флорида 33602, Соединённые Штаты Америки Тел.: +1 (813) 737-0717<br>Адвокат признан компетентным органом по пересылке документов в соответствии с Руководством OIJA<br>(Управление международной судебной помощи, Министерство юстиции США)<br>от 16 сентября 2025  https://www.justice.gov/civil/media/1414296/dl?inline |
| **Стороны*:**<br>Particulars of the parties*:<br>*Identité des parties* :* | ДЖЕЙН ДОУ, несовершеннолетняя, действующая через своих родителей и законных представителей, ДЖИЛЛ ДОУ и ДЖЕКА ДОУ,<br>Истец.<br><br>v.<br><br>АЛЯКСАНДР БАБИЧАУ,<br>Ответчик. |

* **если применимо, имя и адрес лица, заинтересованного в передаче документа**
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

## ☑ СУДЕБНЫЙ ДОКУМЕНТ**
### JUDICIAL DOCUMENT**
### ACTE JUDICIAIRE**

| | |
|---|---|
| **Характер и назначение документа:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | Повестка, гражданская жалоба, уведомление о связанном деле и руководство Министерства юстиции США о признании адвокатов компетентными органами по пересылке документов в соответствии с Гаагскими конвенциями в Соединённых Штатах. |
| **Характер и предмет судебного разбирательства, а в соответствующих случаях – сумма иска:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | Ходатайство о выдаче судебного запрета в отношении любой деятельности, связанной с ClothOff, материалами, изображающими сексуальное насилие над детьми (CSAM), и материалами интимного характера, распространяемыми без согласия (NCII). |
| **Дата и место явки в суд**:**<br>Date and Place for entering appearance**:<br>*Date et lieu de la comparution** :* | Вы должны вручить истцу ответ на прилагаемую жалобу либо подать ходатайство в порядке Правила 12 Федеральных правил гражданского судопроизводства в течение 21 дня с момента получения повестки. |
| **Суд, вынесший решение**:**<br>Court which has given judgment**:<br>*Juridiction qui a rendu la décision** :* | Не применяется. |
| **Дата вынесения решения**:**<br>Date of judgment**:<br>*Date de la décision** :* | Не применяется. |
| **Предельный срок, указанный в документе**:**<br>Time limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | 21 день с момента получения повестки. |

** **если применимо**
if appropriate / *s'il y a lieu*

## ☐ ВНЕСУДЕБНЫЙ ДОКУМЕНТ**
### EXTRAJUDICIAL DOCUMENT**
### ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **Характер и назначение документа:**<br>Nature and purpose of the document :<br>*Nature et objet de l'acte :* | |
| **Предельный срок, указанный в документе**:**<br>Time-limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | |

** **если применимо**
if appropriate / *s'il y a lieu*

Постоянное бюро Гаагской конференции сентябрь 2011

# ПРЕДУПРЕЖДЕНИЕ
WARNING
*AVERTISSEMENT*

**Имя (наименование)  и адрес адресата**
Identity and address of the addressee
*Identité et adresse du destinataire*

### ВАЖНАЯ ИНФОРМАЦИЯ

**ПРИЛАГАЕМЫЙ ДОКУМЕНТ ЯВЛЯЕТСЯ ЮРИДИЧЕСКИМ И МОЖЕТ ОКАЗАТЬ ВЛИЯНИЕ НА ВАШИ ПРАВА И ОБЯЗАТЕЛЬСТВА. В «ОСНОВНОМ СОДЕРЖАНИИ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА» ВЫ НАЙДЕТЕ ОПРЕДЕЛЕННУЮ ИНФОРМАЦИЮ О ХАРАКТЕРЕ И НАЗНАЧЕНИИ ДАННОГО ДОКУМЕНТА. ОДНАКО ВАМ СЛЕДУЕТ САМОСТОЯТЕЛЬНО И ВНИМАТЕЛЬНО ПРОЧЕСТЬ ДОКУМЕНТ. ВАМ МОЖЕТ БЫТЬ НЕОБХОДИМО ОБРАТИТЬСЯ ЗА ЮРИДИЧЕСКОЙ ПОМОЩЬЮ.**

