# EXHIBIT V

# The Registry of the Supreme Court

Government of the Virgin Islands
Third Floor, Sakal Place, Road Town
Box 418, Road Town, Tortola
British Virgin Islands, VG 1110

Email: supremecourt@gov.vg / commercialdivisionvi@gov.vg
Tel: (284) 468-5001 / (284) 468-3701 (ext.) 5001, 5153

23rd March 2026

Shane B. Vogt
One Tampa City Center
201 North Franklin Street, Suite 3200
P.O. Box380
Tampa FL 33602
Tel: 18132212626

Dear Sir/Madam:

**Re:** Service of Foreign Judicial Process on **AI Robotics Venture Strategy 3 Ltd. d/b/a Clothoff - Vol. 158/8907**

I refer to the above matter in which service of documents was requested.

Please be advised that the documents were not served and a certificate of *Inability to Serve* is attached.

Yours sincerely,

..............................................
Registrar, Supreme Court

Att.



*"to deal with cases justly"*
EASTERN CARIBBEAN SUPREME COURT

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| | |
|---|---|
| — the (date) / le (date): | —— |
| — at (place, street, number):<br>à (localité, rue, numéro) : | —— |

— **in one of the following methods authorised by Article 5:**
dans une des formes suivantes prévues à l'article 5 :

| | | |
|---|---|---|
| ☐ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method\*:**<br>selon la forme particulière suivante\* :<br>—— |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily\***<br>par remise simple\* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | —— |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | —— |

☒ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

The company "AI Robotics venture Strategy 3 Ltd d/b/a Clothoff" is not registered in the British Virgin Islands.

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes / Annexes*

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | 1. Certificate - Vol. 158/8907<br>2. Document requested to be served. |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | —— |

\* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à  Registrar's Office, Road Town, Tortola, British Virgin Islands,<br><br>**The** / le  23rd March 2026 | **Signature and/or stamp**<br>Signature et / ou cachet |

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Shane B. Vogt- FBN 257620*<br>Email: shane @svogtlaw.com | High Court of Justice of the British Virgin Islands |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| (identity and address)<br>(identité et adresse) | AI Robotics Venture Strategy 3 Ltd. D/b/a/ ClothOff<br>3076 Sir Francis Drake's Highway<br>P.O. Box 34643<br>Road Town, Tortola<br>VIRGIN ISLANDS, BRITISH |
|---|---|

| | | |
|---|---|---|
| ☑ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

-Complaint and Demand for Jury Trial
-Summons in a Civil Case
-Civil Cover Sheet
-DOJ Guidance on Attorneys as Competent Authorities

\* if appropriate / s'il y a lieu

| **Done at** / Fait à<br><br>January 14, 2026<br><br>**The** / le | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| | |
|---|---|
| **— the (date)** / le (date): | |
| **— at (place, street, number):** à (localité, rue, numéro) : | |

| | | |
|---|---|---|
| **— in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | | |
| ☐ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method\*:** selon la forme particulière suivante\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily\*** par remise simple\* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

***Annexes** / Annexes*

| | |
|---|---|
| **Documents returned:** Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à **The** / le | **Signature and/or stamp** Signature et / ou cachet |

Permanent Bureau July 2017

## WARNING
### AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire

AI Robotics Venture Strategy 3 Ltd. D/b/a/ ClothOff
3076 Sir Francis Drake's Highway
P.O. Box 34643
Road Town, Tortola
VIRGIN ISLANDS, BRITISH                    **IMPORTANT**

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :



**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Shane B. Vogt – FBN 257620*<br>Email: shane@svogtlaw.com<br>VOGT LAW |
| **Particulars of the parties\*:**<br>Identité des parties* : | JANE DOE, a minor, through her parents and legal guardians, JILL DOE and JACK DOE |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☑ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | Summons, civil complaint, notice of related action, and DOJ guidance on lawyers as competent authorities |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Request for injunction against all activity related to ClothOff, CSAM |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution** : | John Langford and Tobin Raju<br>Media Freedom & Information Access Clinic<br>Yale Law School<br>P.O. Box 208215 New Haven, CT 06520-8215 |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision** : | Not applicable |
| **Date of judgment\*\*:**<br>Date de la décision** : | Not applicable |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte** : | 21 days upon receipt of summons |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte** : | |

\*\* if appropriate / s'il y a lieu



**U.S. Department of Justice**
Civil Division
Office of International Judicial Assistance

KMMinyard:ak

---

*U.S. Central Authority*
*Benjamin Franklin Station*
*P.O. Box 14360*
*Washington, DC 20044*
*+1 (202) 514-6700*
*OIJA@usdoj.gov*

September 16, 2025

Re:    *Attorneys as Competent Forwarding Authorities under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters Pursuant to U.S. Law*

The Office of International Judicial Assistance (OIJA) serves as the United States Central Authority pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention" or "Convention"). OIJA provides this guidance regarding attorneys acting as competent forwarding authorities under U.S. law.