**ЕСЛИ ВАШИХ ФИНАНСОВЫХ РЕСУРСОВ НЕДОСТАТОЧНО ДЛЯ ЭТОЙ ЦЕЛИ, ВАМ СЛЕДУЕТ ПОПЫТАТЬСЯ ПОЛУЧИТЬ ИНФОРМАЦИЮ О ВОЗМОЖНОСТИ ПОЛУЧЕНИЯ ПРАВОВОЙ ПОМОЩИ ИЛИ КОНСУЛЬТАЦИЙ В СТРАНЕ, ГДЕ ВЫ ПРОЖИВАЕТЕ, ИЛИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ.**

**ВОПРОСЫ О ВОЗМОЖНОСТИ ПОЛУЧИТЬ ЮРИДИЧЕСКУЮ ПОМОЩЬ ИЛИ КОНСУЛЬТАЦИИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ, МОЖНО НАПРАВЛЯТЬ ПО АДРЕСУ:**

IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

*TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

**Рекомендуется, чтобы стандартные условия уведомления были изложены на английском и французском языках и, по мере целесообразности, - также на официальном языке или одном из официальных языков государства происхождения документа. Бланки могут заполняться либо на языке государства, в которое направляются документы, либо на английском или французском языке.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

Постоянное бюро Гаагской конференции сентябрь 2011

# ОСНОВНОЕ СОДЕРЖАНИЕ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА
## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года (статья 5, четвертая часть).**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Наименование и адрес запрашивающего органа:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Shane B. Vogt – FBN 257620*<br>Email: shane@svogtlaw.com<br>VOGT LAW<br>625 E. Twiggs St, Suite 1090 Tampa, Florida 33602, United States Tel: (813) 737-0717<br>Lawyer recognized as judicial officer, OIJA Guidance on Attorneys as Competent Forwarding Authorities (DOJ, Sept. 16 2025)<br><br>https://www.justice.gov/civil/media/1414296/dl?inlin |
| **Стороны*:**<br>Particulars of the parties*:<br>*Identité des parties* :* | JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE<br>Plaintiff,<br>v.<br>ALAIKSANDR BABICHAU<br>Defendant |

\* если применимо, имя и адрес лица, заинтересованного в передаче документа
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☑ **СУДЕБНЫЙ ДОКУМЕНТ**\*\*
JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*\*\*

| | |
|---|---|
| **Характер и назначение документа:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | Summons, civil complaint, notice of related action and DOJ guidance on lawyers as competent forwarding authorities under the Hague Conventions in the United States. |
| **Характер и предмет судебного разбирательства, а в соответствующих случаях – сумма иска:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | Request for injunction against all activity related to ClothOff, CSAM and NCII. |
| **Дата и место явки в суд**\*\***:**<br>Date and Place for entering appearance\*\*:<br>*Date et lieu de la comparution*\*\* : | Serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure within 21 days of receiving summons. |
| **Суд, вынесший решение**\*\***:**<br>Court which has given judgment\*\*:<br>*Juridiction qui a rendu la décision*\*\* : | Not applicable |
| **Дата вынесения решения**\*\***:**<br>Date of judgment\*\*:<br>*Date de la décision*\*\* : | Not applicable |
| **Предельный срок, указанный в документе**\*\***:**<br>Time limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte*\*\* : | 21 days upon receipt of summons |

\*\* если применимо
if appropriate / *s'il y a lieu*

☐ **ВНЕСУДЕБНЫЙ ДОКУМЕНТ**\*\*
EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*\*\*

| | |
|---|---|
| **Характер и назначение документа:**<br>Nature and purpose of the document :<br>*Nature et objet de l'acte :* | |
| **Предельный срок, указанный в документе**\*\***:**<br>Time-limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte*\*\*: | |

\*\* если применимо
if appropriate / *s'il y a lieu*

Постоянное бюро Гаагской конференции сентябрь 2011

## ПРЕДУПРЕЖДЕНИЕ
### WARNING
### *AVERTISSEMENT*

Имя (наименование)  и адрес адресата
Identity and address of the addressee
*Identité et adresse du destinataire*