As is well-established, it is the law of the Requesting State that determines the competence of forwarding authorities. Conclusions and Recommendations of the Special Commission, ¶ 86 (July 2024), *available at* https://assets.hcch.net/docs/6aef5b3a-a02c-408f-8277-8c995d56f255.pdf. *See also* Explanatory Report, Hague Conference on Private Int'l Law, *Actes et documents de la Dixième session (1964)*, Tome III, *Judicial cooperation*, at 368 (The Hague, Imprimerie Nationale 1965) [hereinafter "Explanatory Report"] ("En ce qui concerne les avocats il appartient à la *lex magistrus* de préciser s'ils ont la possibilité de s'addresser directement à l'Autorité centrale."). Indeed, the Practical Handbook on the Operation of the Service Convention specifies that the "Requested State does not play a role in determining the competence of the forwarding authority in the Requesting State and cannot apply its own domestic rules to verify this." Hague Conference on Private Int'l Law, *Practical Handbook on the Operation of the Service Convention* ¶ 190, at 126 (5th ed. 2025).

Article 3 of the Convention sets forth minimal standards for forwarding authorities. These forwarding authorities must meet just two criteria. First, a forwarding authority must be an "authority" or "judicial officer." Convention, art. 3. Second, such authority or judicial officer must be "competent under the law of the State in which the documents originate." *Id.* Attorneys in the United States meet both of these criteria.

First, licensed attorneys are unquestionably "judicial officers" in the United States. For more than a century, the United States Supreme Court has recognized that attorneys admitted to practice law are "officers of the court" and their duties "relate almost exclusively to proceedings of a judicial nature." *Ex parte Garland*, 71 U.S. 333, 378-79 (1866) (internal quotation marks and citations omitted). An attorney licensed to practice in the United States is a "member of the bar" and enjoys a "kind of monopoly granted only to lawyers." *In re Snyder*, 472 U.S. 634, 644 (1985). Upon admission, an attorney becomes "an officer of the court, and, like the court itself, an instrument or agency to advance the ends of justice." *Theard v. United States*, 354 U.S. 278, 281 (1957) (internal quotation marks and citations omitted). In this capacity, U.S. attorneys

commonly undertake actions that may be reserved exclusively to the judiciary in other jurisdictions. *E.g., id.* ("[A]s an officer of the court, a lawyer can cause persons to drop their private affairs and be called as witnesses in court, and for depositions and other pretrial processes that . . . may be conducted outside courtrooms.").

Second, lawyers are among those competent to serve judicial documents in civil or commercial matters. This competence may emanate from local rules governing civil procedure in the courts of the various states and territories comprising the United States. It is also authorized by federal law. Specifically, Rule 4(c)(2) of the United States Federal Rules of Civil Procedure permits "[a]ny person who is at least 18 years old and not a party" to serve a summons and complaint, the documents most commonly transmitted abroad for service in connection with U.S. civil or commercial court proceedings.

Attorneys licensed to practice in the United States thus play a role similar to that of English solicitors, who at the time of the negotiations of the Convention were recognized as (1) authorities or judicial officers and (2) competent to serve judicial documents under the law of the Great Britain. Procès-Verbale No. 4, Hague Conference on Private Int'l Law, *Actes et documents de la Dixième session (1964)*, Tome III, *Judicial cooperation*, at 188 (The Hague, Imprimerie Nationale 1965); Explanatory Report at 368 ("Il est bien entendu que le solicitor anglais est inclus dans l'expression autorité ou officier ministériel compétents. Il pourra donc s'adresser à l'Autorité centrale de l'Etat requis.").

Likewise, any attorney licensed to practice in the United States is (1) a "judicial officer" and (2) competent to forward requests for service of judicial documents to Central Authorities pursuant to Article 3 so long as he or she is not also a party to the underlying dispute. This competence does not depend on the attorney's relationship to the parties, including whether the attorney represents any party in the judicial action in which the documents originate. Nor does the attorney's inherent competence require a commission or other specific authorization from the judge issuing the documents to be served due to the attorney's own powers as an officer of the court.

Under U.S. law, additional persons and entities within the United States competent to transmit service requests abroad pursuant to Article 3 include any court official and any other person or entity, such as process servers, authorized by the rules of the adjudicating court. OIJA plays no role in the transmission of requests sent to foreign Central Authorities under Article 3.

Additional questions or concerns may be directed to the U.S. Central Authority by emailing OIJA@usdoj.gov.

- 2 -