### ВАЖНАЯ ИНФОРМАЦИЯ

ПРИЛАГАЕМЫЙ ДОКУМЕНТ ЯВЛЯЕТСЯ ЮРИДИЧЕСКИМ И МОЖЕТ ОКАЗАТЬ ВЛИЯНИЕ НА ВАШИ ПРАВА И ОБЯЗАТЕЛЬСТВА. В «ОСНОВНОМ СОДЕРЖАНИИ ПОДЛЕЖАЩЕГО ВРУЧЕНИЮ ДОКУМЕНТА» ВЫ НАЙДЕТЕ ОПРЕДЕЛЕННУЮ ИНФОРМАЦИЮ О ХАРАКТЕРЕ И НАЗНАЧЕНИИ ДАННОГО ДОКУМЕНТА. ОДНАКО ВАМ СЛЕДУЕТ САМОСТОЯТЕЛЬНО И ВНИМАТЕЛЬНО ПРОЧЕСТЬ ДОКУМЕНТ. ВАМ МОЖЕТ БЫТЬ НЕОБХОДИМО ОБРАТИТЬСЯ ЗА ЮРИДИЧЕСКОЙ ПОМОЩЬЮ.

ЕСЛИ ВАШИХ ФИНАНСОВЫХ РЕСУРСОВ НЕДОСТАТОЧНО ДЛЯ ЭТОЙ ЦЕЛИ, ВАМ СЛЕДУЕТ ПОПЫТАТЬСЯ ПОЛУЧИТЬ ИНФОРМАЦИЮ О ВОЗМОЖНОСТИ ПОЛУЧЕНИЯ ПРАВОВОЙ ПОМОЩИ ИЛИ КОНСУЛЬТАЦИЙ В СТРАНЕ, ГДЕ ВЫ ПРОЖИВАЕТЕ, ИЛИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ.

ВОПРОСЫ О ВОЗМОЖНОСТИ ПОЛУЧИТЬ ЮРИДИЧЕСКУЮ ПОМОЩЬ ИЛИ КОНСУЛЬТАЦИИ В СТРАНЕ, В КОТОРОЙ БЫЛ ВЫДАН ДОКУМЕНТ, МОЖНО НАПРАВЛЯТЬ ПО АДРЕСУ:

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Рекомендуется, чтобы стандартные условия уведомления были изложены на английском и французском языках и, по мере целесообразности, - также на официальном языке или одном из официальных языков государства происхождения документа. Бланки могут заполняться либо на языке государства, в которое направляются документы, либо на английском или французском языке.

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

Постоянное бюро Гаагской конференции сентябрь 2011

# СВИДЕТЕЛЬСТВО
## CERTIFICATE
### *ATTESTATION*

**Нижеподписавшийся орган имеет честь в соответствии со статьей 6 указанной Конвенции подтвердить,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. что документы были вручены***
that the document has been served *
*que la demande a été exécutée**

| | |
|---|---|
| **— (дата):** <br> the (date) / le (date) : | |
| **— (населенный пункт, улица, дом):** <br> at (place, street, number) / à (localité, rue, numéro) : | |

**— одним из следующих способов, предусмотренных статьей 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

☐ **a)  в соответствии с положениями подпункта "а" первой части статьи 5***
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)**

☐ **b)  в следующем особом порядке***:
in accordance with the following particular method*:
*selon la forme particulière suivante* :*

☐ **c)  путем доставки адресату, который принял их добровольно***
by delivery to the addressee, if he accepts it voluntarily*
*par remise simple**

**Указанные в запросе документы доставлены:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Имя и статус лица:** <br> Identity and description of person: <br> *Identité et qualité de la personne :* | |
| **Отношения с адресатом (семейные, деловые или иные):** <br> Relationship to the addressee (family, business or other): <br> *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☒ **2. что документы не были вручены по следующим причинам***:
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

The documents were not handed over due to the repeated non-appearance of the defendant A.S. Babichev

☐ **В соответствии со второй частью статьи 12 упомянутой Конвенции просьба запрашивающему органу оплатить или возместить расходы, описанные в приложении***.
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

*Приложения*
Annexes / *Annexes*

| | |
|---|---|
| **Возвращаемые документы:** <br> Documents returned: <br> *Pièces renvoyées :* | |
| **В соответствующих случаях, документы, подтверждающие вручение:** <br> In appropriate cases, documents establishing the service: <br> *Le cas échéant, les documents justificatifs de l'exécution :* | |

*если применимо
if appropriate / *s'il y a lieu*

| **Совершено в** Zavodsky District Court of Minsk Republic of Belarus <br> Done at / Fait à <br> **дата** <br> the / le <br> 30.03.2026 | **Подпись и/или печать** <br> Signature and/or stamp / *Signature et/ou cachet* <br> Chairman of the Court of the Zavodsky District of Minsk <br> Yu. A. Tataritskaya |

## ЗАПРОС
## О ВРУЧЕНИИ ЗА ГРАНИЦЕЙ СУДЕБНЫХ ИЛИ ВНЕСУДЕБНЫХ ДОКУМЕНТОВ
### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года.**
Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Наименование и адрес заявителя** | **Адрес запрашиваемого органа** |
|---|---|
| Identity and address of the applicant | Address of receiving authority |
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Shane B. Vogt – FBN 257620* | Ministry of Justice of the Republic of Belarus |
| Email: shane@svogtlaw.com | Kollektornaya St., 10 |
| VOGT LAW | 220004 Minsk |
| 625 E. Twiggs St., Suite 1090 Tampa, Florida 33602, United States Tel: (813) 737-0717 | Republic of Belarus |
| Lawyer recognized as judicial officer, OUA Guidance on Attorneys as Competent Forwarding Authorities (DOJ, Sept. 16 2025) | |
| https://www.justice.gov/civil/media/1414296/dl?inlin | |

**Нижеподписавшийся заявитель имеет честь препроводить – в двух экземплярах – перечисленные ниже документы и в соответствии со статьей 5 вышеупомянутой Конвенции просит без промедления вручить один экземпляр указанных документов адресату:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**имя (наименование) и адрес**
(identity and address) / (identité et adresse)
ALAIKSANDR BABICHAU

MINSK, ZAVODSKOY DISTRICT,
LANE KABUSHKINA I.K. BLDG. 5, APT. 42
Republic of Belarus

| ☑ | a) | **в соответствии с положениями подпункта "а" первой части статьи 5 Конвенции***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
|---|---|---|
| ☐ | b) | **в следующем особом порядке (подпункт "b" первой части статьи 5)*:**<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :* |
| ☐ | c) | **путем доставки адресату, если он согласен принять документы добровольно (вторая часть статьи 5)***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

**Просьба возвратить или обеспечить возврат запрашивающему органу одного экземпляра документов - и приложений к нему* - вместе с подтверждением о вручении согласно приложенному свидетельству.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

**Перечень документов**
List of documents / *Énumération des pièces*

- Complaint and Demand for Jury Trial
- Summons in a Civil Case
- Notice of related action
- DOJ Guidance on Attorneys as Competent Authorities

\* если применимо
*If appropriate / s'il y a lieu*

| **Совершено в** November 17, 2025 | **Подпись и/или печать** |
|---|---|
| Done at / *Fait à* | Signature and/or stamp / *Signature et / ou cachet* |
| **дата** | |
| the / *le* | |

# СВИДЕТЕЛЬСТВО
## CERTIFICATE
### *ATTESTATION*

**Нижеподписавшийся орган имеет честь в соответствии со статьей 6 указанной Конвенции подтвердить,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. что документы были вручены\***
that the document has been served \*
*que la demande a été exécutée\**

| | |
|---|---|
| **— (дата):** the (date) / *le (date)* : | |
| **— (населенный пункт, улица, дом):** at (place, street, number) / *à (localité, rue, numéro)* : | |

**— одним из следующих способов, предусмотренных статьей 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| | | |
|---|---|---|
| ☐ | a) | **в соответствии с положениями подпункта "а" первой части статьи 5\*** in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\* *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | b) | **в следующем особом порядке\*:** in accordance with the following particular method\*: *selon la forme particulière suivante\** : |
| ☐ | c) | **путем доставки адресату, который принял их добровольно\*** by delivery to the addressee, if he accepts it voluntarily\* *par remise simple\** |

**Указанные в запросе документы доставлены:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Имя и статус лица:** Identity and description of person: *Identité et qualité de la personne* : | |
| **Отношения с адресатом (семейные, деловые или иные):** Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte* : | |

☒ **2. что документы не были вручены по следующим причинам\*:**
that the document has not been served, by reason of the following facts\*:
*que la demande n'a pas été exécutée, en raison des faits suivants\** :

*Документы не вручены в связи с неоднократной неявкой ответчика Бабичева А.С.*

☐ **В соответствии со второй частью статьи 12 упомянутой Конвенции просьба запрашивающему органу оплатить или возместить расходы, описанные в приложении\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

*Приложения*
Annexes / *Annexes*

| | |
|---|---|
| **Возвращаемые документы:** Documents returned: *Pièces renvoyées* : | |
| **В соответствующих случаях, документы, подтверждающие вручение:** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution* : | |

**\*если применимо**
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Совершено в** СУД ЗАВОДСКОГО РАЙОНА Done at / *Fait à* ГОРОДА МИНСКА РЕСПУБЛИКА БЕЛАРУСЬ **дата** the / *le* 30.03.2026 | **Подпись и/или печать** Signature and/or stamp / *Signature et / ou cachet* ПРЕДСЕДАТЕЛЬ СУДА ЗАВОДСКОГО РАЙОНА ГОРОДА МИНСКА Ю.А. Татарицкая |

# ЗАПРОС
## О ВРУЧЕНИИ ЗА ГРАНИЦЕЙ СУДЕБНЫХ ИЛИ ВНЕСУДЕБНЫХ ДОКУМЕНТОВ

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Конвенция о вручении за границей судебных и внесудебных документов по гражданским или торговым делам, подписанная в Гааге 15 ноября 1965 года.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Наименование и адрес заявителя**<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | **Адрес запрашиваемого органа**<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Шейн Б. Вогт – FBN 257620<br>Электронная почта: shane@svogtlaw.com<br>625 E. Twiggs St., Suite 1090<br>Тампа, Флорида 33602, Соединённые Штаты Америки Тел.: +1 (813) 737-0717<br>Адвокат признан компетентным органом по пересылке документов в соответствии с Руководством OIJA (Управление международной судебной помощи, Министерство юстиции США) от 16 сентября 2025 https://www.justice.gov/civil/media/1414296/dl?inline | Министерство юстиции Республики Беларусь<br><br>ул. Коллекторная, 10<br>220004, г. Минск<br>Республика Беларусь |

**Нижеподписавшийся заявитель имеет честь препроводить – в двух экземплярах – перечисленные ниже документы и в соответствии со статьей 5 вышеупомянутой Конвенции просит без промедления вручить один экземпляр указанных документов адресату:**

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**имя (наименование) и адрес**
(identity and address) / *(identité et adresse)*

Аляксáндр Бабичáу
г. Минск, Заводской район
переулок Кабушкина И. К., дом 5, квартира 42
Республика Беларусь

| | | |
|---|---|---|
| ☑ | a) | **в соответствии с положениями подпункта "a" первой части статьи 5 Конвенции***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | b) | **в следующем особом порядке (подпункт "b" первой части статьи 5)*:**<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :* |
| ☐ | c) | **путем доставки адресату, если он согласен принять документы добровольно (вторая часть статьи 5)***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

**Просьба возвратить или обеспечить возврат запрашивающему органу одного экземпляра документов - и приложений к нему* - вместе с подтверждением о вручении согласно приложенному свидетельству.**

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

## Перечень документов
List of documents / *Énumération des pièces*

– Исковое заявление и требование о рассмотрении дела судом присяжных

– Повестка по гражданскому делу

– Уведомление о связанном деле

– Руководство Министерства юстиции США о признании адвокатов компетентными органами по пересылке документов

\* если применимо
*if appropriate / s'il y a lieu*

| **Совершено в**<br>Done at / *Fait à*<br>**дата**<br>the / *le* | 17 ноября 2025 года | **Подпись и/или печать**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|